UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| HIDALGO INDEPENDENT SCHOOL DISTRICT. <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON (CONSORTIUM #9226), INTERSTATE FIRE AND CASUALTY COMPANY, AND INDEPENDENT SPECIALTY INSURANCE COMPANY, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., CRAWFORD & COMPANY, | CASE NO. _____ <br><br> State Court Action No. : C-2942-23-C <br> Court: Hidalgo County, Texas |

## NOTICE OF REMOVAL

Defendants, Certain Underwriters at Lloyds, London Subscribing to Policy No. VPC-CN-0002534-01,[1] Interstate Fire and Casualty Company, and Independent Specialty Insurance Company (hereinafter "Defendant Insurers") (collectively, the "Defendants") remove to this Court the civil action filed by Hidalgo Independent School District ("Plaintiff") in Hidalgo County, Texas under 9 U.S.C. §§ 203 and 205 and 28 U.S.C. §§ 1331, 1441, and 1446. This case is removable under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (commonly known as the New York Convention) and 9 U.S.C. § 205 because (1) the insurance policy contains a written agreement to arbitrate; (2) the arbitration agreement falls under the New York Convention; and (3) the dispute relates to the arbitration agreement.

I.    **FACTUAL BACKGROUND**

    **A.    The State Court Action**

---

[1] Improperly named in the Petition for Damages as "Certain Underwriters at Lloyds, London."

1.      On July 24, 2023, Plaintiff filed its Petition for Damages (the "Petition") in the case styled *Hidalgo Independent School District, v. Interstate Fire & Casualty Company., et al.*, in the District Court for Harris County, Texas, Case No. 2022-30615 (the "State Court Action"). At the time of this removal, the only documents filed in the State Court Action are: (1) the Plaintiff's Original Petition, (2) Citations issued to each Defendant, and (3) correspondence to and from the state court regarding filing of documents and service of the Petition. Copies of all documents filed in the State Court Action are attached hereto, as required by 28 U.S.C. § 1446(a).

2.      In the State Court Action, Plaintiff seeks insurance coverage under an insurance policy for alleged damage to its property. Plaintiff's Petition alleges that the Defendant Insurers failed to pay amounts owed under the policy at issue.[2]

### B.      The Policy

3.      Plaintiff's Petition alleges coverage under a commercial property policy numbered VPC-CN-0001091-02, VRX-CN-0001091-02, and VUX-CN-0001091-02, which had effective dates of  September 1, 2019 to September 1, 2020 (the "Policy"). The Policy provides certain coverages for the nine (9) locations at the Hidalgo Independent School District (the "Properties"), subject to the Policy's terms, conditions, limitations, and exclusions.[3] Plaintiff, Hidalgo Independent School District is the named insured on the Policy. The Properties that are the subject of Plaintiff's Petition is listed in the Policy's Statement of Values.[4]

---

[2] **Exhibit A**, Plaintiff's Original Petition.

[3] **Exhibit B**, Policy.

[4] **Exhibit C**, Statement of Values.

4.    The Policy is an insurance contract between Plaintiff and the Defendant Insurers, including Certain Underwriters at Lloyds, London Subscribing to Policy No. VPC-CN-0001091-02.

5.    The Defendant Insurers promptly adjusted the Claim and retained Sedgwick to assist in the adjustment and investigation of the Claim.

6.    Certain Underwriters at Lloyd's, London refers to an unincorporated association of members that insure risks through the Lloyd's of London insurance market. These members often subscribe to risks through syndicates, which are administrative entities.  *See Underwriters at Lloyd's, London v. Osting-Schwinn*, 613 F.3d 1079 (11th Cir. 2010).  The members subscribing to the Policy are the members of Consortium No. 9226.[5]  Consortium No. 9226 is composed of members subscribing through Syndicate 2357 and Syndicate 1458.[6]  The following members subscribed to the Policy through these syndicates:

(a)    Nephila 2357 Ltd. ("Nephila Ltd."), which is the only member that subscribed to the Policy through Syndicate 2357; and

(b)    RenaissanceRe Corporate Capital (UK) Limited ("RenRe Ltd."), which is the only member that subscribed to the Policy through Syndicate 1458.

7.    Nephila Ltd. and RenRe Ltd. are foreign corporate entities.  Specifically:

a.    Nephila Ltd. is a private limited company incorporated under the laws of England and Wales with its principal place of business in

---

[5] **Exhibit B**, Policy at p. 1 (General Property Declarations).

[6] **Exhibit B**, *Id.* at p. 72 (Certain Underwriters at Lloyd's Syndicate List, VRU-055-0419).

England and Wales.[7]  Nephila Ltd. is a citizen of England and Wales.

    b.    RenRe Ltd. is a private limited company incorporated under the laws of England and Wales with principal place of business in England and Wales.[8]  RenRe Ltd. is a citizen of England and Wales.

8.    The Policy contains an arbitration provision (the "Arbitration "Agreement"), which states:

**Section VII – CONDITIONS**

\* \* \*

C.  **ARBITRATION CLAUSE:** All matters in dispute between the **NAMED INSURED** and the **INSURER(S)** (hereinafter referred to as "the parties") in relation to this insurance, including this **POLICY'S** formation and validity, and whether arising during or after the period of this insurance, shall be referred to an Arbitration Tribunal in the manner hereinafter set out.

Unless the parties agree upon a single Arbitrator within thirty (30) days of one receiving a written request from the other for Arbitration, the Claimant (the party requesting Arbitration) shall appoint his or her Arbitrator and give written notice thereof to the Respondent. Within thirty (30) days of receiving such notice from Claimant, the Respondent shall appoint his or her Arbitrator and give written notice thereof to the Claimant, failing which the Claimant may nominate an Arbitrator on behalf of the Respondent.

If the two Arbitrators fail to agree on the selection of the umpire within thirty (30) days of the appointment of the second named Arbitrator, each Arbitrator shall submit to the other a list of three Umpire candidates, each Arbitrator shall select one name from the list submitted by the other and the Umpire shall be selected from the two names chosen by a lot drawing procedure to be agreed upon by the Arbitrators. Unless the parties otherwise agree, the Arbitration Tribunal shall consist of persons presently or formerly

---

[7] **Exhibit D**, Nephila 2357 Ltd.'s Certificate of Incorporation and evidence of its principal place of business.

[8] **Exhibit E**, RenaissanceRe Corporate Capital (UK) Limited's Certificate of Incorporation and evidence of its principal place of business.

employed or engaged in a senior position in Insurance underwriting or claims.

The Arbitration Tribunal shall have power to fix all procedural rules for the holding of the Arbitration including discretionary power to make orders as to any matters which it may consider proper in the circumstances of the case with regard to pleadings, discovery, inspection of documents, examination of witnesses and any other matter whatsoever relating to the conduct of the Arbitration and may receive and act upon such evidence whether oral or written strictly admissible or not as it shall in its discretion think fit.

All costs of the Arbitration shall be in the discretion of the Arbitration Tribunal who may direct to and by whom and in what manner they shall be paid.

Any Arbitration hearing shall take place in Nashville, Tennessee, unless VRU is agreeable to a different locale.

The Arbitration Tribunal may not award exemplary, punitive, multiple or other damages of a similar nature.

The award of the Arbitration Tribunal shall be in writing and binding upon the parties who covenant to carry out the same. If either of the parties should fail to carry out any award the other may apply for its enforcement to a court of competent jurisdiction in any territory in which the party in default is domiciled or has assets or carries on business.[9]

9.      Under the arbitration provision in the Policy, Plaintiff and the Defendant Insurers agreed to arbitrate "[a]ll matters in dispute between [Plaintiff] and [its insurers] in relation to this insurance."[10]

10.     Plaintiff claims that the Defendant Insurers failed to pay money owed under the Policy.[11] The Defendant Insurers dispute the amount allegedly owed to Plaintiff under the Policy. This issue constitutes a "matter in dispute in relation to this insurance" that must be referred to arbitration according to the Arbitration Agreement.

---

[9] **Exhibit B**, Policy, at pp. 34 of 49.

[10] *Id*. at p. 34.

[11] **Exhibit A**, Petition for Damages.

## II.    JURISDICTION

11.    This Court has original jurisdiction over this matter under 28 U.S.C. § 1331, which provides that federal courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. The Court's original jurisdiction is confirmed by 9 U.S.C. § 203, which states, "An action or proceeding falling under the [New York] Convention shall be deemed to arise under the laws and treaties of the United States. The district courts of the United States . . . shall have original jurisdiction over such an action or proceeding, regardless of the amount in controversy."

12.    Removal is proper under 9 U.S.C. § 205, which states, in pertinent part:

> Where the subject matter of an action or proceeding pending in a State court relates to an arbitration agreement or award falling under the Convention, the defendant or the defendants may, at any time before the trial thereof, remove such action or proceeding to the district court of the United States for the district and division embracing the place where the action or proceeding is pending. The procedure for removal of causes otherwise provided by law shall apply, except that the ground for removal provided in this section need not appear on the face of the complaint but may be shown in the petition for removal.[12]

13.    Thus, under 9 U.S.C. § 205, removal is proper when (1) the parties' arbitration agreement falls under the New York Convention; and (2) the dispute relates to the arbitration agreement.[13] This provision is broadly construed.  As the United States Court of Appeals for the Fifth Circuit has explained:

> Congress granted the federal courts jurisdiction over Convention cases and added one of the broadest removal provisions, § 205, in the statute books. So generous is the removal provision that we have emphasized that the general rule of construing removal statutes strictly against removal "cannot apply to Convention Act cases

---

[12] 9 U.S.C. § 205 (emphasis added).

[13] *See also Rain CII Carbon, LLC v. ConocoPhillips Co.*, No. 09-cv-4169, 2009 WL 2599232, at *2 (E.D. La. Aug. 17, 2009).

because in these instances, Congress created special removal rights to channel cases into federal court."[14]

14.    In the instant case, removal is proper because the Arbitration Agreement falls under the New York Convention and this dispute relates to the Arbitration Agreement.

**A.    The Arbitration Agreement falls under the New York Convention.**

15.    An agreement falls under the Convention when: (1) there is a written agreement to arbitrate the matter; (2) the agreement provides for arbitration in a Convention signatory nation; (3) the agreement arises out of a commercial legal relationship; and (4) a party to the agreement is not an American citizen.[15] "The 'Convention contemplates a very limited inquiry by the courts.' Resolving the question of whether the agreement falls under the Convention will ordinarily prove quick and easy, without requiring too much merits-like investigation by the district court."[16]

16.    Here, the factors are clearly met: (1) the Policy's Arbitration Agreement is a written agreement to arbitrate this dispute; (2) the agreement provides for arbitration in Tennessee, and the United States is a Convention signatory;[17] (3) the agreement arises out of a commercial relationship between Plaintiff and the Defendants; and (4) two of the Defendant Insurers are not American citizens: Nephila Ltd. and RenRe Ltd. are citizens of England and Wales, respectively.[18] Moreover, because these members subscribed to the Policy through the Lloyd's of London

---

[14] *Acosta v. Master Maint. & Constr.*, 452 F.3d 373, 377 (5th Cir. 2006) (quoting *McDermott Int'l, Inc. v. Lloyds Underwriters of London*, 944 F.2d 1199, 1213 (5th Cir.1991)).

[15]  *Brittania-U Nigeria, Ltd. v. Chevron USA, Inc.*, 866 F.3d 709, 712 (5th Cir. 2017); *Acme Brick Co. v. Agrupacion Exportadora de Maquinaria Ceramica,* 855 F.Supp. 163, 167 (N.D.Tex.1994).

[16] *Beiser v. Weyler*, 284 F.3d 665, 672 n.7 (5th Cir. 2002) (quoting  *Sedco, Inc. v. Petroleos Mexicanos Mexican National Oil Co*., 767 F.2d 1140, 1144 (5th Cir.1985)).

[17] United Nations Commission on International Trade Law, *Status:  Convention on the Recognition and Enforcement of Foreign Arbitral Awards (New York, 1958)*, https://uncitral.un.org/en/texts/arbitration/conventions/foreign_arbitral_awards/status2 (last visited August 21, 2023).

[18] *See* **Exhibit D**, Nephila 2357 Ltd.'s Certificate of Incorporation and evidence of its principal place of business; **Exhibit E**, RenaissanceRe Corporate Capital (UK) Limited's Certificate of Incorporation and evidence of its principal place of business.

insurance market in the United Kingdom, the Arbitration Agreement has a "reasonable relation" to a foreign state.[19]

17.    The Fifth Circuit's four-part test is satisfied, and the Arbitration Agreement clearly falls under the Convention.

## B.    The Dispute Relates to the Arbitration Agreement

18.    The subject matter of an action "relates to" an arbitration agreement under 9 U.S.C. § 205 when the action has some connection, relation, or reference to the arbitration agreement.[20] "The phrase 'relates to' 'conveys a sense of breadth' and 'sweeps broadly.'"[21] An assertion of claims against insurers related to coverage under a policy "relates to" an arbitration agreement contained in that policy.[22] "[A] clause determining the forum for resolution of specific types of disputes relates to a lawsuit that seeks the resolution of such disputes."[23]

19.    In this case, Plaintiff asserts claims for coverage under the Policy, which contains an arbitration provision requiring such disputes to be resolved in arbitration. Accordingly, the subject matter of Plaintiff's action relates to the Arbitration Agreement.

20.    For the foregoing reasons, removal is proper under 9 U.S.C. § 205 because the Arbitration Agreement falls under the New York Convention and this dispute relates to the Arbitration Agreement.

---

[19] Courts within the Fifth Circuit, including this Court, have consistently held that federal courts have original jurisdiction when evaluating arbitration provisions in insurance policies entered into with members of the Lloyd's of London insurance market. *See, e.g., Georgetown Home Owners Ass'n, Inc. v. Certain Underwriters at Lloyd's, London*, No. 20-cv-102, 2021 WL 359735 (M.D. La. Feb. 2, 2021); *1010 Common, LLC v. Certain Underwriters at Lloyd's, London*, No. CV 20-2326, 2020 WL 7342752 (E.D. La. Dec. 14, 2020); *Woodward Design + Build, LLC v. Certain Underwriters at Lloyd's London*, No. 19-cv-14017, 2020 WL 5793715 (E.D. La. Sept. 29, 2020); *Gulledge v. Certain Underwriters at Lloyd's, London*, No. CV 18-6657, 2018 WL 4627387 (E.D. La. Sept. 27, 2018).

[20] *Acosta*, 452 F.3d at 378-79.

[21] *Id.* at 377 (quoting *Beiser*, 284 F.3d at 669).

[22] *See Id.* at 378-79.

[23] *Id.* at 379.

## III.    REMOVAL PROCEDURE

21.    Removal of this action is timely. Removal under 9 U.S.C. § 205 is broader than removal under the general removal statutes provided in 28 U.S.C. §§ 1441, 1446.[24]  Pursuant to 9 U.S.C. § 205, defendants may remove an action that relates to an arbitration agreement falling under the New York Convention "at any time before the trial thereof." Thus, the 30-day time period for removal under the general removal statutes does not apply to suits removed under 9 U.S.C. § 205.[25]  Because this case is still in its beginning stages and trial has not begun, removal is timely under 9 U.S.C. § 205.

22.    Removal is properly made to the United States District Court for the Southern District of Texas, McAllen Division under 28 U.S.C. § 1441(a) and 9 U.S.C. § 205 because Hidalgo County, Texas, where the State Court Action is pending, is within the territorial jurisdiction of this Court.

23.    Consent of all defendants is not required for removal pursuant to 9 U.S.C. § 205.[26] Nonetheless, all Defendants consent to—and join in—this Notice of Removal.

---

[24] *Acosta*, 452 F. 3d 377.

[25] *McDermott Int'l, Inc. v. Lloyd's Underwriters of London*, 944 F.2d 1199, 1212 (5th Cir. 1991) ("Under [28 U.S.C. §] 1441(d), a defendant may remove 'at any time before cause shown,' and under [9 U.S.C. §] 205, a defendant may remove 'at any time before the trial.' Other cases may be removed only within 30 days after the defendant receives a pleading."); *Gulledge v. Certain Underwriters at Lloyd's, London*, No. 18-cv-6657, 2018 WL 4627387, at *2 (E.D. La. Sept. 27, 2018) (finding that removal was timely because the defendant removed before the state court trial); *Viator v. Dauterive Contractors, Inc.*, 638 F. Supp. 2d 641, 649 (E.D. La. 2009) (same); *Amizola v. Dolphin Shipowner, S.A.*, 354 F. Supp. 2d 689, 696 (E.D. La. 2004) ("Section 205 . . . allows removal of proceedings pending in state court . . . at any time before trial, and the thirty day limitation of § 1446(b) does not apply."); *Simmons v. Sabine River Authority of La.*, 823 F. Supp. 2d 420, 426 (W.D. La. 2011) (30-day window for removal does not apply to removals based on the Convention); *Acosta v. Master Maintenance & Construction, Inc.*, 52 F. Supp. 2d 699, 705 (M.D. La. 1999) ("[T]he phrase, 'any time before trial,' as used in 9 U.S.C. § 205, means that removal may occur at any time before an adjudication on the merits.").

[26] *Acosta v. Master Maintenance and Construction, Inc.*, 52 F. Supp. 2d 699, 709 (M.D. La. 1999); *Viator v. Dauterive Contractors, Inc.*, 638 F. Supp. 2d 641, 651 n.15 (E.D. La. 2009); *Faulk v. Alcoa Inc.*, No. 16-cv-1461, 2017 WL 6821869, at *1 (W.D. La. Jan. 31, 2017); *Simmons v. Sabine River Authority of La.*, 823 F. Supp. 2d 420, 427 n.10 (W.D. La. 2011).

24. Promptly after filing this Notice of Removal with the Court, the Defendants will file written notice of the filing with the Clerk of the Court where the State Court Action is pending, in satisfaction of 28 U.S.C. § 1446(d).

25. All procedural requirements have been satisfied. Accordingly, removal is procedurally proper.

**WHEREFORE**, Defendants, Certain Underwriters at Lloyds, London Subscribing to Policy No. VPC-CN-0002534-01, Interstate Fire and Casualty Company, and Independent Specialty Insurance Company, remove this action from the District Court for Hidalgo County, Texas to the United States District Court for the Southern District of Texas.

Respectfully submitted,

By: */s/ Maxwell S. Bayman*
    **Maxwell S. Bayman**
    Attorney-in-Charge
    Texas State Bar No. 24088774
    Fed. ID No. 3170016
    mbayman@wshblaw.com

WOOD, SMITH, HENNING & BERMAN, LLP
1230 Peachtree Street NE, Suite 2350
Atlanta, Georgia 30309
Telephone: (470)-552-1146

*Attorney for Defendants Certain Underwriters at Lloyds, London Subscribing to Policy No. VPC-CN-0002534-01, Interstate Fire and Casualty Company, and Independent Specialty Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **24th** day of **August 2023**, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court for the U.S. District Court for the Southern District of Texas using the electronic case filing system of the Court. The undersigned further certifies that the following counsel and/or *pro se* parties of record were served with a true and correct copy of the foregoing document electronically or by any other manner authorized by Fed. R. Civ. P. 5(b)(2):

Marco D. Flores
Jake Rogiers
FLORES & PELAEZ-PRADA, PLLC
3522 Paesanos Parkway, Suite 301
San Antonio, Texas 78231
Email: mflores@stormlex.com
Email: jrogiers@stormlex.com
***Counsel for Plaintiff***

/s/ *Maxwell S. Bayman*
Maxwell S. Bayman

# EXHIBIT "A"

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

CAUSE NO. _C-2942-23-C_____

| | | |
|---|---|---|
| **HIDALGO  INDEPENDENT SCHOOL DISTRICT** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **_____JUDICIAL DISTRICT** |
| **CERTAIN UNDERWRITERS LLOYDS OF LONDON, INDEPENDENT SPECIALTY INSURANCE COMPANY, and INTERSTATE FIRE & CASUALTY COMPANY** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| *Defendants.* | § | **HIDALGO COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

Hidalgo Independent School District ("Plaintiff"), Plaintiff herein, files this Original Petition against Defendants, Certain Underwriters Lloyds of London, Independent Specialty Insurance Company, and Interstate Fire & Casualty Company ("The Carriers"), and in support of its causes of action, would respectfully show the Court the following:

### I.  DISCOVERY CONTROL PLAN

Plaintiff intends for discovery to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure.  This case involves complex issues and will require extensive discovery. Therefore, Plaintiff will ask the Court to order that discovery be conducted in accordance with a discovery control plan tailored to the particular circumstances of this suit and not that of an Expedited Action under Texas Rules of Civil Procedure 169.

### II.  THE PARTIES

Plaintiff, Hidalgo ISD ("Hidalgo"), owns properties made the basis of this lawsuit in Hidalgo, County, Texas.  Said properties are located in Hidalgo, TX; see specific locations below:

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-2942-23-C**

Hidalgo Athletic Complex, 918 E. Pirate Dr., Hidalgo, TX 78557
Hidalgo Early College High School, 910 E. Pirate Dr., Hidalgo, TX 78557
Hidalgo Academy, 310 E. Esperanza Ave, Hidalgo, TX 78557
Hidalgo ISD Admin Offices, 324 E. Flora Ave., Hidalgo, TX 78557
Ida Diaz Junior High School, 1312 Pirate Dr., Hidalgo, TX 78557
Hidalgo Elementary School, 601 S 2nd St, Hidalgo, TX 78557
Hidalgo Park Elementary School, 8700 S I Rd, Pharr, TX 78577
J.C. Kelly Elementary School, 201 E. Las Milpas Rd, Pharr, TX 78577
Dr. Alejo Salinas, Jr. Elementary School, 411 Ebano Ave, Hidalgo, TX 78557

Defendant, Certain Underwriters Lloyds of London (Underwriters or Lloyds), is a foreign insurance entity authorized to conduct insurance business in Texas through its third-party administrators, syndicates, and/or cover holders, and may be served with process via its registered agent for service per the Policy by registered or certified mail, return receipt requested, upon the law firm of Mendes and Mount, located at 750 Seventh Avenue, New York, NY 10019-6829.

Defendant, Independent Specialty Insurance Company (ISIC), is a foreign insurance entity authorized to conduct insurance business in Texas through its third-party administrators, syndicates, and/or cover holders, and may be served with process via its registered agent for service per the Policy by registered or certified mail, return receipt requested, upon Terry Ledbetter, located at 1900 L. Don Dodson Drive, Bedford, TX 76021.

Defendant, Interstate Fire & Casualty Company (IFC), is a foreign insurance entity authorized to conduct insurance business in Texas through its third-party administrators, syndicates, and/or cover holders, and may be served with process via its registered agent for service per the Policy by registered or certified mail, return receipt requested, upon the Allianz Global Risks US Insurance Company General Counsel's Office, located at 225 West Washington Street, Chicago, Illinois 60606.

### III. CLAIMS FOR RELIEF

In an effort to comply with Texas law and procedure, Plaintiff seeks monetary relief over $1,000,000.00. Therefore, all the damages described in this petition are within the jurisdictional

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-2942-23-C**

limits of the Court per Texas Rules of Civil Procedure 47. A jury, however, will ultimately determine the amount of monetary relief actually awarded. Plaintiff also seeks insurance code violations, pre-judgment and post-judgment interest at the highest legal rate, and attorney's fees.

## IV. JURISDICTION AND VENUE

The Court has jurisdiction over this cause of action because the amount in controversy is within the jurisdictional limits of the Court. Plaintiff reserves the right to amend its petition during and/or after the discovery process or whenever circumstances dictate.

This Court has jurisdiction over Defendants because these Defendants engage in the business of insurance in the State of Texas by issuing policies to insureds in the State of Texas. Further, Plaintiff's causes of action arise out of these Defendants' business activities in the State of Texas.  Plaintiff would also show that Defendants have continuous and systematic contacts with the State of Texas sufficient to establish general jurisdiction over said Defendants.  Plaintiff would also show that the cause of action arose from or relates to the contacts of Defendants to the State of Texas, thereby conferring specific jurisdiction with respect to these Defendants.

Furthermore, Plaintiff would also show that Defendants engaged in activities constituting business in the State of Texas as provided by Section 17.042 of the Texas Civil Practices and Remedies Code, in that said Defendants contracted with a Texas resident and performance of the agreement in whole or in part thereof was to occur in Texas, committed a tort in Texas, and recruits or has recruited Texas residents for employment inside or outside the state.  Further, Plaintiff's causes of action arise out of these Defendants' business activities in Texas.

Venue is proper in Hidalgo County because all or a substantial part of the events or omissions giving rise to the claim occurred in Hidalgo County. TEX. CIV. PRAC & REM CODE § 15.002(a)(1). In particular, the loss at issue occurred in Hidalgo, County. Defendants engage in

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-2942-23-C**

the business of adjusting insurance claims in the State of Texas, and Plaintiff's causes of action arise out of these Defendants' business activities in the State of Texas.

## V.  FACTUAL BACKGROUND

Plaintiff is the owner of a Texas Commercial Property Insurance Policy (hereinafter referred to as "the Policy"), which was issued by Defendants which covers the properties at issue during the date(s) of loss which are the subject of this lawsuit.

Plaintiff owns the insured properties, which are specifically located in Hidalgo County, TX (hereinafter referred to as "the Properties").  The specific addresses of the properties at issue are listed in Plaintiff's Statutory Notice Letter and on Page 2 of this Petition.

Defendants sold the Policy insuring the Properties to Plaintiff. During the terms of said Policy, on or around July 25, 2020, under Claim No. 40200817600-0001, SDA File QCC20456190, Plaintiff sustained covered losses when Hurricane Hanna ravaged much of South Texas and caused damages to many parts of this region including Hidalgo, TX and Pharr, TX.  Based on information and belief, the Plaintiff sustained damage to its properties including but not limited to the following areas and items: roofing structures, windows, and interior damages. Plaintiff immediately reported the damages to The Carriers who subsequently sent out an adjuster to assess the damages and coverage. The Carriers assigned a third-party administrator ("Sedgwick" or "TPA") and contract consultants to inspect the buildings for damages related to Hurricane Hanna. Based on information and belief, The Carriers' team inspected the properties beginning on or about August 24, 2020. The insured requested updates on the claim on or around October 13, 2020. These requests appeared to be ignored. There was no response by the Carriers' representatives to the insured until approximately November 11, 2020, when the insured was told that their claim would be given some attention. The insured continued to reach out for updates in December 2020, even emailing that they could

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-2942-23-C**

not leave any voice messages because the adjuster's voicemail inbox was full. Sedgwick was still working on damage estimates as late as May 19, 2021 (almost 10 months after the claim was reported). A Statement of Loss created by The Carriers' representatives noted the claims Replacement Cost Value ("RCV") to be $134,197.70. After depreciation and deductible were applied, the check distribution came out to $18,556.24. Reports were issued, which you relied on when you communicated your claims decision to the insured on or about July 27, 2021, which resulted in a net payment of $18,556.24 on this claim. Hidalgo received this gross underpayment with no further explanation around eleven months after the initial inspections concluded and a year after the damaging event occurred. It appears representatives of Hidalgo ISD had to reach out to Robert Maples of Sedgwick no fewer than seven times during this eleven-month period to even obtain this payment. If it wasn't for the diligence of Hidalgo ISD employees, Hidalgo may have never even received the aforementioned gross underpayment.

The Carriers, via their consultants, either failed to conduct a reasonable and thorough investigation of the insured's properties insured under the policy, or intentionally ignored damages covered under the above-referenced policy. The adjusters/consultants, and therefore The Carriers, failed to spend the appropriate amount of time necessary to investigate and properly identify the damages at issue or ignored the storm related damages caused by the storm at issue. The Carriers failed to perform testing that would have resulted in the discovery of storm related damages and triggered coverage on this claim for excluded items. The Carriers also failed to properly interview the insured or explain the opinions and conclusions reached by The Carriers regarding this claim. Accordingly, the insured has been denied the benefits to which it is entitled and has not been able to make all necessary repairs and replacements needed to the damaged properties.

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-2942-23-C**

Many of the roofing systems for the campuses that make up Hidalgo have sustained damage from the storm at issue.  We know this because Hidalgo retained roofing consultants and a professional engineering team to inspect Hidalgo's properties to determine if they sustained damages from the Hurricane Hanna. Cost of Repair experts also created damage estimates for the insured's properties based off scope of work recommendations from APEC Engineering & Laboratory.

The preliminary results of our investigation provided evidence of the storm related damages to the roofing systems and windows at many of the insured's properties. Upon information and belief, the consultants hired by The Carriers provided inaccurate and/or incomplete information to The Carriers who then wrongfully undervalued the insured's claim. Even though The Carriers acknowledged covered damages to interior areas of several of the insured's properties, the adjuster(s), consultants and The Carriers ignored or overlooked covered damages to the roofing systems and other areas on these schools and failed to include proper amounts for storm damages to multiple buildings all over this school district.

Specifically, your consultants and The Carriers ignored or overlooked storm damages to the roofing structures on the following schools/locations which can be found on the insured's Schedule of Values in their Policy:

> Hidalgo Academy, 310 E. Esperanza Ave, Hidalgo, TX 78557
> Hidalgo Athletic Complex, 918 E. Pirate Dr., Hidalgo, TX 78557
> Hidalgo Early College High School, 910 E. Pirate Dr., Hidalgo, TX 78557
> Hidalgo Elementary School, 601 S 2nd St, Hidalgo, TX 78557
> Hidalgo ISD Admin Offices, 324 E. Flora Ave, Hidalgo, TX 78557
> Hidalgo Park Elementary School, 8700 S I Rd, Pharr, TX 78577
> Ida Diaz Junior High School, 1312, Pirate Dr., Hidalgo, TX 78557
> J.C. Kelly Elementary School, 201 E Las Milpas Rd, Pharr, TX 78577
> Dr. Alejo Salinas, Jr. Elementary School, 411 Ebano Ave, Hidalgo, TX 78557

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-2942-23-C**

After our investigation by an experienced team of experts and based on physical inspections, weather data research, preliminary testing, and cost of repair analysis, our consultants are recommending repair and/or replacement of the roofing systems on the buildings listed above.

The insured complains the extensive damages to these Hidalgo ISD buildings should have been paid for by the insurer, minus deductible. This unreasonable investigation, utter disregard for the discovery of and existence of covered damages, misapplication of the terms of the Policy, and other improper claims handling resulted in the wrongful denial of benefits owed to the insured under the policy.

This outcome-oriented and inadequate assessment of Hidalgo's claim and undervaluation of the damages and repairs needed is a clear breach of contract between The Carriers and Hidalgo, as provided by The Carriers, and dutifully paid for by Hidalgo without issue. The Carriers also misrepresented Hidalgo's coverages, covered damages, and the costs associated with their repair/replacement. Finally, the outcome-oriented actions of The Carriers and/or their representatives amount to a breach of the duty of good faith and fair dealing, and your refusal to properly evaluate this claim necessitated Hidalgo to retain the legal services of an attorney so they may receive a fair and just resolution to this matter.

Plaintiff asked that The Carriers cover the cost of repairs to the Properties pursuant to the Policy. The Carriers failed to compensate the Plaintiff and based this decision on the improper investigation completed by the adjuster fully and properly. At this time, Plaintiff believes the damages incurred from the July 2020 storm are covered under the policy and require full replacement of the roof and roof components at the aforementioned properties and will require extensive repairs to the interior and exterior to bring the properties back to pre-loss condition.

The adjuster(s) that inspected the properties conducted substandard investigations and inspections of the properties, prepared a report that failed to include many of the damages that

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-2942-23-C**

were apparent during the inspections, and/or undervalued the damages that were observed during the inspections. Such improper conduct of the adjuster subjects The Carriers to liability for the causes of action pled herein.  Despite obvious storm-related damage to the properties, including water and wind damage to the roof and roofing components, which are allowing water to enter the properties, as well as exterior damages, The Carriers ignored the need to replace the affected water barriers and damaged roofing that would prevent future water damage to the interiors of the properties.  As a result, this unreasonable investigation led to an underpayment towards Plaintiff's claim without a reasonable basis or evidence supporting this decision. The Carriers ignored or knowingly failed to include covered damages or damages that in good faith should have been subject to coverage per the insured's policy, and such misrepresentations improper under the Texas Insurance code as described below.

Furthermore, Plaintiff alleges the actual covered damage to the Properties as a result of the Storm exceeds the sum of $8,000,000.00, which is continuing to increase each day that Defendants fail and refuse to pay the Plaintiff's claim due to increases in the costs of labor and materials. Defendants' unreasonable investigation in this case failed to include all of the damages that should have been covered under the Policy.

The Carriers failed to conduct a full, fair, and adequate investigation of Plaintiff's covered damages. As detailed in the paragraphs below, The Carriers wrongfully underestimated Plaintiff's claim for repairs to the Properties, even though the Policy provided coverage for losses such as those suffered by Plaintiff. Furthermore, as a product, The investigation by The Carriers failed to pay Plaintiff's claim by not providing full coverage for the damages sustained by Plaintiff as described in the notice letter previously sent to The Carriers.

The Carriers failed to perform their contractual duty to adequately compensate Plaintiff under the terms of their Policy. Specifically, The Carriers refused to pay the full proceeds of

**C-2942-23-C**

the Policy after conducting an outcome-oriented investigation, although due demand was made for proceeds to be paid in an amount sufficient to cover the damaged properties, and all conditions precedent to recovery under the Policy have been carried out and accomplished by Plaintiff.  The Carriers' conduct constitutes a breach of the insurance they misrepresented to Plaintiff that the damage to the Properties was not covered under the Policy, even though the damage was caused by a covered occurrence and was within the policy definitions of covered damage due to the water and wind causing damage to the materials on the roof, which is clearly preventing the materials from performing their intended function – keeping out the elements. The properties continue to experience water intrusion as a result of the water and wind that damaged the structures on July 25, 2020. The Carriers' conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(1).

The Carriers failed to make an attempt to settle Plaintiff's claim in a fair manner, although they were aware of their liability to Plaintiff under the Policy. Their conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(2)(A).

The Carriers failed to explain to Plaintiff a valid reason for their offer of an inadequate settlement and their failure to perform adequate testing to discover the full extent of damages. Furthermore, The Carriers did not communicate that any future settlements or payments would be forthcoming to pay for the entire loss covered under the Policy, nor did they provide any explanation for their failure to adequately settle Plaintiff's claim. The Carriers' conduct is a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(3).

The Carriers failed to meet their obligations under the Texas Insurance Code regarding timely acknowledging Plaintiff's claim, beginning an investigation of Plaintiff's claim, and requesting all information reasonably necessary to investigate Plaintiff's claim within the statutorily

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-2942-23-C**

mandated time of receiving notice of Plaintiff's claim. Their conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. TEX. INS. CODE §542.055.

Further, The Carriers failed to accept or deny Plaintiff's full and entire claim within the statutorily mandated time of receiving all necessary information. Their conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. TEX. INS. CODE §542.056.

The Carriers failed to meet their obligations under the Texas Insurance Code regarding payment of claims without delay. Specifically, they have delayed full payment of Plaintiff's claim, and to date, Plaintiff has not received full payment for the claim. Their conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. TEX. INS. CODE §542.058.

From and after the time Plaintiff's claim was presented to The Carriers, their liability to pay the full claim in accordance with the terms of the Policy was reasonably clear after inspections were completed. However, they have refused to pay Plaintiff in full, despite having no reasonable basis upon which a reasonable insurance company would have relied to deny the full payment. The Carriers' conduct constitutes a breach of the common law duty of good faith and fair dealing.

Because of The Carriers' unreasonable investigation, wrongful acts, and omissions, Plaintiff was forced to retain the professional services of the attorney and law firm who represent Plaintiff with respect to these causes of action.

## VI.  CAUSES OF ACTION AGAINST THE CARRIERS

Each of the foregoing paragraphs is incorporated by reference in the following:

Defendants, The Carriers, are liable to Plaintiff for breach of contract, as well as violations of the Texas Insurance Code and Deceptive Trade Practices Act; and breach of the common-law

Case 7:23-cv-00287   Document 1   Filed 08/24/23 in TXSD   Page Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

C-2942-23-C

duty of good faith and fair dealing.

## A.  BREACH OF CONTRACT

The Carriers' conduct constitutes a breach of the insurance contract between them and Plaintiff.  Defendants' failure and/or refusal, as described above, to pay Plaintiff adequate compensation as they are obligated to do under the terms of the Policy in question, and under the laws of the State of Texas, constitutes a breach of the insurance contract with Plaintiff.

## B.  NONCOMPLIANCE WITH TEXAS INSURANCE CODE:

### 1.  UNFAIR SETTLEMENT PRACTICES

The Carriers' conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices: TX. INS. CODE §541.060(a). All violations under this article are made actionable by TEX. INS. CODE §541.151.

The Carriers' unfair settlement practices, as described above in the FACTUAL BACKGROUND SECTION, of misrepresenting to Plaintiff material facts relating to the coverage and cost of repairs at issue, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a)(1).

The Carriers' unfair settlement practices, as described above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though their liability under the Policy was reasonably clear, constitute an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a)(2)(A).

The Carriers' unfair settlement practice, as described above, of refusing to pay Plaintiff's claim without conducting a reasonable investigation, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a)(7).

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

C-2942-23-C

## 2.    THE PROMPT PAYMENT OF CLAIMS

The Carriers' conduct constitutes multiple violations of the Texas Insurance Code, Prompt Payment of Claims. All violations made under this article are made actionable by TEX. INS. CODE §542.060.

The Carriers' failure to acknowledge receipt of Plaintiff's claim, commence investigation of the claim, and request from Plaintiff all items, statements, and forms that it reasonably believed would be required within the applicable time constraints, as described above, constitutes a non-prompt payment of claims and a violation of TEX. INS. CODE §542.055.

Based on our review of available claim file materials, the Carriers waited almost 11 months after they had started inspecting the insured's properties to communicate a claims decision to the insured.  The Carriers' failure to notify Plaintiff in writing of their acceptance or rejection of the claim within the applicable time constraints constitutes a non-prompt payment of the claim. TEX. INS. CODE §542.056.  The Carriers' delay of the payment of Plaintiff's claim following its receipt of all items, statements, and forms reasonably requested and required, longer than the amount of time provided for, as described above, constitutes a non-prompt payment of the claim. TEX. INS. CODE §542.058.

## C.    BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

The Carriers' conduct constitutes a breach of the common law duty of good faith and fair dealing owed to insureds pursuant to insurance contracts.

The Carriers' failure, as described above, to investigate and evaluate Plaintiff's claim adequately and reasonably, although they knew or should have known by the exercise of reasonable diligence that their liability was reasonably clear, constitutes a breach of the duty of good faith and fair dealing.

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-2942-23-C**

**D.     RESPONSIBILTY FOR ACTS OF AGENTS AND RATIFICATION OF ACTS**

The Carriers' adjuster(s) and consultants, whose conduct is referenced herein and above, are agents of The Carriers based upon acts of commission and omission in the handling of Plaintiffs' claim, including inspections, adjustments, and aiding in the adjustment of the loss for or on behalf of the insurer. TEX. INS. CODE §4001.051.

Separately, and/or in the alternative, as referenced and described above, The Carriers ratified the actions and conduct of their adjuster(s) including the way he discharged or failed to properly discharge his duties under the common law and applicable statutory laws and regulations.

## VII.    KNOWLEDGE

Each or certain of the acts described above, together, and singularly, were done "knowingly" by The Carriers and/or their agents, as that term is used in the Texas Insurance Code and was a producing cause of Plaintiff's damages described herein.

## VIII.   DAMAGES

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's counsel states that the damages sought are in an amount within the jurisdictional limits of this Court. In an effort to comply with Texas law and procedure, Plaintiff seeks monetary relief over $1,000,000.00, statutory and/or punitive damages, penalties, and attorney's fees and costs.

Plaintiff would show that all of the aforementioned acts, taken together or singularly, constitute the producing causes of the damages sustained by Plaintiff.

As previously mentioned, the damages caused by the storm at issue have not been properly addressed or repaired in the months since the storm, causing further damages to the Properties, and causing undue hardship and burden to Plaintiff.  These damages are a direct result of Defendants' mishandling of Plaintiff's claim in violation of the laws set forth above.

For breach of contract, Plaintiff is entitled to regain the benefit of its bargain, which is the

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

C-2942-23-C

amount of its claim minus the deductible, together with attorney's fees.

For noncompliance with the Texas Insurance Code, Unfair Settlement Practices, Plaintiff is entitled to actual damages minus the deductible, which include the loss of the benefits that should have been paid pursuant to the Policy, statutory penalties, court costs, and attorney's fees. For knowing conduct of the acts described above, Plaintiff asks for three times their actual damages. TEX. INS. CODE §541.152.

For noncompliance with the Texas Insurance Code, Prompt Payment of Claims, Plaintiff is entitled to the amount of its claim, as well as ten (10) percent interest per annum on the amount of such claim as damages, together with attorney's fees. TEX. INS. CODE §542.060.

For breach of the common law duty of good faith and fair dealing, Plaintiff is entitled to compensatory damages, including all forms of loss resulting from the insurer's breach of duty, such as additional costs, economic hardship, losses due to nonpayment of the amount the insurer owed, and exemplary damages.

For the prosecution and collection of this claim, Plaintiff has been compelled to engage the services of the attorney whose name is subscribed to this pleading. Therefore, Plaintiff is entitled to recover a sum for the reasonable and necessary services of Plaintiff's attorney in the preparation and trial of this action, including any appeals to the Court of Appeals and/or the Supreme Court of Texas.

## IX.    CONDITIONS PRECEDENT

In addition, as to any exclusion, condition, or defense pled by The Carriers, Plaintiff would show that:

The clear and unambiguous language of the policy provides coverage for damage caused by losses made the basis of Plaintiff's claim, including the cost of access to fix the damages;

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-2942-23-C**

In the alternative, any other construction of the language of the policy is void as against public policy;

Any other construction and its use by The Carriers violates the Texas Insurance Code section 541 et. seq. and is void as against public policy;

Any other construction is otherwise void as against public policy, illegal, and violates state law and administrative rule and regulation.

In the alternative, should the Court find any ambiguity in the policy, the rules of construction of such policies mandate the construction and interpretation urged by Plaintiff;

In the alternative, The Carriers are judicially, administratively, or equitably estopped from denying Plaintiff's construction of the policy coverage at issue;

In the alternative, to the extent that the wording of such policy does not reflect the true intent of all parties thereto, Plaintiff pleads the doctrine of mutual mistake requiring information.

## X. JURY DEMAND

Plaintiff hereby requests that all causes of action alleged herein be tried before a jury consisting of citizens residing in Hidalgo County, Texas. Plaintiff hereby tenders the appropriate jury fee.

## XI. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that upon trial hereof, said Plaintiff has and recovers such sum as would reasonably and justly compensate it in accordance with the rules of law and procedure, as to actual damages, treble damages under the Texas Insurance Code, and all punitive and exemplary damages as may be found. In addition, Plaintiff requests the award of attorney's fees for the trial and any appeal of this case, for all costs of Court on its behalf expended, for pre-judgment and post-judgment interest as allowed by law, and for any other and further relief, either at law or in equity, to which it is justly entitled to.

Electronically Filed
7/24/2023 3:09 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-2942-23-C**

Respectfully submitted,

**FLORES & PELAEZ-PRADA, PLLC**
3522 Paesanos Parkway, Suite 301
San Antonio, TX 78231
(210) 361-0070 (Telephone)
(210) 693-1312 (Facsimile)

By: _____
MARCO D. FLORES
State Bar No. 24027251
mflores@stormlex.com
JAKE ROGIERS
State Bar No. 24069066
jrogiers@stormlex.com

**ATTORNEYS FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laurie Gutierrez on behalf of Marco Flores
Bar No. 24027251
lgutierrez@stormlex.com
Envelope ID: 77821350
Filing Code Description: Petition
Filing Description:
Status as of 7/25/2023 8:29 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marco DFlores | | mflores@stormlex.com | 7/24/2023 3:09:28 PM | SENT |
| Jake Rogiers | | jrogiers@stormlex.com | 7/24/2023 3:09:28 PM | SENT |
| Valerie Rios | | vrios@stormlex.com | 7/24/2023 3:09:28 PM | ERROR |

EXHIBIT "B"



20 Burton Hills Blvd., Ste. 350
Nashville, TN 37215

**GENERAL PROPERTY DECLARATIONS**
**This Declaration Page is attached to and forms part of the Policy as defined herein.**

Account Number:    2018-9001091-02         Previous Account Number:    2018-9001091-01

Inception Date:        September 1, 2019        Expiration Date:            September 1, 2020
(12:01 A.M. Local time at each insured location.)

Coverage is provided by the following Company(s):   Specific Policy Number
Independent Specialty Insurance Company       VIS-CN-0001091-02
1900 L. Don Dodson Drive , Bedford, TX 76021

Certain Underwriters at Lloyds (Consortium     VPC-CN-0001091-02
#9226)
c/o Asta Managing Agency, LTD Camomile
Court, 23 Camomile St, London, UK EC 3A 7II

Interstate Fire & Casualty Company            VRX-CN-0001091-02
33 W. Monroe Street  , Chicago, IL 60603

Named Insured and Mailing Address:            Hidalgo Independent School District
                                              P.O Box 8220
                                              Hidalgo, TX 78557

Producer Name and Address:                    Scott Wolf
                                              AmWINS - Dallas
                                              5910 North Central Expressway
                                              Suite 500
                                              Dallas, TX 75206

Business or Operations of the Named Insured:   Education

The insurance provided by this policy consists of the following coverage form(s).  In return for
payment of the premium and subject to all the terms of this policy, we agree with you to provide the
insurance as stated in this policy.

### PROPERTY INSURANCE

PREMIUM and FEE SUMMARY (Policy and Inspection Fee retained by Velocity Risk Underwriters, LLC)

| Annual Premium/Fees | Premium (x TRIA) | TRIA | Policy Fee | Inspection Fee | Total |
|---|---|---|---|---|---|
| Certain Underwriters at Lloyds (Consortium #9226) | $28,508.70 | $0.00 | $25.00 | $50.00 | $28,583.70 |
| Independent Specialty Insurance Company | $62,719.14 | $0.00 | $55.00 | $110.00 | $62,884.14 |
| Interstate Fire & Casualty Company | $193,859.16 | $0.00 | $170.00 | $340.00 | $194,369.16 |
| TOTAL | $285,087.00 | Rejected | $250.00 | $500.00 | $285,837.00 |

VRU-041-1118 General Property Declaration (Syndicated)
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.



20 Burton Hills Blvd., Ste. 350
Nashville, TN 37215

**GENERAL PROPERTY DECLARATIONS**
**This Declaration Page is attached to and forms part of the Policy as defined herein.**

LOCATIONS OF PREMISES--Applicable to Coverages specified in these Declarations

Locations on file with the Insurer(s) and/or Company(ies)

**FORMS ATTACHED AT INCEPTION**

| | |
|---|---|
| VRU-041-1118 | General Property Declarations |
| LSW1022A | Policyholder Notification - Texas |
| VRU-038-0816 | Policyholder Notification – Privacy Notice |
| VRU-037-0816 | Policyholder Notification – Fraud Notice |
| VRU-017-1218 | VRU Commercial Property Comprehensive Form |
| VRU-001-0118 | Service of Suit |
| VRU-003-0316 | Office of Foreign Assets Control |
| VRU-006-0316 | Minimum Earned and Special CAT Minimum Earned Premium |
| VRU-011-0516 | Claims Reporting Information Notice |
| VRU-012-0119 | Allocation Endorsement |
| VRU-016-0118 | TRIA Rejection Notice |
| VRU-031-0516 | Protective Safeguards Endorsement |
| VRU-032-0516 | Roof Valuation Endorsement |
| VRU-057-0718 | Total Or Constructive Loss Earned Premium Condition |
| VRU-055-0419 | Certain Underwriters at Lloyd's Syndicate List |

**THESE DECLARATIONS TOGETHER WITH THE COVERAGE PART DECLARATIONS, COVERAGE FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE CONTRACT OF INSURANCE.**

Countersigned: <u>9/26/2019</u>        By:
                 Date

                                               Authorized Representative

VRU-041-1118 General Property Declaration (Syndicated)
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

# POLICYHOLDER NOTIFICATION
## APPLICABLE TO THE HOME STATE OF TEXAS

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja: |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at: | Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al: |
| **1-800-252-3439** | **1-800-252-3439** |
| You may write the Texas Department of Insurance: | Puede escribir al Departamento de Seguros de Texas: |
| P. O. Box 149104 Austin, | P. O. Box 149104 Austin, |
| TX 78714-9104 | TX 78714-9104 |
| Fax: (512) 490-1007 | Fax: (512) 490-1007 |
| Web: http://www.tdi.state.tx.us | Web: http://www.tdi.state.tx.us |
| E-mail: ConsumerProtection@tdi.state.tx.us | E-mail: ConsumerProtection@tdi.state.tx.us |
| **PREMIUM OR CLAIM DISPUTES:** Should you have a dispute concerning your premium or about a claim you should contact the agent first. If the dispute is not resolved, you may contact the Texas Department of Insurance. | **DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI). |
| **ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for information only and does not become a part or condition of the attached document. | **UNA ESTE AVISO A SU POLIZA:** Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto. |

July 2007

LSW1022A

G. **COLLAPSE** means an abrupt falling down or caving in of a **BUILDING** or any part of a **BUILDING** with the result that the **BUILDING** or part of the **BUILDING** cannot be occupied for its current intended purpose. The **COLLAPSE** must be caused by or resulting from one or more of the following:

1. **BUILDING** decay that is hidden from view; however, coverage will  not be provided if the presence of such decay is known to the Insured prior to collapse;

2. Insect or vermin damage that is hidden from view, however, coverage will not be provided if the presence of such damage is known to the **NAMED INSURED** prior to collapse;

3. Use of defective material or methods in construction, remodeling or renovation, in the event that the abrupt collapse occurs during the course of construction, remodeling or renovation.

4. Use of defective material or methods in construction, remodeling or renovation, in the event that the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

   a. A cause of loss listed in I.F. as stated above;
   b. One or more of the **DEFINED CAUSES OF LOSS**;
   c. Breakage of **BUILDING** glass;
   d. Weight of people or personal property; or
   e. Weight of rain that collects on a roof.

H. **COVERED CAUSE OF LOSS** means all loss and/or damage arising from **DEFINED CAUSES OF LOSS** and covered by this **POLICY**.

I. **COVERED PROPERTY** means the **NAMED INSURED'S COVERED PROPERTY**, as listed in the **STATEMENT OF VALUES**, used on the **NAMED INSURED'S** business operations and provided coverage by this **POLICY**.

J. **DEDUCTIBLE** means the amount payable by the **NAMED INSURED** on a per **OCCURRENCE** basis or as otherwise described in **SECTION I. H.**

K. **DEFINED CAUSE OF LOSS** means fire, lightning, **EXPLOSION, WINDSTORM OR HAIL, SMOKE, AIRCRAFT OR VEHICLE IMPACT, RIOT, STRIKE OR CIVIL COMMOTION, VANDALISM AND MALICIOUS MISCHIEF**, or **LEAKAGE FROM FIRE PROTECTION EQUIPMENT**.

L. **EARTHQUAKE** means:

1. Quaking, vibratory or undulating movement of a portion of the earth's crust, produced by tectonic or underground volcanic forces or by breaking, shaking, trembling or shifting of rock beneath the earth's crust. The definition of **EARTHQUAKE** does not include subsidence, landslide, rock slide, mudflow, earth rising, earth sinking, earth shifting or settling, unless as a direct result of such **EARTHQUAKE**.

2. **EARTHQUAKE SHOCK** means the sum total of all the **NAMED INSURED'S** losses attributable directly from the peril of **EARTHQUAKE** sustained during any period of one hundred sixty-eight (168) consecutive hours by reason of one **EARTHQUAKE SHOCK** or a series of **EARTHQUAKE SHOCKS**.

3. Volcanic eruption, meaning the eruption, **EXPLOSION** or effusion of a volcano, excluding tsunami.  All volcanic eruptions that occur within any one hundred sixty-eight (168) hour period will constitute a single occurrence.

4. Sprinkler Leakage caused by or resulting from **EARTHQUAKE**.

5. Tsunami flooding, whether caused by **EARTHQUAKE** or not, is not included in the **EARTHQUAKE** peril.

M. **EARTH MOVEMENT** means:

1. Any natural or manmade landslide, mudslide, mudflow, rock falls,  including any earth sinking, rising or shifting related to such event;

2. Subsidence of a man-made mine, whether or not mining activity has ceased;

3. Earth sinking (other than sinkhole loss if covered elsewhere), rising or shifting, including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface;

4. Volcanic eruption, meaning the eruption, **EXPLOSION** or effusion of a volcano; or

5. Tsunami flooding is not included in **EARTH MOVEMENT**.

6. **EARTH MOVEMENT** does include **EARTHQUAKE**.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

C. To the extent required by the express provisions of any statute of any state, territory, or district of the United States, we hereby designate the Superintendent, Commissioner or Director of Insurance, or other officer specified for that purpose in the statute, or his successor or successors in office as our true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by you or on your behalf or any beneficiary hereunder arising out of this Policy, and we hereby designate the above named Counsel as the person to whom the said officer is authorized to mail such process or a true copy thereof.

VRU-001-0118 Service of Suit (Syndicated)

# POLICYHOLDER NOTIFICATION

## PRIVACY NOTICE

For commercial business customers with policies administered by Velocity Risk Underwriters, LLC (VRU) and insured by a nonadmitted insurer, our privacy policy is as follows:

- VRU does not collect or require personal private information from our customers.
- VRU does not share any policyholder information for marketing purposes with any third party.
- VRU does share policy information as necessary with third party service providers for purposes of evaluating, processing, or servicing our business, inclusive but not restricted to information gathered in the application, inspection, or claims process.
- We require a non-disclosure with all third party service providers as respects information shared from us to our third party service providers which restricts use of information to functions required to perform the contracted services.
- Exception to all restrictions above will be as required by applicable law or regulatory agency.

VRU-038-0816 Policyholder Notification – Privacy Notice

## POLICYHOLDER NOTIFICATION

## FRAUD NOTICE

| Arkansas | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
|---|---|
| Colorado | **It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.** |
| District of Columbia | **WARNING:** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant. |
| Florida | Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree. |
| Kansas | A "fraudulent insurance act" means an act committed by any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto. |
| Kentucky | Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime. |
| Louisiana | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| Maine | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or denial of insurance benefits. |
| Maryland | Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| New Jersey | Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties. |
| New Mexico | ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES. |

I.  Automatic Sprinkler System means any automatic fire protective or extinguishing system, including connected:
    i.   Sprinklers and discharge nozzles;
    ii.  Ducts, pipes, valves and fittings;
    iii. Tanks, their component parts and supports; and
    iv.  Pumps and private fire protection mains.
II. When supplied from an automatic fire protective system:
    i.  (1) Non-automatic fire protective systems; and
    ii. (2) Hydrants, standpipes and outlets.
III. If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

2. "AA" means Automatic Fire Alarm

   I.  Automatic Fire Alarm means an automatic fire alarm protecting the entire building that is:
       a. Connected to a central station, or
       b. Reporting to a public or private fire alarm station.

3. "SS" means Security Service

   I.  Security Service means a security service with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

4. "SC" means Service Contract

   I.  Service Contract means a written contract with a privately owned fire department providing fire protection service to the described premises.

5. "CS" means Central Station Burglar Alarm

Central Station Burglar Alarm means a central station burglar alarm that is protecting all entryways and windows that is:

   I.  Activated and operational
   II. Reporting to a public or private burglar alarm station; and

# POLICYHOLDER NOTIFICATION

| | |
|---|---|
| **New York** | **General: All applications for commercial insurance, other than automobile insurance:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.<br><br>**All applications for automobile insurance and all claim forms:** Any person who knowingly makes or knowingly assists, abets, solicits or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the value of the subject motor vehicle or stated claim for each violation.<br><br>**Fire:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.<br><br>The proposed insured affirms that the foregoing information is true and agrees that these applications shall constitute a part of any policy issued whether attached or not and that any willful concealment or misrepresentation of a material fact or circumstances shall be grounds to rescind the insurance policy. |
| **Ohio** | Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud. |
| **Oklahoma** | WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony. |
| **Oregon** | Any person who knowingly and willfully presents false information in an application for insurance may be guilty of insurance fraud and subject to fines and confinement in Prison. The aforementioned actions may constitute a fraudulent insurance act which may be a crime and may subject the person to penalties. |
| **Pennsylvania** | **All Commercial Insurance, Except As Provided for Automobile Insurance:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.<br><br>**Automobile Insurance:** Any person who knowingly and with intent to injure or defraud any insurer files an application or claim containing any false, incomplete or misleading information shall, upon conviction, be subject to imprisonment for up to seven years and the payment of a fine of up to $15,000. |
| **Puerto Rico** | **Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances [be] present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.** |
| **Rhode Island** | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |

VRU-037-0816 Policyholder Notification – Fraud Notice

# POLICYHOLDER NOTIFICATION

| | |
|---|---|
| **Tennessee** | **All Commercial Insurance, E**xcept As Provided for Workers' Compensation It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.<br><br>**Workers' Compensation:** It is a crime to knowingly provide false, incomplete or misleading information to any party to a workers' compensation transaction for the purpose of committing fraud. Penalties include imprisonment, fines and denial of insurance benefits. |
| **Utah** | **Workers' Compensation:** Any person who knowingly presents false or fraudulent underwriting information, files or causes to be filed a false or fraudulent claim for disability compensation or medical benefits, or submits a false or fraudulent report or billing for health care fees or other professional services is guilty of a crime and may be subject to fines and confinement in state prison. |
| **Virginia** | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |
| **Washington** | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |
| **West Virginia** | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **All Other States** | Any person who knowingly and willfully presents false information in an application for insurance may be guilty of insurance fraud and subject to fines and confinement in prison. |

**THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR NAMED STORM LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU**

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  1 of 49

# VRU COMMERCIAL PROPERTY COMPREHENSIVE FORM

In consideration of the premium charged, this **POLICY** covers sudden and accidental direct physical loss of or damage to the **COVERED PROPERTY** at all covered **LOCATIONS** caused by a **COVERED CAUSE OF LOSS** occurring during the **POLICY** period. Coverage shall be subject to the terms, conditions, definitions, exclusions, limitations and provisions contained herein or endorsed hereto.

### SECTION I - COVERAGES AND LIMITS OF LIABILITY

Terms which appear in boldface type have special meaning. Most are defined in **Section VIII: POLICY DEFINITIONS**, however, some definitions are set forth in other sections.

A.      **NAMED INSURED: NAMED INSURED** (as shown in the **DECLARATIONS**) and/or its affiliated and subsidiary companies and/or corporations as now exist or may hereafter be constituted or acquired including their interests as may appear in partnerships or joint ventures which the Insured is responsible or legally obligated to insure but only as to **LOCATION(S)** specified in the **STATEMENT OF VALUES** or, subject to the terms herein as to **NEWLY ACQUIRED LOCATIONS** or **MISCELLANEOUS UNNAMED LOCATIONS**.

B.      **ADDITIONAL INSURED(S), MORTGAGEE(S),** and **LENDER'S LOSS PAYEE(S)**: Per endorsements or certificates of insurance issued or on file with Velocity Risk Underwriters, LLC (VRU). Any endorsements or certificates of insurance issued in connection with this **POLICY** shall be issued solely as a matter of convenience or information (and do not alter or amend coverage) except where any **ADDITIONAL INSURED(S), MORTGAGEE(S),** and **LENDER'S LOSS PAYEE(S)** are named pursuant to the Special Provisions of said endorsements or certificates of insurance and only if the endorsement or certificate of insurance is issued prior to a loss. Such endorsements or certificates of insurance adding any **ADDITIONAL INSURED(S), MORTGAGEE(S),** and **LENDER'S LOSS PAYEE(S)** will be deemed attached to the **POLICY** and the **NAMED INSURED** will pay any required premium.

C.      **COVERAGE TERRITORY**: Coverage under this **POLICY** applies to **OCCURRENCES** within the United States of America being the fifty (50) states of the Union plus the District of Columbia.

D.      **PARTICIPATION:** The **LIMITS OF LIABILITY** shown in I.E. and **SUBLIMITS OF LIABILITY** shown in I.F. or endorsements attached to this POLICY represent 100% from the ground up for all Insurance Companies combined whether issued as Co-Insurance or as separate policies to this one. The maximum share of the limit of liability for the **INSURER** in any one **OCCURRENCE** as a result of **COVERED CAUSE OF LOSS** under this **POLICY** is 100%.

E.      **LIMIT OF LIABILITY**: The total maximum liability in any one **OCCURRENCE** as a result of a **COVERED CAUSE OF LOSS** regardless of the number of **LOCATION(S)**, coverages, or perils insured under this **POLICY** shall not exceed the lesser of 1 (a, b, and/or c; as indicated by an 'X'); OR 2.:

**1.**



         a.      As respects to each **LOCATION** insured by this Policy: N/A% of the total combined stated values for all categories of **COVERED PROPERTY** and **TIME ELEMENT COVERAGES** shown for that **LOCATION** on the latest **STATEMENT OF VALUES** or other documentation on file with VRU.

         b.      As respects to each **LOCATION** Insured by this Policy: N/A% of the total combined stated values for all categories of **COVERED PROPERTY** shown for that **LOCATION;** and separately, N/A% of the total combined stated values for **TIME ELEMENT COVERAGES** shown for that **LOCATION;** all on the latest **STATEMENT OF VALUES** or **other** documentation on file with VRU.

         c.      No single **LOCATION** limit shall exceed $75,000,000.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

OR

2. $134,320,559 maximum **LIMIT OF LIABILITY**.

F.   **SUBLIMITS OF LIABILITY**: **SUBLIMITS OF LIABILITY** stated below are included within and not in addition to the **LIMIT OF LIABILITY** shown in Paragraph E., above. These **SUBLIMITS OF LIABILITY** and the specified limits of liability contained in the forms, endorsements and extensions attached, if any, are per **OCCURRENCE**, unless otherwise indicated.

If the words **"NOT COVERED"** are shown, instead of a limit, sublimit dollar amount or number of days, or if a specified dollar amount or number of days is not shown corresponding to any coverage or **COVERED CAUSE OF LOSS**, then no coverage is provided for that coverage or **COVERED CAUSE OF LOSS**.

When a **SUBLIMIT OF LIABILITY** applies to property that **SUBLIMIT OF LIABILITY** also applies to any **TIME ELEMENT COVERAGE** associated with that property.

**SUBLIMITS OF LIABILITY**

a.   **EARTHQUAKE / EARTH MOVEMENT: Earthquake**

   i.        Not Applicable     Annual Aggregate, for all insured **LOCATIONS**, combined; further subject to:

   ii.       Not Applicable     Annual Aggregate for all insured **LOCATIONS** in California.

   iii.      Not Applicable     Annual Aggregate for all insured **LOCATIONS** in Alaska.

   iv.       Not Applicable     Annual Aggregate for all insured **LOCATIONS** in Hawaii,.

   v.        Not Applicable     Annual Aggregate for all insured **LOCATIONS** in **PACIFIC NORTHWEST STATES**, combined.

   vi.       Not Applicable     Annual Aggregate for insured **LOCATIONS** in **NEW MADRID EARTHQUAKE ZONE COUNTIES**, combined.

   vii.      $5,000,000 Annual Aggregate, as respects to **LOCATIONS** in: All Locations

b.   **FLOOD**:

   i.        Not Applicable     Annual Aggregate, for all insured **LOCATIONS**, combined; however, further subject to:

   ii.       $1,000,000 Annual Aggregate as respects **FLOOD** for all **LOCATIONS** combined, wholly or partially within Special Flood Hazard Areas.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

iii.        $2,500,000 Annual Aggregate, as respects to **LOCATIONS** in: All Locations

c.     **NAMED STORM:**

Included    Regardless of the number of coverages, **LOCATIONS** or perils involved including, but not limited to, all **wind**, wind gusts, tornados, cyclones, hail, or rain, all arising out of a **NAMED STORM** (a storm that has been declared by the National Weather Service to be a **HURRICANE**, Typhoon, Tropical Cyclone, Tropical Storm, or Tropical Depression), this is the maximum amount that will be paid per **OCCURRENCE** as respects any **COVERED CAUSE OF LOSS**.  In the event covered loss or damage by **FLOOD** arises out of a **NAMED STORM**, the maximum amount that will be paid per **OCCURRENCE** for all such loss or damage by **FLOOD** shall be the **SUBLIMITS OF LIABILITY** for **FLOOD** as shown in Subparagraphs F.b.i and F.b.ii. above. However, if **FLOOD** is not covered, the maximum amount that will be paid per **OCCURRENCE** for all such loss or damage by **NAMED STORM** shall exclude loss or damage by **FLOOD**.

d.     **WIND DRIVEN PRECIPITATION:**

i.     $250,000 per **OCCURRENCE**, for all insured **LOCATIONS**, combined

Each peril's **SUBLIMIT** above (F.a. – F.d.) shall be considered a separate **SUBLIMIT** apart from the other peril's **SUBLIMITS** above.

However, the **SUBLIMITS** below (starting with e.) shall be considered **SUBLIMITS** within the above applicable covered peril **SUBLIMITS** (F.a. – F.d.).

e.     **ADDITIONAL COVERAGE SUBLIMITS:**

| a. | **ACCOUNTS RECEIVABLE** | $1,000,000 |
|---|---|---|
| b. | **BACKUP OF SEWERS AND DRAINS** | $500,000 |
| c. | **BUILDERS RISK**<br>Property in the course of construction or renovation, excluding SOFT COSTS | $1,000,000 |

d.     **DEBRIS REMOVAL**
Total liability for DEBRIS REMOVAL per OCCURRENCE for all insured LOCATIONS sustaining a COVERED CAUSE OF LOSS payable under this POLICY shall not exceed the lesser of:
    i. 25% of the amount of covered physical loss or damage to COVERED PROPERTY (excluding TIME ELEMENT COVERAGES), payable for all insured LOCATIONS; or
    ii. $5,000,000

| e. | **ELECTRONIC DATA AND MEDIA** | $1,000,000 |
|---|---|---|

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **4 of 49**

| f. | **ERRORS AND OMISSIONS, SUBJECT TO ALL OTHER SUBLIMITS CONTAINED HEREIN** | $250,000 |
|----|----|----|
| g. | **FINE ARTS** | $250,000 |
| h. | **FIRE BRIGADE CHARGES** | $50,000 |
| i. | **FUNGUS, MOLDS, MILDEW, SPORES, YEAST** | $15,000 Per Occurrence and Annual Aggregate |
| j. | **LEASED OR RENTED EQUIPMENT** but not to exceed: | $250,000 $25,000 any one item |
| k. | **LEASEHOLD INTEREST** | $100,000 |
| l. | **LIMITED POLLUTION COVERAGE** | $100,000 Annual Aggregate |
| m. | **LOCK REPLACEMENT** | $25,000 |
| n. | **MISCELLANEOUS UNNAMED LOCATIONS** Subject to all other SUBLIMITS contained herein. | $1,000,000 |
| o. | **NEWLY ACQUIRED PROPERTY** In no event will this POLICY pay more than: Subject to all other SUBLIMITS contained herein. | 90 Days $1,000,000 |
| p. | **ORDINANCE OR LAW** | |
| | i. Coverage A | Included in BUILDING Limit |
| | ii. Coverage B | $5,000,000 Per Occurrence |
| | iii. Coverage C | Included in Coverage B |
| | iv. Coverage D (if covered) | Included in TIME ELEMENT |
| q. | **OUTDOOR PROPERTY** | $1,000,000 |
| r. | **PAIRS OR SETS** | $25,000 |
| s. | **PERSONAL PROPERTY OF OTHERS** | $150,000 |
| t. | **PLANTS, LAWNS, TREES OR SHRUBS** | $250,000 |

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **5 of 49**

| | | |
|---|---|---|
| | limited for any one plant, lawn, tree or shrub to: | $25,000 |
| u. | **PROFESSIONAL FEES FOR ALL CLAIMS COMBINED** | $250,000 Per Occurence and Annual Aggregate |
| v. | **PROPERTY REMOVED FROM INSURED LOCATIONS** | $100,000 |
| w. | **PROTECTION AND PRESERVATION OF PROPERTY** | Included |
| x. | **RECLAIMING, RESTORING OR REPAIRING LAND IMPROVEMENTS** | $10,000 |
| y. | **REWARD REIMBURSEMENT** | $25,000 |
| z. | **SIDEWALKS, PAVED SURFACES, ROADWAYS** | $250,000 |
| aa. | **SPOILAGE** | $100,000 |
| ab. | **TRANSIT** | $100,000 |
| ac. | **UNDERGROUND PIPES, FLUES AND DRAINS** | $50,000 |
| ad. | **VALUABLE PAPERS OR RECORDS** | $1,000,000 |

**Time Element Coverages**

| | |
|---|---|
| **ORDINARY PAYROLL** (provided values are included in the TIME ELEMENT VALUES on STATEMENT OF VALUES) | NOT COVERED |

**Additional Time Element Coverages**

| | | |
|---|---|---|
| 1. | **BUILDER'S RISK SOFT COSTS** | $100,000 |
| 2. | **CONTINGENT TIME ELEMENT** The lesser of | NOT COVERED |
| 3. | **EXTENDED PERIOD OF INDEMNITY** | NOT COVERED |
| 4. | **EXTRA EXPENSE** | $2,000,000 |
| 5. | **INGRESS & EGRESS COVERAGE** | 30 Days |

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **6 of 49**

|  | but in no event will this POLICY pay more than subject to a 72 hour qualifying period | $50,000 |
|---|---|---|

| 6. | **INTERRUPTION BY CIVIL OR MILITARY AUTHORITY restricting access to LOCATIONS** | 30 Days |
|---|---|---|
|  | but in no event will this POLICY pay more than subject to a 72 hour qualifying period | $1,000,000 |

| 7. | **RENTAL VALUE** | NOT COVERED |
|---|---|---|

| 8. | **ROYALTIES** | $25,000 |
|---|---|---|

| 9. | **SERVICE INTERRUPTION** | 3 Weeks |
|---|---|---|
|  | but in no event will this POLICY pay more than subject to a 72 hour qualifying period (if TIME ELEMENT is covered) | $250,000 |

| 10. | **TIME ELEMENT MONTHLY LIMITATION** | N/A |
|---|---|---|
|  | Monthly, applicable to all TIME ELEMENT COVERAGES, except those that have a SUBLIMIT. |  |

G.  **MAXIMUM AMOUNT PAYABLE**: In the event of a **COVERED CAUSE OF LOSS** hereunder, total liability under this **POLICY** shall be limited to the least of the following in any one **OCCURRENCE**:

1.  The actual adjusted amount of loss, less applicable **DEDUCTIBLE(S)**, or

2.  The **LIMIT OF LIABILITY** or applicable **SUBLIMIT OF LIABILITY** shown in this **POLICY** or endorsed onto this **POLICY**.

H.  **DEDUCTIBLE**: Each claim for loss or damage under this **POLICY** shall be subject to a per **OCCURRENCE DEDUCTIBLE** amount of:

1. $25,000 Property Damage & **TIME ELEMENT COVERAGE** combined; OR
2. N/A  Property Damage; and

3. N/A **TIME ELEMENT COVERAGE- Number of Days Waiting Period**

Unless a specific **DEDUCTIBLE** shown below applies for the indicated peril(s) or a specific qualifying period is shown in the **ADDITIONAL COVERAGE SUBLIMIT** above.

1.  **EARTHQUAKE / EARTH MOVEMENT: Earthquake:**

a.  $25,000 per **OCCURRENCE**, except as follows in Subparagraph H.1.b., H.1.c., H.1.d., H.1.e, H.1.f or H.1.g;

b.  N/A% of TIV at each LOCATION involved in the loss or damage, subject to a miniumum of N/A any one OCCURRENCE.  All LOCATIONS, as per STATEMENT OF VALUES on file with VRU

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **7 of 49**

c.  N/A% of **TIV** at each **LOCATION** involved in the loss or damage, subject to a minimum of N/A any one **OCCURRENCE**, as respects **LOCATIONS** in California. All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU

d.  N/A% of **TIV** at each **LOCATION** involved in the loss or damage, subject to a minimum of N/A any one **OCCURRENCE**, as respects, **LOCATIONS** in Hawaii. All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU

e.  N/A% of **TIV** at each **LOCATION** involved in the loss or damage, subject to a minimum of N/A any one **OCCURRENCE**, as respects, **LOCATIONS** in Alaska. All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU.

f.  N/A% of **TIV** at each **LOCATION** involved in the loss or damage, subject to a minimum of  N/A any one **OCCURRENCE**, as respects, **LOCATIONS** in the **Pacific Northwest States**. All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU

g.  N/A% of **TIV** at each **LOCATION** involved in the loss or damage, subject to a minimum of N/Aany one **OCCURRENCE**, as respects, **LOCATIONS** in **New Madrid EARTHQUAKE** Zone Counties. All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU

h.  N/A% per **UNIT OF INSURANCE** involved in the loss arising out of an **Earthquake**, subject to a minimum **DEDUCTIBLE** of  **N/A**any one **OCCURRENCE**; as respects **LOCATION(S)** in: N/A

> All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU
>
> **UNIT OF INSURANCE** is defined as: In the application of the **DEDUCTIBLES**, each of the following shall be considered a separate unit of insurance:
>
> I.    Each separate **BUILDING** or structure
> II.   Contents in each separate **BUILDING** or structure
> III.  Property in the yard of each separate **BUILDING** or structure
> IV.   Annual **TIME ELEMENT VALUE** applying to each separate **BUILDING** or structure

**2.    FLOOD:**

a.  $100,000 Per **OCCURRENCE**, except as follows in Subparagraph H.2.b.:

b.  As respects **LOCATIONS**, wholly or partially within **SPECIAL FLOOD HAZARD AREAS:** Maximum available limits with National Flood Insurance Program (NFIP), whether purchased or not, plus  $100,000 per **OCCURRENCE.**

**3.    NAMED STORM:**

a.  50,000 per **OCCURRENCE**, OR N/A per **OCCURRENCE**, per **LOCATION**; except as follows in Subparagraphs H.3.b., H.3.c. OR H.2.d.

b.  N/A% of the **TIV** at each **LOCATION** involved in the loss arising out of a **NAMED STORM**, subject to minimum **DEDUCTIBLE** of N/A any one **OCCURRENCE**, as respects **LOCATIONS** in: All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU.

c.  N/A% of the **TIV** at each **BUILDING** involved in the loss arising out of a **NAMED STORM**, subject to a minimum **DEDUCTIBLE** of N/A any one **OCCURRENCE**; as respects **LOCATIONS** in:

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  8 of 49

N/A

All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with **V**RU.

**d.**    N/A% per **UNIT OF INSURANCE** involved in the loss arising out of a **NAMED STORM**, subject to a minimum **DEDUCTIBLE** of N/A any one **OCCURRENCE**; as respects **LOCATION(S)** in: N/A

All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU.

**UNIT OF INSURANCE** is defined as: In the application of the **DEDUCTIBLES**, each of the following shall be considered a separate unit of insurance:

    I.    Each separate **BUILDING** or structure
    II.    Contents in each separate **BUILDING** or structure
    III.    Property in the yard of each separate **BUILDING** or structure
    IV.    Annual **TIME ELEMENT VALUE** applying to each separate **BUILDING** or structure

**4.**    **ALL OTHER WINDSTORM OR HAIL:**

    a.    $25,000 per **OCCURRENCE**, OR

    **b.**    N/A Per **OCCURRENCE**, Per **LOCATION**; except as follows in Subparagraphs H.4.b, H.4.c, or H.4.d.

    c.    N/A% of the **TIV** at each **LOCATION** involved in the loss arising out of **WINDSTORM OR HAIL**, subject to minimum **DEDUCTIBLE** of N/A any one **OCCURRENCE**, as respects to **LOCATIONS** in: N/A

All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU.

    d.    N/A%  of the **TIV** at each **BUILDING** involved in the loss arising out of **WINDSTORM OR HAIL**, subject to a minimum **DEDUCTIBLE** of **N/A** any one **OCCURRENCE**; as respects **LOCATIONS** in: N/A

All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU.

    e.    N/A% per **UNIT OF INSURANCE**  involved in the loss arising out of **WINDSTORM OR HAIL**, subject to a minimum **DEDUCTIBLE** of N/A any one **OCCURRENCE**, as respects **LOCATIONS** in: N/A

All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU.

    f.    **UNIT OF INSURANCE** is defined as:  In the application of the **DEDUCTIBLES**, each of the following shall be considered a separate **UNIT OF INSURANCE**:

        I.        Each separate **BUILDING** or structure;
        II.        Contents in each separate **BUILDING** or structure;
        III.        Property in the yard of each separate **BUILDING** or structure;
        IV.        Annual **TIME ELEMENT VALUE** applying to each separate **BUILDING** or structure.

**5.**    **WIND DRIVEN PRECIPITATION:**

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **9 of 49**

a.    $100,000 per **OCCURRENCE**, OR N/A per **OCCURRENCE**, per **LOCATION**; except as follows in Subparagraphs H.5.b., H.5.c. OR H.5.d.

b.    N/A% of the **TIV** at each **LOCATION** involved in the loss arising out of a **NAMED STORM**, subject to minimum **DEDUCTIBLE** of N/A any one **OCCURRENCE**, as respects **LOCATIONS** in: N/A

All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU.

c.    N/A% of the **TIV** at each **BUILDING** involved in the loss arising out of a **NAMED STORM**, subject to a minimum **DEDUCTIBLE** of N/A any one **OCCURRENCE**; as respects **LOCATIONS** in: N/A

All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU.

d.    N/A% per **UNIT OF INSURANCE** involved in the loss arising out of a **NAMED STORM**, subject to a minimum **DEDUCTIBLE** of N/A any one **OCCURRENCE**; as respects **LOCATION(S)** in: N/A

All **LOCATIONS**, as per **STATEMENT OF VALUES** on file with VRU.

**UNIT OF INSURANCE** is defined as: In the application of the **DEDUCTIBLES**, each of the following shall be considered a separate unit of insurance:

V.    Each separate **BUILDING** or structure
VI.    Contents in each separate **BUILDING** or structure
VII.    Property in the yard of each separate **BUILDING** or structure
VIII.    Annual **TIME ELEMENT VALUE** applying to each separate **BUILDING** or structure

The following two paragraphs apply to Subparagraphs H.1. through H.5., inclusive:

In each case of loss or damage covered by this **POLICY**, there shall be no liability hereunder unless the **NAMED INSURED** sustains loss or damage in a single **OCCURRENCE** greater than any applicable **DEDUCTIBLE** described herein. When this **POLICY** covers more than one **LOCATION**, the **DEDUCTIBLE** shall apply against the total loss or damage covered by this **POLICY** in any one **OCCURRENCE**, unless otherwise stated in this Paragraph H.

If two or more peril **DEDUCTIBLE** amounts provided in this **POLICY** apply to a single **OCCURRENCE**, the total to be deducted shall not exceed the largest **DEDUCTIBLE** applicable, unless otherwise stated in this **POLICY**. However, if a **TIME ELEMENT COVERAGE DEDUCTIBLE** and another **DEDUCTIBLE** apply to a single **OCCURRENCE**, then both **DEDUCTIBLES** shall be applied to the **OCCURRENCE**.

## SECTION II - COVERED CAUSES OF LOSS

A.    **COVERED CAUSES OF LOSS**: This **POLICY** insures against all risks of sudden and accidental direct physical loss or damage to **COVERED PROPERTY**, except as excluded.

B.    **EXCLUSIONS**: There is no coverage under this **POLICY** for loss or damage caused directly or indirectly by any of the following exclusions. Such loss or damage is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss or damage. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area:

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **10 of 49**

1.   **NUCLEAR, BIOLOGICAL, CHEMICAL AND RADIOLOGICAL EXCLUSIONS**

   a.   This **POLICY** will not pay for any loss, damage, cost or expense, whether real or alleged, that is caused, results from, is exacerbated by or otherwise impacted by, either directly or indirectly, any of the following:

   i.   Nuclear Hazard - including, but not limited to, nuclear reaction, nuclear detonation, nuclear radiation, radioactive contamination and all agents, materials, products or substances, whether engineered or naturally occurring, involved therein or released thereby;

   ii.   Biological Hazard - including, but not limited to, any biological and/or poisonous or pathogenic agent, material, product or substance, whether engineered or naturally occurring, that induces or is capable of inducing physical distress, illness, or disease;

   iii.   Chemical Hazard - including, but not limited to, any chemical agent, material, product or substance;

   iv.   Radioactive Hazard - including, but not limited to, any electromagnetic, optical, or ionizing radiation or energy, including all generators and emitters thereof, whether engineered or naturally occurring.

   b.   The provisions of subparagraphs a.i., a. ii., a. iii., and a.iv. will not apply where the agent, material, product or substance at issue is utilized in the course of business by a **NAMED INSURED**

   c.   Only if, and to the extent required by state law, the following exception to the exclusions in subparagraph a. applies:

   If a hazard excluded under subparagraph a. results in fire (and provided fire is a **COVERED CAUSE OF LOSS**), this **POLICY** will pay for the loss, damage, cost or expense caused by that fire, subject to all applicable **POLICY** provisions including the **LIMIT OF LIABILITY** on the affected **COVERED PROPERTY**. Such coverage for fire applies only to direct loss or damage by fire to **COVERED PROPERTY**. This coverage does not apply to insurance provided under **TIME ELEMENT COVERAGES**, including but not limited to, Business Income, **RENTAL VALUE** or **EXTRA EXPENSE** coverage or endorsements that apply to those coverages.

2.   **WAR OR WARLIKE ACTION EXCLUSIONS**

   a.   War, hostile or warlike action in time of peace or war, whether or not declared, including action in hindering, combating, or defending against an actual, impending, or expected attack:

   i.   By any government or sovereign power (de jure or de facto) or by any authority maintaining or using military, naval, or air forces; or

   ii.   By military, naval, or air forces; or

   iii.   By an agent of any such government, power, authority, or force;

   b.   Any weapon of war employing atomic fission or radioactive force, whether in time of peace or war, whether or not its discharge was accidental; or

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **11 of 49**

c.    Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating, or defending against such **OCCURRENCE**, seizure or destruction;

Including any consequence of Subparagraphs 2.a., 2.b., 2.c., above.

3.    **ANY FRAUDULENT OR DISHONEST ACT OR ACTS**, intended to result in financial gain, loss or damage to **COVERED PROPERTY** committed alone or in collusion with others: by any proprietor, partner, director, trustee, officer or employee of the Insured (including leased employees), or by any party to whom the property may have been entrusted (other than a carrier for hire).

4.    **ASBESTOS**

a.    Loss, damage or remediation expenses caused by or resulting from the presence of asbestos or asbestos-containing materials. As used in this exclusion, remediation expenses are expenses incurred for or in connection with the investigation, monitoring, removal, increased cost of reconstruction, disposal, treatment, abatement or neutralization of asbestos or asbestos-containing materials to the extent required by federal, state or local laws, regulations or statutes or any subsequent amendments thereof to address **ASBESTOS**.

b.    However, this **ASBESTOS** exclusion does not apply to the extent that coverage is provided under the following:

i.    This **POLICY** insures **ASBESTOS** located within an insured **BUILDING** or structure, and then only that part of the **ASBESTOS** which has been physically damaged during the **POLICY** period by a **DEFINED CAUSE OF LOSS**.

ii.    This coverage is subject to all limitations in the **POLICY** and, in addition, to each of the following specific conditions to coverage:

a.    The said **BUILDING** or structure must be insured under this **POLICY** for damage by this **COVERED CAUSE OF LOSS**.

b.    The **COVERED CAUSE OF LOSS** must be the immediate, sole cause of the damage to the **ASBESTOS**.

c.    The Insured must report the existence and cost of the damage as soon as practicable after the **COVERED CAUSE OF LOSS** first damaged the **ASBESTOS**. However, there is only coverage for reports of loss no later than 12 (twelve) months after the expiration, or termination, of the **POLICY** period.

c.    Insurance under this **POLICY** in respect of **ASBESTOS** shall exclude any sum relating to:

a.    any faults in the design, manufacture or installation of the **ASBESTOS**;
b.    **ASBESTOS** not physically damaged by a **COVERED CAUSE OF LOSS** including any governmental or regulatory authority direction or request of whatsoever nature relating to undamaged **ASBESTOS**.

5.        **POLLUTION/CONTAMINATION EXCLUSION**

Except as otherwise specifically provided in Paragraph I of SECTION VI – **ADDITIONAL COVERAGES**, this

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **12 of 49**

**POLICY** does not insure:

a.      any loss, damage, cost or expense, or

b.      any increase in insured loss, damage, cost or expense, or

c.      any loss, damage, cost, expense, fine or penalty, which is incurred, sustained or imposed by order, direction, instruction or request of, or by any agreement with, any court, government agency or any public, civil or military authority, or threat thereof, (and whether or not as a result of public or private litigation), which arises from any kind of seepage or any kind of pollution and/or contamination, or threat thereof, whether or not caused by or resulting from a peril insured, or from steps or measures taken in connection with the avoidance, prevention, abatement, mitigation, remediation, clean-up or removal of such seepage or pollution and/or contamination or threat thereof.

The term "any kind of seepage or any kind of pollution and/or contamination" as used in this clause includes (but is not limited to):

i       seepage of, or pollution and/or contamination by, anything, actual, alleged or threatened release, discharge, escape or dispersal of Pollutants or Contaminants, all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any sudden and direct  physical loss or damage insured by this policy including but not limited to, any material designated as a "hazardous substance" by the United States Environmental Protection Agency or as a "hazardous material" by the United States Department of Transportation, defined as a "toxic substance" by the Canadian Environmental Protection Act for the purposes of Part II of that Act, or any substance designated or defined as toxic, dangerous, hazardous or deleterious to persons or the environment under any other Federal, State, Provincial, Municipal or other law, ordinance or regulation; and

ii      the presence, existence, or release of anything which endangers or threatens to endanger the health, safety or welfare of persons or the environment.

6.          Delay, loss of market or loss of use, other than as expressly set forth in this **POLICY**.

7.      Remote or consequential loss or damage, including but not limited to liquidated damages, performance penalties, penalties for non-completion, delay in completion, or noncompliance with contract conditions whether caused by an insured peril or otherwise. But this exclusion does not apply to **TIME ELEMENT COVERAGE** when it is covered under this **POLICY**.

8.      Mysterious disappearance or loss or shortage disclosed on taking inventory or any unexplained loss.

9.      Voluntary parting with title or possession of any property, including voluntary parting which is the result of any fraudulent scheme, trick, devise, false pretenses, or any other similar act.

10.     Faulty or defective workmanship, material, construction, installation, or design from any cause; or faulty planning, zoning, development, surveying or siting; all unless direct physical loss or  damage not excluded by this **POLICY** ensues, in which event, this **POLICY** will cover only such resulting damage.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **13 of 49**

11.   Fault, defect, error, deficiency or omission in design, plan or specification, unless direct physical loss or damage not excluded by this **POLICY** ensues, in which event, this **POLICY** will cover only such resulting damage.

12.   Loss attributable to manufacturing or processing operations which result in damage to stock or materials while such stock or materials are being processed, manufactured, tested or otherwise being worked upon; all unless physical damage not excluded by this **POLICY** results, in which event, this **POLICY** shall cover only such resulting damage.

13.   Deterioration, depletion, rust, corrosion, erosion, wet or dry rot, decay, evaporation, leakage, wear and tear, animal, insect or vermin damage, inherent vice or latent defect, shrinkage or change in color, flavor, texture or finish, extremes or changes of temperature damage or changes in relative humidity damage, all whether atmospheric or not; all unless physical damage not excluded by this **POLICY** results, in which event, this **POLICY** shall cover only such resulting damage.

14.   Subsidence, sinkhole, settling, cracking, shrinking, bulging, or expansion of pavements, foundations, walls, floors, or ceilings; all unless physical damage not excluded by this **POLICY** results, in which event, this **POLICY** will cover only such resulting damage (unless a **SUBLIMIT** is shown in Section I.F.).

15.   Infestation, disease, freeze, drought and hail, weight of ice or snow or any damage caused by insects, vermin, rodents or animals to **PLANTS, LAWNS, TREES, OR SHRUBS**.

16.   Erosion of graded or planted finish or rough grades which results from normally expected or predictable precipitation and surface water runoff.

17.   Lack of incoming electricity, fuel, water, gas, steam, refrigerant, or outgoing sewerage, or incoming or outgoing data or telecommunications, all of which are caused by an **OCCURRENCE** away from any **LOCATION** insured under this **POLICY**, unless specifically provided herein and only to the extent provided herein.

18.   Costs, expenses, fines or penalties incurred or sustained by or imposed on the **NAMED INSURED** at the order of any government agency, court or other authority arising from any cause whatsoever.

19.   Electronic Data Exclusion

   a.   This **POLICY** does not insure loss, damage, destruction, distortion, erasure, corruption, alteration, loss of use, reduction in functionality, cost, or expense resulting from "Computer Virus."

   "Computer Virus" means a set of corrupting, harmful or otherwise unauthorized instructions or code including a set of maliciously introduced unauthorized instructions or code, programmatic or otherwise, that propagate themselves through a computer system or network of whatsoever nature. "Computer Virus" includes, but is not limited to, "Trojan Horses," "worms" and "time or logic bombs."

   b.   However, in the event that a **DEFINED CAUSE OF LOSS** results from any of the matters described in paragraph a. above, this **POLICY**, subject to all its terms, conditions and exclusions, will cover physical damage occurring during the **POLICY** period to property insured by this **POLICY** directly caused by such **DEFINED CAUSE OF LOSS**.

20.   Electronic Date Recognition Exclusion

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  14 of 49

This **POLICY** does not cover any loss, damage, cost, claim or expense, whether preventative, remedial or otherwise, directly or indirectly arising out of or relating to:

a.    the calculations, comparison, differentiation, sequencing or processing of data involving any date change, including leap year calculations, by any computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the Insured or not; or

b.    any change, alteration or modification involving any other date change, including leap year calculations, to any such computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the Insured or not.

This clause applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, cost, claim or expense.

21.    Loss or damage in the form of, caused by, arising out of, contributed to, or resulting from **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST;** or any **SPORES** or toxins created or produced by or emanating from such **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST**.

However, this exclusion shall not apply provided the **NAMED INSURED** establishes that the **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST** is a direct result of a covered loss from a **DEFINED CAUSE OF LOSS** or **FLOOD** (provided **FLOOD** is a **COVERED CAUSE OF LOSS**) and as a condition of coverage under this **POLICY** this loss is reported within twelve (12) months from the expiration date of the **POLICY**, and the **LIMIT OF LIABILITY** shall then be limited to the **SUBLIMIT** stated under SECTION I.F.

22.    Loss or damage caused by hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment, unless physical damage not excluded by this **POLICY** results, in which event, this **POLICY** will cover only such resulting damage.

23.    Loss or damage arising out of pre-existing damage as outlined below:

a.    A **BUILDING** or any part of a **BUILDING** that is in danger of falling down or caving in,

b.    Any part of a **BUILDING** that has separated from another part of the **BUILDING**, or

c.    A **BUILDING** or any part of a **BUILDING** that is standing which shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

24.    **COSMETIC LOSS** or damage to ROOF COVERINGS, siding, windows, doors or guttering by the peril of Hail.

For the purposes of this exclusion COSMETIC LOSS means only that damage that alters the physical appearance of property, but does not result in damage that allows penetration of water through the ROOF COVERING, siding, windows, doors or guttering or does not result in failure of the ROOF COVERING, siding, windows, doors or guttering to perform it intended function to keep out elements over an extended period of time.

ROOF COVERINGS means 1.) the roof material exposed to the weather; 2.) the underlayments applied for moisture protection; 3.) all flashings required in the replacement of a roof covering.

25.    Loss or damage caused by **EQUIPMENT BREAKDOWN** to vehicles (or any equipment on vehicles),

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **15 of 49**

draglines, cranes, excavation or construction equipment.

26.     Terrorism Exclusion

This **POLICY** excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any act of terrorism regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

For the purpose of this exclusion, an "act of terrorism" means an act, including but not limited to the use of force or violence and/or the threat thereof, of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organization(s) or government(s), committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

This clause also excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to any act of terrorism.  Such loss or damage is excluded regardless of any other cause, event or intervention that contributes concurrently or in sequence to the loss or damage.

When coverage is denied by reason of this exclusion, any loss, damage, cost or expense is not covered by this insurance and it is agreed the burden of proving the contrary shall be upon the **NAMED INSURED.**

In the event any portion of this exclusion is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

27.     Exclusion Of Loss Due To Virus Or Bacteria

a.     The exclusion set forth in subparagraph b. below, applies to all coverage under all forms and endorsements that comprise this **POLICY**, including but not limited to forms or endorsements that cover property damage to **BUILDINGS** or personal property and forms or endorsements relating to **TIME ELEMENT COVERAGES**.

b.     This **POLICY** will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST**. Such loss or damage is addressed in a separate exclusion in this **POLICY**.

a.     With respect to any loss or damage subject to the exclusion in subparagraph b. above, such exclusion supersedes any exclusion relating to pollutants or contaminants.

b.     The terms of the exclusion in subparagraph b. above, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded by this **POLICY**.

28.     Loss or damage from water under the ground surface pressing on, or flowing or seeping through:

a.     Foundations, walls, floors or paved surfaces;

b.     Basements, whether paved or not;

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  16 of 49

      c.      Doors, windows or other openings.

29.      Loss or damage from rain, snow, ice or sleet to personal property in the open.

30.      Seizure or destruction of property by order of governmental authority. However, coverage is provided for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire is a **COVERED CAUSE OF LOSS**.

31.      **EQUIPMENT BREAKDOWN** (unless endorsed to this **POLICY**).

32.      Hot Testing;

      a.      which means:

          i.      Startup, commissioning or performance testing;

          ii.      Any testing involving the introduction of flammable or explosive feedstock or similar media beginning when such feedstock is first introduced; or

          iii.      The rotational operation of any turbine or generator, except for rotational operation by turning gear only when the turbine or generator is not energized.

      b.      Hot Testing does not mean the startup, commissioning or performance testing of:

          i.      Heating;

          ii.      Cooling;

          iii.      Air handling; or

          iv.      Electrical systems that are part of **BUILDING** systems.

33.      Loss, damage, cost, or expense covered under any express or implied guarantee or warranty from a manufacturer or supplier, whether or not such manufacturer or supplier is a **NAMED INSURED** under this **POLICY**.

34.      **NAMED STORM** Restriction: This **POLICY** shall exclude all damage directly or indirectly caused by a **NAMED STORM** that is in existence at the time that written request to bind is given to the **INSURER**, until coverage for such **NAMED STORM** has been bound by written agreement between the **INSURER** and the **NAMED INSURED**. In addition, no increase in limits or additional coverages will be provided for any insured **LOCATION(S)** threatened by such **NAMED STORM**, until coverage for such **NAMED STORM** has been bound by written agreement between **INSURER** and the **NAMED INSURED**.

35.      Loss or damage to or resulting from the design, manufacture, installation, or use of any Exterior Insulation and Finish System (EIFS) or Dryvit construction, however this exclusion shall not apply to direct physical damage to EIFS or Dryvit as the direct result of an **DEFINED CAUSE OF LOSS**.

36.      Loss or damage resulting from **FLOOD**, unless a sublimit is shown in Section I. F. B

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **17 of 49**

37.    Loss or damage resulting from **EARTHQUAKE** or **EARTH MOVEMENT**, unless a sublimit is shown in Section I. F. a. .

**SECTION III – INSURED PROPERTY**

A.    **INSURED PROPERTY**: Unless otherwise excluded, this **POLICY** covers the following property while on any **LOCATION** and within 1,000 feet thereof:

1.    Real property, including **BUILDINGS, HARD COSTS** and additions under construction or renovation at an insured **LOCATION**, personal property and equipment in which the **NAMED INSURED** has an insurable interest;

2.    Improvements and betterments to **BUILDINGS** or structures in which the Insured has an insurable interest. Such improvements and betterments shall be considered real property;

3.    At the option of the **NAMED INSURED**, personal property, other than motor vehicles, of officers and employees of the **NAMED INSURED**;

4.    Personal property of others, other than motor vehicles, in the care, custody and control of the **NAMED INSURED**, which the **NAMED INSURED** is under obligation to keep insured for physical loss or damage of the type insured against by this **POLICY**;

5.    Contractor's and vendor's interests in property covered to the extent of the **NAMED INSURED'S** liability imposed by law or assumed by written contract prior to the date of direct physical loss or damage. However, such interests will not extend to any **TIME ELEMENT COVERAGE** provided by this **POLICY**;

6.    Real and personal property and related **TIME ELEMENT LOSS** at **MISCELLANEOUS UNNAMED LOCATION(S)** owned by the **NAMED INSURED** or for which the **NAMED INSURED** is legally responsible for, and within the **COVERAGE TERRITORY** of the **POLICY**. This shall also include personal property of the **NAMED INSURED** while temporarily at **MISCELLANEOUS UNNAMED LOCATION(S)**, including property in exhibitions and salesman's samples.

B.    **PROPERTY EXCLUDED**: This **POLICY** does not insure against loss or damage to:

1.    Currency, money, notes, securities, stamps, furs, jewelry, precious metals, precious stones, and semi-precious stones. This exclusion does not apply to precious metals and precious stones used by the Insured for industrial purposes;

2.    Air, **LAND**, land values, and any substance in or on **LAND**, or any alteration to the natural condition of the **LAND**. However, this exclusion does not apply to the cost of reclaiming, restoring or repairing land improvements, provided the loss is from a **DEFINED CAUSE OF LOSS**;

3.    Water, except water which is normally contained within any type of tank, piping system or other process equipment;

4.    Standing timber, growing crops, plants, lawns, trees, shrubs or animals. However, this exclusion does not apply to plants, lawns, trees or shrubs, provided the loss is from a **DEFINED CAUSE OF LOSS**;

5.    Pavements, paved surfaces, walkways, drainage systems or roadways (unless a **SUBLIMIT** is shown in

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **18 of 49**

SECTION I.F)

6.      Vehicles licensed for highway use, watercraft, aircraft and railroad rolling stock;

7.      Property sold by the **NAMED INSURED** under conditional sale, trust agreement, installment plan or other deferred payment plan after delivery to customers;

8.      Property in transit, except expressly as provided elsewhere in this **POLICY**;

9.      Underground mines or mining shafts and any related mining property and equipment while underground;

10.     Underground pipes, flues or drains; or any property below the lowest basement floor (unless a **SUBLIMIT** is shown in SECTION I.F)

11.     Offshore oil rigs, platforms and property contained therein or thereon;

12.     Satellites and spacecraft while on the launch pad, or after time of a launch;

13.     Dams, dikes, levees, bridges, tunnels, reservoirs, flood retaining walls and canals; except when scheduled as such on the **STATEMENT OF VALUES** on file with VRU;

14.     Docks, piers and wharves; except when scheduled as such on the **STATEMENT OF VALUES** on file with VRU;

15.     Transmission and distribution lines, including support structures, of every type and description; except when located on the insured premises or within one-thousand (1,000) feet thereof;

16.     Personal property in the care, custody, and control of the **NAMED INSURED** when the **NAMED INSURED** is acting as a Bailee, a warehouseman, or a carrier for hire;

17.     Contraband, or property in the course of illegal transportation or trade.

18.     Property of unit owners within individual condominium units, consisting of:

        a.      Personal property and improvements & betterments; and

        b.      Floor coverings, wall coverings and ceiling coverings which only serve that unit.

        However, this exclusion shall not apply to:

                i.      Appliances; refrigerators; air conditioning equipment (including air conditioning compressors); heating equipment; cooking ranges; dishwashers; clothes washers/dryers; and fixtures, installations or permanent additions initially installed in accordance with the original plans and specifications; all contained within the units; or

                ii.     Any property within the individual unit (including the property excluded in a. and b., above) that the condominium association agreement requires be covered by the condominium association.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **19 of 49**

### SECTION IV – VALUATION

Except as otherwise provided in this paragraph, adjustment of loss or damage under this **POLICY** shall be valued at the cost to repair or replace (whichever is less) at the time and place of the loss with materials of like kind and quality, without deduction for depreciation and obsolescence. The **NAMED INSURED** may elect to rebuild on another site, provided that, such rebuilding does not increase the amount of loss or damage that would otherwise be payable to rebuild at the same site. However, if the property is not repaired, rebuilt or replaced within two (2) years after the date of loss (unless such requirement is waived in writing), the value of the property will be determined on an **ACTUAL CASH VALUE** basis. In the event the **NAMED INSURED** elects to have the loss or damage settled on an **ACTUAL CASH VALUE** basis, the **NAMED INSURED** may still make a claim on a replacement cost basis, provided the **NAMED INSURED** makes the claim within one hundred eighty (180) days after the loss or damage.

Unless otherwise endorsed hereon, the property, as described below, will be valued as follows:

A. Stock in process: the cost of raw materials and labor expended, plus the proper proportion of overhead charges.

B. Finished goods manufactured by the **NAMED INSURED**: the regular cash selling price at the **LOCATION** where the loss occurs, less all discounts and charges to which the merchandise would have been subject had no loss occurred.

C. Raw materials, supplies and other merchandise not manufactured by the **NAMED INSURED**: the replacement cost.

D. **VALUABLE PAPERS AND RECORDS**: the cost to replace or restore the property with like kind and quality including the cost to research, gather and assemble information. If not replaced, this **POLICY** will only pay the blank value of the **VALUABLE PAPERS AND RECORDS**.

E. **ELECTRONIC DATA AND MEDIA**: the cost of the blank media, plus the costs of copying the **ELECTRONIC DATA AND MEDIA** from back-up or from originals of a previous generation. These costs will not include research and engineering nor any costs of recreating, gathering or assembling such **ELECTRONIC DATA AND MEDIA**. If the **ELECTRONIC DATA AND MEDIA** is not repaired, replaced or restored, the basis of valuation shall be the cost of the blank media. However, this **POLICY** does not insure any amount pertaining to the value of such **ELECTRONIC DATA AND MEDIA** to the **NAMED INSURED** or any other party, even if such **ELECTRONIC DATA AND MEDIA** cannot be recreated, gathered or assembled.

F. Jigs and fixtures, dies, small tools, patterns, employees' personal property and personal property of third parties: the replacement cost if replacement cost values have been reported and if actually replaced; otherwise the **ACTUAL CASH VALUE**, but not to exceed the cost to repair or replace the property with material of like kind and quality.

G. Leasehold improvements and betterments:

    1. If repaired or replaced at the expense of the **NAMED INSURED** within two (2) years after the date of the loss, the cost to repair or replace the damaged improvements and betterments.

    2. If not repaired or replaced within two (2) years after the date of the loss, a proportion of the **NAMED INSURED'S** original cost.

      The proportionate value will be determined as follows:

        a. Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

b.      Divide the amount determined in subparagraph a. above by the number of days from the installation of improvements to the expiration of the lease.

c.      If the **NAMED INSURED'S** lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure; or

3.      Nothing, if others pay for repairs or replacement.

H.      **FINE ARTS:**

1.      If there is no **STATEMENT OF VALUES** on file with VRU showing the agreed value of the **FINE ARTS**, then the lesser of:

a.      The cost to repair or replace the **FINE ARTS**, or

b.      The appraised value, which will be determined as of the time of the loss.

2.      If there is a **STATEMENT OF VALUES** on file with VRU showing the agreed value then that amount only.

3.      If a **FINE ARTS** article is part of a pair or set, and a physically damaged article cannot be replaced, or cannot be repaired or restored to the condition that existed immediately prior to the loss, then the lesser of the full value of such pair or set or the agreed value, as per the **STATEMENT OF VALUE** on file with VRU. The **NAMED INSURED** will surrender the damaged pair or set.

I.      **ACCOUNTS RECEIVABLE**: the amount owed the **NAMED INSURED** which the **NAMED INSURED** is unable to collect from customers, and shall include:

1.      Any collection expenses over and above the normal collection costs;

2.      Interest charges on any loan to offset impaired collections pending repayment of such sums that cannot be collected; and

3.      Other reasonable and necessary expenses incurred by the **NAMED INSURED** to recreate **ACCOUNTS RECEIVABLE** records.

Unearned interest and service charges on deferred payment accounts and normal credit losses on bad debts shall be deducted in determining the recovery hereunder.

After payment of loss, all amounts recovered by the **NAMED INSURED** on **ACCOUNTS RECEIVABLE** for which the **NAMED INSURED** has been paid will belong to and will be paid to the **INSURER(S)** by the **NAMED INSURED** up to the total amount of loss paid. All recoveries in excess of such amounts will belong to the **NAMED INSURED**.

In the event it is possible to reconstruct the **NAMED INSURED'S ACCOUNTS RECEIVABLE** records after they have been physically lost or damaged, so that no shortage in collection of **ACCOUNTS RECEIVABLE** is sustained, the only recoverable loss will be the costs of the material and the time required to reconstruct such records, with the exercise of due diligence and dispatch, but only to the extent that such amounts are not covered by any other insurance.

J.      **PROPERTY FOR SALE**: If, at the time of the loss, any real property is being offered for sale, the loss or damage to such property will be valued at the lesser of:

1.      The cost to repair or replace the damaged property, or

2.      The price at which the property is offered for sale less the market value of the **LAND**.

Contractor's tools, machinery (including spare parts and accessories), equipment and vehicles (if covered): **ACTUAL CASH VALUE**, unless an agreed value applies.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

K.  Contractor's tools, machinery (including spare parts and accessories), equipment and vehicles (if covered): **ACTUAL CASH VALUE**, unless an agreed value applies.

L.  **PROPERTY IN TRANSIT**: In case of loss, the basis of adjustment shall be

    1.  Property shipped to or for the account of the **NAMED INSURED**: the actual invoice to the **NAMED INSURED**, together with such costs and charges as may have accrued and become legally due on such property;

    2.  Property which has been sold by the **NAMED INSURED** and has been shipped to or for account of the purchaser (if covered hereunder): the amount of the **NAMED INSURED'S** selling invoice, including prepaid or advanced freight;

    3.  Property of others not under invoice: the actual market value at the point of destination on the date of the **OCCURRENCE**, less any charges saved which would have become due and payable upon delivery at destination; or

    4.  Property of the **NAMED INSURED** not under invoice: valued in accordance with the valuation provisions of this **POLICY** applying at the **LOCATION** from which such property is being transported, less any charges saved which would have become due and payable upon delivery at such destination

M.  For all other property: At replacement cost if actually replaced; otherwise, the **ACTUAL CASH VALUE**, but not to exceed the cost to repair or replace the property with material of like kind and quality.

    With respect to Subparagraphs A. through M., inclusive, unless otherwise specifically stated, the valuations will be computed at the time and place of the loss.

## SECTION V - TIME ELEMENT COVERAGES

This **POLICY** is extended to cover the actual loss sustained by the **NAMED INSURED** during the **PERIOD OF INTERRUPTION** directly resulting from a **COVERED CAUSE OF LOSS** to **COVERED PROPERTY**.

A.  **ACTUAL LOSS SUSTAINED**: In the event the **NAMED INSURED** is prevented from producing goods or from continuing its business operations or services and is unable:

    1.  To make up lost production within a reasonable period of time (not to be limited to the period during which production is interrupted), or

    2.  To continue business operations or services, all through the use of any property or service owned or controlled by the **NAMED INSURED**, or obtainable from other sources, whether the property or service is at an insured **LOCATION** or through working extra time or overtime at any other substitute **LOCATION(S)**, including any other **LOCATION(S)** acquired for the purpose, then, subject to all other conditions of this **POLICY** not inconsistent herewith, for the actual loss sustained of the following during the **PERIOD OF INTERRUPTION** shall be **COVERED PROPERTY**:

        **GROSS EARNINGS** less all charges and expenses which do not necessarily continue during the interruption of production or suspension of business operations or services. For the purpose of this coverage, **GROSS EARNINGS** means:

        i.  For manufacturing operations: The net sales value of production less the cost of all raw stock, materials and supplies utilized in such production; or

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **22 of 49**

      ii.      For mercantile or non-manufacturing operations: The total net sales less cost of merchandise sold, materials and supplies consumed in the operations or services rendered by the **NAMED INSURED**;

      iii.      Plus all other earnings derived from the operation of the business.

In determining net sales, in the event of loss hereunder, for mercantile or non-manufacturing operations, any amount recovered under property damage policies for loss or damage to or destruction of merchandise shall be included as though the merchandise had been sold to the **NAMED INSURED'S** regular customers.

In determining the amount of loss payable under this coverage, due consideration shall be given to the experience of the business before the **PERIOD OF INTERRUPTION** and the probable experience thereafter had no loss occurred, and to the continuation of only those normal charges and expenses that would have existed had no interruption of production or suspension of business operations or services occurred.

There is no coverage for any portion of the **NAMED INSURED'S ORDINARY PAYROLL** expense, unless a specified number of days for **ORDINARY PAYROLL** are shown in SECTION I.F. and values have been included in the **STATEMENT OF VALUES**. In such case, this **POLICY** will cover **ORDINARY PAYROLL** for that number of days only. The number of days need not be consecutive, but must fall within the interruption of production or suspension of business operations or services, or fall within the extension of that period, if an extension is provided. **ORDINARY PAYROLL** means the entire payroll expense for all employees of the **NAMED INSURED** except officers, executives, department managers, employees under contract, and other essential employees.

B.      **PERIOD OF INTERRUPTION**: In determining the amount payable under this coverage, the **PERIOD OF INTERRUPTION** shall be:

    1.      The period from the time of physical loss or damage insured against by this **POLICY** to the time when, with the exercise of due diligence and dispatch, either:

        a.      normal operations resume; or

        b.      physically damaged **BUILDINGS** and equipment could be repaired or replaced and made ready for operations under the same or equivalent physical and operating conditions that existed prior to such loss or damage, whichever is less.

        c.      Such period of time shall not be cut short by the expiration or earlier termination date of the **POLICY**.

    2.      In addition, if applicable, such time as may be required with the exercise of due diligence and dispatch:

        a.      To restore stock in process to the same state of manufacture in which it stood at the time of the initial interruption of production or suspension of business operations or services; or

        b.      To replace physically damaged or destroyed mercantile stock necessary to resume operations; or

        c.      To replace raw materials and supplies in order to continue operations.

However, the inability to procure destroyed mercantile stock or suitable raw materials and supplies to replace similar stock or materials and supplies physically damaged or destroyed shall not increase the **PERIOD OF INTERRUPTION**.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **23 of 49**

3.     For Property under construction: The time period between the anticipated date of substantial completion had no covered loss occurred and the actual date of completion. In calculating the amount of loss, due consideration will be given to the actual experience of the business compiled after substantial completion and start-up.

The **PERIOD OF INTERRUPTION** does not include any additional time:

a.     Required for re-staffing or re-training employees; or

b.     Due to the Insured's inability to resume operations for reasons other than those enumerated in B.2.a. through B.2.c., inclusive, above; or

c.     Required for making change(s) to the **BUILDINGS**, structures, or equipment for any reason except as provided in the **ORDINANCE OR LAW** coverage, if such coverage is provided by this **POLICY**.

**C.     ADDITIONAL TIME ELEMENT COVERAGES**

1.     **BUILDER'S RISK SOFT COSTS**: For Property under Construction, this **POLICY** is extended to cover **BUILDER'S RISK SOFT COSTS** incurred by the **NAMED INSURED** (up to the **SUBLIMIT OF LIABILITY** shown in SECTION I.F.) arising out of delay of the completion of **BUILDINGS** or additions under construction during the **PERIOD OF INTERRUPTION** that are the result of direct damage from a **COVERED CAUSE OF LOSS**.

**BUILDER'S RISK SOFT COSTS** means reasonable and necessary costs over and above those that would have been incurred by the **NAMED INSURED** during the **PERIOD OF INTERRUPTION** at the **LOCATION** had no loss occurred, limited to the following:

a.     construction loan fees - the additional cost incurred to rearrange loans necessary for the completion of construction, repairs or reconstruction including, the cost to arrange financing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, and charges by the lenders for the extension or renewal of loans necessary to complete the construction;

b.     commitment fees, leasing and marketing expenses – the cost of returning any commitment fees r received from any prospective tenant(s) or purchaser(s);

c.     additional fees for architects, engineers, consultants, attorneys and accountants for the completion of construction, repairs or reconstruction; and

d.     property taxes, building permits, additional interest on loans, realty taxes and insurance premiums.

2.     **CONTINGENT TIME ELEMENT**: If direct physical loss or damage to the real or personal property of a direct supplier or direct customer of the **NAMED INSURED** is damaged by a **COVERED CAUSE OF LOSS** under this **POLICY**, and such damage:

a.     wholly or partially prevents any direct supplier to the **NAMED INSURED** from supplying their goods and/or services to the **NAMED INSURED**; or

b.     wholly or partially prevents any direct customer of the **NAMED INSURED** from accepting the **NAMED INSURED'S** goods and/or services;

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **24 of 49**

then this **POLICY** is extended to cover the actual loss sustained by the **NAMED INSURED** during the **PERIOD OF INTERRUPTION** with respect to such real or personal property, if the property of the supplier or customer which sustains loss or damage is of the type of property which would be **COVERED PROPERTY** under this **POLICY**.

This coverage applies to the **NAMED INSURED'S** direct suppliers or direct customers located in the **COVERAGE TERRITORY**.

3.   **EXTENDED PERIOD OF INDEMNITY**: Coverage is provided for such additional length of time as is required to restore the **NAMED INSURED'S** business to the condition that would have existed had no loss occurred, commencing with the later of the following dates:

a.   the date on which the coverage for loss or damage would otherwise terminate; or

b.   the earliest date on which either normal operations resume, or repair, replacement, or rebuilding of the property that has been damaged is actually completed; but in no event for a period of time exceeding the number of days specified in Section I.F. This EXTENDED PERIOD OF INDEMNITY does not apply to any additional TIME ELEMENT COVERAGES, except RENTAL VALUE (see Paragraph 2 of this Section C above).

4.   **EXTRA EXPENSE**: This **POLICY** is extended to cover expenses, over and above normal operating expenses, necessarily incurred by the **NAMED INSURED** in making up lost production or in reducing loss otherwise payable under this coverage are covered hereunder, but not for amounts greater than would have been incurred had the **NAMED INSURED** been unable to make up any lost production or to continue any business operations or services (up to the **SUBLIMIT OF LIABILITY** shown in SECTION I.F.).

The **NAMED INSURED** agrees to use any suitable property or service owned or controlled by the **NAMED INSURED** or obtainable from other sources in reducing the **EXTRA EXPENSE** incurred under this **POLICY**.

5.   **INGRESS & EGRESS**: This **POLICY** is extended to cover the actual loss sustained during the period of time when ingress to or egress from the **NAMED INSURED'S** covered **LOCATION** is prohibited as a direct result of a **COVERED CAUSE OF LOSS** to real property not insured hereunder. The insured physical loss or damage must occur within five (5) statute miles from the **NAMED INSURED'S** covered **LOCATION** in order for coverage to apply. Such period of time begins on the date that ingress to or egress from real or personal property is prohibited and ends when ingress or egress is no longer prohibited, but no later than the number of days shown in SECTION I.F.

6.   **INTERRUPTION BY CIVIL OR MILITARY AUTHORITY**: This **POLICY** is extended to cover the actual loss sustained during the period of time when access to the **NAMED INSURED'S** covered **LOCATION** is prohibited by an order of civil or military authority, but such order is a direct result of a **COVERED CAUSE OF LOSS** to real property not insured hereunder. The **NAMED INSURED** physical loss or damage must occur within five (5) statute miles from the **NAMED INSURED'S** covered **LOCATION** in order for coverage to apply. Such period of time begins with the effective date of the order of civil or military authority and ends when the order expires, but no later than the number of days shown in SECTION I.F.

7.   **RENTAL VALUE**: As respects **COVERED PROPERTY** held for rental to others, this **POLICY** is extended to cover the loss sustained during the **PERIOD OF INTERRUPTION** but not exceeding the reduction in **RENTAL VALUE** less charges and expenses which do not necessarily continue. **RENTAL VALUE** means the sum of:

a.   The total anticipated gross rental income from tenant occupancy of the described property as furnished and equipped by the **NAMED INSURED** including taxes, rent based on percentage of sales, and other charges paid by tenants in respect of the leased premises; and

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

b.     The amount of all charges which, by the terms of a written lease, are the legal obligation of the tenant(s) and which would otherwise be obligations of the **NAMED INSURED**; and

c.     The fair **RENTAL VALUE** of any portion of such property which is occupied by the **NAMED INSURED**.

Due consideration will be given to the historic rental expenses prior to the loss and the probable expenses thereafter.

8.     **ROYALTIES:** This **POLICY** is extended to cover loss of income sustained by the **NAMED INSURED** under a royalty, licensing fee, or commission agreement between the **NAMED INSURED** and another party during the **PERIOD OF INTERRUPTION** arising out of direct physical loss or damage by a **COVERED CAUSE OF LOSS** during the term of this **POLICY** to real or personal property of such other party, only if such **ROYALTIES** are shown as such on the **STATEMENT OF VALUES**. When determining the amount payable, consideration will be given to the amount of income derived by the **NAMED INSURED** from such agreements before, and the probable amount of income after, the date of loss or damage.

9.     **SERVICE INTERRUPTION:** This **POLICY** is extended to cover the loss or damage to **COVERED PROPERTY** and **TIME ELEMENT COVERAGE** (provided **TIME ELEMENT COVERAGES** are reported on the **STATEMENT OF VALUES**) resulting from direct physical loss or damage from a **COVERED CAUSE OF LOSS** to: (1) incoming electrical, gas, water and telecommunication equipment and outgoing sewer; or (2) electrical, telecommunication, fuel, water, steam, refrigeration, or other service transmission lines; all situated outside the insured **LOCATIONS**.

a.     However, this extension of coverage DOES NOT apply to any loss caused by damage to any utility service listed in (1) or (2) above, if located more than five (5) statute miles from the covered **LOCATION**.

b.     There shall be no loss payable under this Additional Coverage unless the interruption exceeds the qualifying period shown in Section I.F.   In such case, the loss shall be measured from date and time of the loss. With respect to any **TIME ELEMENT COVERAGE** provided herein, the **PERIOD OF INTERRUPTION** ends when: (1) incoming electrical, gas, water, or telecommunication equipment or outgoing sewer or (2) electrical, telecommunication, fuel, water, steam, refrigeration, or other service transmission lines, is restored.

c.     The **SUBLIMIT OF LIABILITY** shown in SECTION I.F. applies to all loss or damage to **COVERED PROPERTY**  and/or **TIME ELEMENT COVERAGE**, combined arising out of one **SERVICE INTERRUPTION**. None of the additional **TIME ELEMENT COVERAGES** set forth in Section V apply to the **TIME ELEMENT COVERAGE** provided herein, except **RENTAL VALUE**.

This additional coverage does not include coverage for any increase in loss due to fines or damages for breach of contract or for late or non-completion of orders, or penalties of any nature.

With respect to additional **TIME ELEMENT COVERAGES** 6. & 7., if a **COVERED CAUSE OF LOSS** results in coverage under both additional **TIME ELEMENT COVERAGES**, this **POLICY** will only pay for loss under one of the two additional **TIME ELEMENT COVERAGES**, whichever the **NAMED INSURED** selects.

D.     **ADDITIONAL EXCLUSIONS:** The following are excluded from all of the above described **TIME ELEMENT COVERAGES**:

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **26 of 49**

5.  Idle Periods: Any loss during any period in which goods would not have been produced, or business operations or services would not have been maintained, for any reason other than physical loss or damage from a **COVERED CAUSE OF LOSS** to which this coverage applies.

1.  Remote Loss:

    a.  Any increase in loss due to the suspension, cancellation, or lapse of any lease, contract, license or order; or

    b.  Any loss due to fines or damages for breach of contract or for late or non-completion of orders or penalties of whatever nature; or

    c.  Any increase in loss due to interference at the **NAMED INSURED'S LOCATION** by strikers or other persons with rebuilding, repairing, or replacing the property damaged or destroyed, or with the resumption or continuation of business, or with the re-occupancy of the premises.

    d.  Nor shall there be any liability under this **POLICY** for any other consequential or remote loss, other than as specifically provided in this SECTION V.

2.  Finished Products - Any loss resulting from loss or damage to finished products manufactured by the **NAMED INSURED** nor for the time required for their reproduction.

3.  Transit - Any loss resulting from loss or damage to property in transit.

4.  Berth and/or Port Blockage - Any loss due to Blockage of a port or berth. Blockage means a blockage of any part of the port or berth arising from an occurrence which results in the sinking or stranding of a ship, or the inability of a ship to gain access to a berth

E.  **TIME ELEMENT MONTHLY LIMITATION OF INDEMNITY**: There shall be no liability under this **POLICY** for more than the Monthly Limitation of Indemnity shown in SECTION I.F. for all **TIME ELEMENT COVERAGES**, except those that have a sublimit in SECTION I.F. **TIME ELEMENT MONTHLY LIMITATION OF INDEMNITY** means the most that will be paid under this **POLICY** monthly for a **TIME ELEMENT COVERAGE** loss sustained by the **NAMED INSURED** during the **PERIOD OF INTERRUPTION** directly resulting from a **COVERED CAUSE OF LOSS** to **COVERED PROPERTY**. This **TIME ELEMENT MONTHLY LIMITATION OF INDEMNITY** is payable for each period of thirty (30) consecutive days after the beginning of the Period of Interruption and is calculated by multiplying the **TIME ELEMENT VALUE** in the **STATEMENT OF VALUES** by the fraction shown in SECTION I.F.

When SECTION I.F. **EXTENDED PERIOD OF INDEMNITY** specifies a number of days and a fraction is shown in SECTION I.F. for **TIME ELEMENT MONTHLY LIMIT OF INDEMNITY**, the **TIME ELEMENT MONTHLY LIMITATION OF INDEMNITY** will also apply to each period of thirty (30) consecutive days provided under **EXTENDED PERIOD OF INDEMNITY** specified in SECTION I.F.

## SECTION VI - ADDITIONAL COVERAGES

The following additional coverages are subject to the terms and conditions of this **POLICY**, including the **DEDUCTIBLES** and **SUBLIMITS OF LIABILITY** corresponding to each such additional coverage shown in SECTION I.F. These additional coverage items are either included or excluded  **SUBLIMITS OF LIABILITY** as shown in SECTION I.F. and  are part of, and not in addition to **SUBLIMITS OF LIABILITY** in SECTION I.F.a-c. and **LIMITS OF LIABILITY** of this **POLICY**, including, but not limited to, the **EARTHQUAKE**, **EARTH MOVEMENT**, **FLOOD**, or **NAMED STORM SUBLIMITS OF LIABILITY** provided herein, if applicable.

A.  **ACCOUNTS RECEIVABLE**: This **POLICY** covers any shortage in the collection of **ACCOUNTS RECEIVABLE** directly

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  27 of 49

resulting from a **COVERED CAUSE OF LOSS** to **ACCOUNTS RECEIVABLE** records.

This extension of coverage does not apply to loss due to:

1.        Bookkeeping, accounting or billing errors and omissions; and

2.        Alteration, falsification, manipulation, concealment, destruction, or disposal of **ACCOUNTS RECEIVABLE** records committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property, but only to the extent of such wrongful giving, taking, obtaining or withholding.

B.    **BACKUP OF SEWERS AND DRAINS:**  This **POLICY** is extended to cover water which backups or discharges from sewers, drains or sumps on the Insured's **LOCATION**.  Cause of loss is not considered **FLOOD**, unless such backup or discharge was due to **FLOOD.**.

C.    **BUILDERS RISK**: Property in the course of construction or renovation, excluding Soft Costs.

D.    **DEBRIS REMOVAL**: This **POLICY** covers the necessary and reasonable expense of removal from the insured **LOCATIONS** of debris of **COVERED PROPERTY** or property of others remaining as a result of direct physical loss or damage insured against under this **POLICY** that occurs during the **POLICY** period when the **NAMED INSURED** gives written notice of such direct physical loss or damage, as a condition of coverage no later than 180 days after the loss. There is no liability for the expense of removing contaminated or polluted uninsured property, nor the **POLLUTANTS OR CONTAMINANTS** therein or thereon, whether or not the contamination results from an insured event.

E.    **ELECTRONIC DATA AND MEDIA**: This **POLICY** is extended to cover direct physical loss or damage to **ELECTRONIC DATA AND MEDIA.**

F.    **ERRORS OR OMISSIONS**: This **POLICY** is extended to cover direct physical loss or damage at **LOCATIONS** within the **COVERAGE TERRITORY** that are owned, leased or operated by the **NAMED INSURED**, if such loss or damage is not payable under this **POLICY** solely due to:

1.        Any error or unintentional omission in the description of the address of the property whether made at the inception of the **POLICY** period or subsequent thereto; or

2.        Failure through any error or unintentional omission to:

a.        Include any **LOCATION** of the **NAMED INSURED** at the inception of the **POLICY**; or

b.        Report any newly acquired **LOCATION** before the period of automatic coverage provided under this **POLICY** for **NEWLY ACQUIRED LOCATIONS** expires.

With respect to Subparagraphs 1. and 2. above, this **ERRORS OR OMISSIONS** Additional Coverage does not allow the **NAMED INSURED** to correct any value shown in the **STATEMENT OF VALUES**.

This **POLICY** covers such direct physical loss or damage, to the extent it would have provided coverage had such error or unintentional omission not been made.

It is a condition of this additional coverage that any error or unintentional omission be reported by the **NAMED INSURED** when discovered and an additional premium be paid for any **LOCATION** added to the **POLICY**.

There is no coverage under this Paragraph for loss or damage which is covered under **NEWLY ACQUIRED PROPERTY** or **MISCELLANEOUS UNNAMED LOCATIONS** provisions of this **POLICY**.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **28 of 49**

G. **FINE ARTS**: This **POLICY** is extended to cover direct physical loss or damage to **FINE ARTS**. However, no coverage is provided for:

    1.    Breakage, marring, scratching, chipping or denting of art, glass, windows, statuary, sculptures, marble, glassware, porcelain, bric-a-brac, antique furniture, antique jewelry or similar fragile articles, unless such breakage, marring, scratching, chipping or denting is caused by a **DEFINED CAUSE OF LOSS**; or

    2.    Physical loss or damage as a result of restoring, repairing or retouching processes.

H. **FIRE BRIGADE CHARGES AND EXTINGUISHING EXPENSES**: This **POLICY** covers the following expenses resulting from a **COVERED CAUSE OF LOSS**:

    1.    Fire brigade charges and any extinguishing expenses which the **NAMED INSURED** incurs;

    2.    Loss and disposal of fire extinguishing materials expended.

There is no coverage for any costs incurred as a result of a false alarm.

I. **FUNGUS, MOLD(S), MILDEW, SPORES, YEAST**:   Associated losses will be covered **if** the **NAMED INSURED** establishes that the **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST** is a direct result of a covered loss from a **DEFINED CAUSE OF LOSS** or **FLOOD** (provided **FLOOD** is a **COVERED CAUSE OF LOSS**) and as a condition of coverage under this **POLICY** this loss is reported within twelve (12) months from the expiration date of the **POLICY**.

J. **LEASED OR RENTED EQUIPMENT**: This **POLICY** is extended to cover direct physical loss or damage at insured **LOCATIONS** from a **COVERED CAUSE OF LOSS** to equipment that the **NAMED INSURED** has leased and/or rented for which the **NAMED INSURED** is legally liable.

K. **LEASEHOLD IMPROVEMENTS & BETTERMENTS**: This **POLICY** is extended to cover the value of undamaged tenant improvements and betterments when the **NAMED INSURED'S** lease is cancelled by the lessor acting under a valid condition of the lease due to direct physical loss or damage to **BUILDING** or personal property caused by or resulting from a **COVERED CAUSE OF LOSS** at an insured **LOCATION**. No **SUBLIMIT OF LIABILITY** applies to this additional coverage, but in no event will the **POLICY** cover loss in an amount in excess of the applicable **SUBLIMIT OF LIABILITY** specified for the **LOCATION**, if any.

L. **LEASEHOLD INTEREST**: If **COVERED PROPERTY** is: (1) rendered wholly or partially un-tenantable by a **COVERED CAUSE OF LOSS** during the **POLICY** period and (2) the **NAMED INSURED'S** lease is canceled by a party, other than the **NAMED INSURED**, or an entity with any common ownership of the **NAMED INSURED**, in accordance with the conditions of the lease or as a result of a statutory requirement of the appropriate jurisdiction in which the damaged or destroyed **COVERED PROPERTY** is located, then this **POLICY** is extended to cover  **THE INTEREST OF THE INSURED AS LESSEE** (as defined below) or   **THE INTEREST OF THE INSURED AS LESSOR** (as defined below), whichever is applicable, but only for the first three (3) months succeeding the date of the loss and the **NET LEASE INTEREST** (as defined below) shall be paid for the remaining months of the unexpired lease.

    1.    Recovery under this additional coverage shall be the pro-rata proportion from the date of loss to expiration date of the lease (to be paid without discount) on the **NAMED INSURED'S** interest in:

        a.    The amount of bonus paid by the **NAMED INSURED** for the acquisition of the lease not recoverable under the terms of the lease;

        b.    Improvements and betterments to real property which are not covered under any other section of this **POLICY**; and

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **29 of 49**

1.    Number of days shown in SECTION I.F. from the date of acquisition or lease of such property; or

2.    When the newly acquired property is covered by this **POLICY**; or

3.    When VRU notifies the **NAMED INSURED** that it will not bind the newly acquired property.

There is no coverage for any property that is partially or wholly insured under any other insurance.

There is no coverage under this Paragraph for loss or damage which is covered under the **ERROR OR OMISSIONS** or **MISCELLANEOUS UNNAMED LOCATIONS** provisions of this **POLICY**.

Q.    **ORDINANCE OR LAW:** In the event of direct physical loss or damage under this POLICY that results in the enforcement of any LAW, ORDINANCE, governmental directive or standard in effect at the time of loss or damage regulating the construction, repair or use and occupancy of the property, the following is covered under this POLICY:

1.    Coverage A: For the loss in value of the undamaged portion of the BUILDING as a consequence of enforcement of an ORDINANCE OR LAW that requires demolition of undamaged parts of the same BUILDING.

2.    Coverage B: For the cost to demolish and clear the site of undamaged parts of the same **BUILDING**, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

3.    Coverage C: For the increased cost of repair or replacement of the damaged and undamaged **BUILDING** on the same or another site, limited to the cost that would have been incurred in order to comply with the minimum requirements of such **ORDINANCE OR LAW** regulating the repair or reconstruction of the damaged property on the same site. However, there is no coverage for any increased cost of construction loss unless the damaged property is actually rebuilt or replaced.

4.    Coverage D: For the additional loss in **TIME ELEMENT COVERAGES** (if covered), that the **NAMED INSURED** sustains during the increased period of suspension of operations caused by or resulting from a consequence of enforcement of an **ORDINANCE OR LAW**.

Excluded from this coverage are any costs of demolition or increased costs of reconstruction, repair, debris removal or loss of use (including any **TIME ELEMENT COVERAGES**) necessitated by the enforcement of any law or ordinance regulating any form of contamination or pollution.

R.    **OUTDOOR PROPERTY**: This **POLICY** is extended to cover direct physical loss or damage to signs, pools, pool equipment, outdoor fences, lights and light poles, and radio and radio and television antennas (including satellite dishes) not reported in the **STATEMENT OF VALUES** if a **SUBLIMIT OF LIABILITY** is shown in SECTION I. F. If a percentage deductible applies in the event of a loss to **OUTDOOR PROPERTY**, the percentage shall apply against the greater of the sublimit shown in SECTION I.F. or the replacement cost value of the affected property.

S.    **PAIRS OR SETS**: If two or more components or parts are necessary for a whole or complete product, then this **POLICY**covers the reduction in value of insured components or parts of products due to direct physical loss or damage insured against by this **POLICY** to the other insured components or parts of such products.

T.    **PERSONAL PROPERTY OF OTHERS:** If not included in the **STATEMENT OF VALUES** or other documentation on file with VRU in order to be included as **INSURED PROPERTY** additional coverage to apply as stated in SECTION I.F.

U.    **PLANTS, LAWNS, TREES OR SHRUBS**: If there is a sublimit shown in SECTION I. F., then this policy will cover loss or damage caused by a **COVERED CAUSE OF LOSS** to plants, lawns, trees, or shrubs.

V.    **PROFESSIONAL FEES**: This **POLICY** is extended to cover reasonable and necessary **CLAIM PREPARATION COSTS** (as defined below) incurred by the **NAMED INSURED** at the request of **INSURER** for the purpose of determining the

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **31 of 49**

      c.      The amount of advance rental paid by the **NAMED INSURED** and not recoverable under the terms of the lease.

2.      Definitions: The following terms, wherever used in this Paragraph H. shall mean:

      a.      The **INTEREST OF THE INSURED AS LESSEE** is defined as:

            i.      the excess of the rental value of similar premises over the actual rental payable by the lessee (including any maintenance or operating charges paid by the lessee) during the unexpired term of the lease; and

            ii.      the rental income earned by the **NAMED INSURED** from sublease agreements, to the extent not covered under any other section of this **POLICY**, over and above the rental expenses specified in the lease between the **NAMED INSURED** and the lessor.

      b.      The **INTEREST OF THE INSURED AS LESSOR** is defined as the difference between the rents payable to the lessor under the terms of the lease in effect at the time of loss and the actual rent collectible by the lessor during the unexpired term of the lease provided the lease is canceled by the lessee, to the extent not covered under any other section of this **POLICY**.

      c.      **NET LEASE INTEREST** is defined as that sum, which placed at 6% interest compounded annually will be equivalent to the **INTEREST OF THE INSURED LESSEE OR LESSOR**.

There shall be no liability under this **POLICY** for any increase of loss which may be occasioned by the suspension, lapse or cancellation of any license or by the **NAMED INSURED** exercising any option to cancel the lease. Furthermore, the **NAMED INSURED** shall use due diligence, including all things reasonably practicable, to diminish loss under this additional coverage.

M.      **LIMITED POLLUTION COVERAGE**: This **POLICY** is extended to cover the reasonable and necessary additional expense incurred to remove, dispose of, or clean-up the actual presence of **POLLUTANTS OR CONTAMINANTS** from **LAND** or water at an insured **LOCATION** when such **LAND** or water is contaminated or polluted due to a **COVERED CAUSE OF LOSS** that occurs during the **POLICY** period, provided that, as a condition of coverage, such expenses are reported within 180 days of the date of direct physical loss or damage.

N.      **LOCK REPLACEMENT**: This **POLICY** covers the necessary expense to repair or replace the exterior or interior door locks of a covered **BUILDING**:

1.      If the door keys are stolen in a covered theft loss; or

2.      When the **COVERED PROPERTY** is damaged and the door keys are stolen by burglars.

O.      **MISCELLANEOUS UNNAMED LOCATION(S)**:  If a sublimit is shown in SECTION I.F., this policy covers a LOCATION that has not been included in the STATEMENT OF VALUES on file with VRU and has not been reported to VRU as required by the POLICY provisions.

There is no coverage under this Paragraph for loss or damage which is covered under the ERRORS OR OMISSIONS or NEWLY ACQUIRED PROPERTY provisions of this POLICY.

P.      **NEWLY ACQUIRED PROPERTY:** This POLICY covers real or personal property of the type insured under this POLICY for the perils insured under this POLICY that is rented, leased, or purchased by the NAMED INSURED after the inception date of this POLICY. Coverage under this additional coverage ceases at the earlier of the following dates:

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  30 of 49

extent or amount of insured loss or damage as a result of a **COVERED CAUSE OF LOSS** under this **POLICY**, provided that, the **NAMED INSURED** obtains the prior written approval for the vendor to be engaged.

1. **CLAIM PREPARATION COSTS** means:
   a. The cost of taking inventory and the cost of gathering and preparing other data to substantiate the extent or amount of loss or damage; and
   b. The cost of services provided by accountants, contractors and engineers solely for the purpose of determining the extent or amount of loss.
2. **CLAIM PREPARATION COSTS** does not mean and excludes:
   a. Legal fees, charges and expenses;
   b. Fees and costs of a public claims adjuster, claim consultant, insurance broker or agent (except forensic accounting services), or any person acting for or on behalf of a public claims adjuster, claim consultant, or insurance broker or agent;
   c. Costs associated with negotiation or presentation of any claim or part of a claim that is disputed or denied;
   d. Costs associated with establishing that any claim or part of a claim is covered by the **POLICY**;
   e. Costs which represent overhead or operating expense of any **NAMED INSURED**, including salaries of such **NAMED INSURED'S** employees.

W.     **PROPERTY REMOVED FROM INSURED LOCATIONS**: This POLICY will cover loss or damage caused by a COVERED CAUSE OF LOSS to personal property of the NAMED INSURED at any LOCATION within the COVERAGE TERRITORY when such personal property is removed from the insured LOCATIONS for the purpose of being repaired or serviced, excluding:
   1. Personal property insured under another policy or floater;
   2. Personal property excluded under this **POLICY**;
   3. Personal property removed from the insured **LOCATIONS** for normal storage or processing or preparation for sale or delivery.

X.     **PROTECTION AND PRESERVATION OF PROPERTY**: In case of actual or imminent direct physical loss or damage by a **COVERED CAUSE OF LOSS**, the expenses incurred by the **NAMED INSURED** in taking reasonable and necessary actions for the temporary protection and preservation of **COVERED PROPERTY** hereunder shall be added to the total physical loss or damage otherwise recoverable under this **POLICY** and be subject to the applicable **DEDUCTIBLE and SUBLIMIT OF LIABILITY** shown in **SECTION I.F.**

Y.     **RECLAIMING, RESTORING, OR REPAIRING LAND IMPROVMENTS**: This **POLICY** is extended to cover the cost of reclaiming, restoring or repairing land improvements, provided the loss is from a **DEFINED CAUSE OF LOSS** subject to the applicable **DEDUCTIBLE** and **SUBLIMIT OF LIABILITY** shown in SECTION I.F.

Z.     **REWARD REIMBURSEMENT**: This **POLICY** covers monetary rewards for information that leads to a criminal conviction in connection with loss or damage to **COVERED PROPERTY** by a **COVERED CAUSE OF LOSS**, up to amounts agreed by the **INSURER(S)** and the **NAMED INSURED.**

AA.    **SIDEWALKS, PAVED SURFACES, ROADWAYS**: This **POLICY** is extended to cover sidewalks, paved surfaces and roadways, cost of excavation, grading, backfilling or filling from a **COVERED CAUSE OF LOSS** at insured **LOCATIONS.**

BB.    **SPOILAGE**: This **POLICY** is extended to cover **SPOILAGE** as a direct result of a **COVERED CAUSE OF LOSS** and the additional exclusions listed below. This **POLICY** will pay for direct physical loss or damage to:
   1.     **PERISHABLE GOODS** due to **SPOILAGE**;
   2.     **PERISHABLE GOODS** due to contamination from the release of refrigerant, including but not limited to ammonia;
   3.     **PERISHABLE GOODS** due to **SPOILAGE** caused by a **COVERED CAUSE OF LOSS** to equipment that is owned by a utility, landlord, or other supplier of any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **32 of 49**

If the **NAMED INSURED** is unable to replace the **PERISHABLE GOODS** before their anticipated sale, payment will be determined on the basis of the sales price of the **PERISHABLE GOODS** at the time of the loss, less discounts and expenses that otherwise would have been incurred. Otherwise, payment will be determined in accordance with the Valuation (Section IV) provision of this **POLICY**.

**PERISHABLE GOODS** means personal property:
   a.   maintained under controlled conditions for its preservation, and
   b.   susceptible to loss or damage if the controlled conditions change.

Additional Exclusions: There shall be no liability under this **POLICY** for loss or damage caused by or resulting from:
   1.   The disconnection of any refrigerating, cooling or humidity control system from the source of power.
   2.   The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

CC.   **TRANSIT**: This **POLICY** is extended to cover personal property, not otherwise excluded by this **POLICY**, while such property is in transit.

It is agreed that coverage under this extension shall include the following:
   1.   Personal property shipped to customers on F.O.B., C & F, or similar terms. The **NAMED INSURED'S** contingent interest in such shipments is admitted.
   2.   The interest of the **NAMED INSURED** in, and legal liability for, personal property of others in the actual or constructive custody of the **NAMED INSURED**.
   3.   Personal property of others sold by the **NAMED INSURED** which the **NAMED INSURED** has agreed prior to loss to insure during course of delivery.

It is agreed that the following additional exclusions apply to coverage as provided under this additional coverage:
   1.   Property insured under import or export ocean cargo policies.

   2.   Waterborne shipments to and from the **COVERAGE TERRITORY**.

   3.   Shipments made by air, unless via regularly scheduled airlines.

   4.   Property shipped by mail.

   2.   Property of others, including the Insured's legal liability therefor, hauled on vehicles owned, leased, or operated by the **NAMED INSURED** when acting as a common or contract carrier as defined by the Interstate Commerce Commission Regulations or other state regulatory agencies.

   3.   Any transporting vehicle or conveyance.

This additional coverage attaches from the time the property leaves the original point of shipment for the commencement of transit and covers thereafter continuously in the due course of transit within the **COVERAGE TERRITORY** until delivered at destination.

Coverage on export shipments not insured under ocean cargo policies does not extend beyond the time when the property is loaded on board overseas vessels or aircraft. Coverage on import shipments not insured under ocean cargo policies does not attach until after discharge from overseas vessels or aircraft.

This additional coverage does not cover or apply to delay, loss of market, or any **TIME ELEMENT COVERAGE**. Permission is granted to the **NAMED INSURED** without prejudice to this insurance to accept the ordinary bills of lading used by carriers, including released and/or undervalued bills of lading and/or shipping or messenger receipts. The **NAMED INSURED** may waive subrogation against railroads under sidetrack agreements, but the **NAMED INSURED** shall not enter into any special agreement with carriers releasing them from their common law or statutory liability.

DD.   VALUABLE PAPERS AND RECORDS: This POLICY is extended to cover VALUABLE PAPERS AND RECORDS.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **33 of 49**

EE.    WIND DRIVEN PRECIPITATION:  Loss or damage by rain, snow, or dust, driven by wind , to the interior of any BUILDING or structure, or the property inside the BUILDING or structure, without  the BUILDING or structure first sustaining wind or hail damage to its roof or walls through which the rain, snow, sand, or dust enters.

# SECTION VII - CONDITIONS

A.    **ABANDONMENT:** There can be no abandonment to anyone of any insured property.

B.    **ADJUSTMENT OF LOSSES and NAMED INSURED CLAUSE:** Loss or damage shall be adjusted with and payable to the **NAMED INSURED**, subject to any Certificates of Insurance on file with VRU which require payment to a **MORTGAGEE** or **LOSS PAYEE**.

If this **POLICY** insures more than one entity, the **NAMED INSURED** is authorized to act on behalf of all other insureds with respect to their rights, obligations and duties under this **POLICY**. Payment of loss or return premium under this **POLICY** to the **NAMED INSURED** shall constitute payment under this **POLICY** with respect to all insureds.

C.    **ARBITRATION CLAUSE:** All matters in dispute between the **NAMED INSURED** and the **INSURER(S)** (hereinafter referred to as "the parties") in relation to this insurance, including this **POLICY'S** formation and validity, and whether arising during or after the period of this insurance, shall be referred to an Arbitration Tribunal in the manner hereinafter set out.

Unless the parties agree upon a single Arbitrator within thirty (30) days of one receiving a written request from the other for Arbitration, the Claimant (the party requesting Arbitration) shall appoint his or her Arbitrator and give written notice thereof to the Respondent. Within thirty (30) days of receiving such notice from Claimant, the Respondent shall appoint his or her Arbitrator and give written notice thereof to the Claimant, failing which the Claimant may nominate an Arbitrator on behalf of the Respondent.

If the two Arbitrators fail to agree on the selection of the umpire within thirty (30) days of the appointment of the second named Arbitrator, each Arbitrator shall submit to the other a list of three Umpire candidates, each Arbitrator shall select one name from the list submitted by the other and the Umpire shall be selected from the two names chosen by a lot drawing procedure to be agreed upon by the Arbitrators. Unless the parties otherwise agree, the Arbitration Tribunal shall consist of persons presently or formerly employed or engaged in a senior position in Insurance underwriting or claims.

The Arbitration Tribunal shall have power to fix all procedural rules for the holding of the Arbitration including discretionary power to make orders as to any matters which it may consider proper in the circumstances of the case with regard to pleadings, discovery, inspection of documents, examination of witnesses and any other matter whatsoever relating to the conduct of the Arbitration and may receive and act upon such evidence whether oral or written strictly admissible or not as it shall in its discretion think fit.

All costs of the Arbitration shall be in the discretion of the Arbitration Tribunal who may direct to and by whom and in what manner they shall be paid.

Any Arbitration hearing shall take place in Nashville, Tennessee, unless some other locale is agreed by the Arbitrator or Arbitration Tribunal.

The Arbitration Tribunal may not award exemplary, punitive, multiple or other damages of a similar nature.

The award of the Arbitration Tribunal shall be in writing and binding upon the parties who covenant to carry out the same. If either of the parties should fail to carry out any award the other may apply for its enforcement to a court of competent jurisdiction in any territory in which the party in default is domiciled or has assets or carries on business.

D.    **ASSIGNMENT:** The **NAMED INSURED** may not assign this **POLICY** without prior written consent.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

E. **BRANDS AND LABELS:** If branded or labeled merchandise covered by this **POLICY** is physically damaged and  the **INSURER** elects to take all or any part of such merchandise at the value established by the terms of this **POLICY**, the **NAMED INSURED** may, at their own expense, stamp "SALVAGE" on the merchandise or its containers, or may remove or obliterate the brands or labels, if such stamp, removal or obliteration will not physically damage the merchandise, but the **NAMED INSURED** must re-label the merchandise or containers in compliance with the requirements of law.

F. **CANCELLATION AND ADDITIONS OR DELETIONS:**

   1. This **POLICY** can be canceled by the **NAMED INSURED** by providing :

      a. An advanced written request for cancellation stating when the cancellation shall be effective; and

      b. The original **POLICY** or a lost policyholder release signed by the **NAMED INSURED** or its legal representative.

   2. This **POLICY** may be canceled by **the INSURER** by giving to the **NAMED INSURED** at least ninety (90) days written notice of cancellation or in the case of non-payment of premium or material misstatement, at least ten (10) days written notice of cancellation.

   3. The cancellation will be effective even if a refund has not been made or offered. If notice is mailed, proof of mailing will be sufficient proof of notice.

   4. If this **POLICY** is canceled by the **NAMED INSURED**, the **INSURER** will send the **NAMED INSURED** any premium refund due per the cancellation provisions affixed to this **POLICY** in the **MINIMUM EARNED AND SPECIAL CATASTROPHE EARNED PREMIUM PROVISION ENDORSEMENT**

   5. Additions and Deletions:

      a. For **LOCATIONS** "Exposed to Hurricanes," if added (or coverage increased at an existing **LOCATION** which is "Exposed to Hurricanes") during the term of the **POLICY** and coverage exists at any time during the period of June 1st to November 30th, the premium will be calculated at 100% of the annual rate, less the Unearned Factor noted in the **MINIMUM EARNED AND SPECIAL CATASTROPHE EARNED PREMIUM PROVISION ENDORSEMENT**. Otherwise, it shall be pro-rata.

      However, subject to receipt of closing documents for **NEWLY ACQUIRED PROPERTY** as to each **LOCATION**, this **POLICY** allows pro-rata additional premium for **LOCATIONS** purchased during the **POLICY** term.

      b. **LOCATIONS** of like kind and quality shall be added at the account rate, subject to the Unearned Factor noted in a. above. **LOCATIONS** of differing kind or quality or **LOCATIONS** in Dade, Broward or Palm Beach counties of Florida must be approved by **INSURER** prior to attachment.

      c. Coverage cannot be increased nor additional **LOCATIONS** added if they are "Exposed to Hurricanes" and a **NAMED STORM** is in existence, unless with the express written consent of I**NSURER**.

      d. Nothing herein will act to provide coverage for the **NEWLY ACQUIRED PROPERTY** (a) beyond the **SUBLIMIT** shown under SECTION I.F. or (b) when the **INSURER** notifies the **NAMED INSURED** that it will not bind the **NEWLY ACQUIRED POLICY**.

   6. Non-payment of premium, material misstatement or non-compliance with underwriting requirements  shall be considered a request by the **NAMED INSURED** to cancel the **POLICY**.

   7. Proof of mailing will be sufficient proof of notice of cancellation.

G. **CONTROL OF DAMAGED MERCHANDISE:** The **NAMED INSURED**, exercising reasonable discretion, shall be

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **35 of 49**

the sole judge as to whether the goods involved in any loss under this **POLICY** are fit for normal intended use or consumption. No goods so deemed by the **NAMED INSURED** to be unfit for consumption shall be sold or otherwise disposed of except by the **NAMED INSURED** or with the **NAMED INSURED'S** consent, but the **NAMED INSURED** shall allow the **INSURER(S)** any salvage obtained by the **NAMED INSURED** on any sale or other disposition of such goods. The **NAMED INSURED** shall have full right to the possession of and retain control of all goods involved in any loss under this **POLICY**.

H.     **CURRENCY:** Any amount of money specified in the **POLICY**, including **LIMITS OF LIABILITY**, **DEDUCTIBLES** and **PREMIUMS** shall be considered to be in the currency of the United States of America.

I.     **DIVISIBLE CONTRACT:** Subject to Condition N. below, if the **LOCATIONS** described in this **POLICY** include two or more **BUILDINGS** or the contents of two or more **BUILDINGS**, the breach of any condition of this **POLICY** in respect to any one or more of the **BUILDINGS** insured or containing the **COVERED PROPERTY**, shall not prejudice the right to recover for physical loss or damage occurring in any **BUILDING** insured or containing the **COVERED PROPERTY** where, at the time of such loss or damage, a breach of condition does not exist.

J.     **INCREASE IN HAZARD:** If the circumstances in which this insurance was entered into shall be altered or if the risk shall be materially increased, the **NAMED INSURED** shall as soon as possible give notice in writing to **INSURER**

K.     **INSPECTION AND AUDIT:** The **NAMED INSURED** shall permit, at all reasonable times during this **POLICY** period, inspections of all **COVERED PROPERTY**. Neither this right to make inspections nor the making thereof nor any report thereon shall constitute any undertaking, on behalf of or for the benefit of the **NAMED INSURED** or others, to determine or warrant that such property is safe or healthful or that they comply with any law, rule, or regulation.

The **NAMED INSURED** shall also permit examination and audit of the **NAMED INSURED'S** books and records at any reasonable time during the **POLICY** period and within one year after the **POLICY** termination, as long as such examination and audit relate to the subject matter of this **POLICY**.

L.   **LEGAL ACTION AGAINST US:**

You may not commence, bring or cause to be commenced or bring legal action, claim, demand or suit against us unless:

1.     There has been full compliance with all terms of the terms and conditions and the terms and conditions of the lead policy; and

2.     The legal action, claim, demand or suit is brought within two (2) years after the date of the occurrence or event which occasioned the direct physical loss or damage or within the shortest limit of time permitted by applicable laws.

3.     If your claim for **WINDSTORM OR HAIL**, including **NAMED STORM**, is denied, suit musts be brought within 1 year of the denial of the claim.

M.   **SEVERAL LIABILITY CLAUSE:**

1.     The **INSURER'S   LIMIT OF LIABILITY** under this **POLICY** for covered losses is several and not joint with other insurers party to this contract. The **INSURER** is liable only for the proportion of liability it has underwritten. The **INSURER** is not jointly liable for the proportion of liability underwritten by any other insurer. Nor is the **INSURER** otherwise responsible for any liability of any other insurer that may underwrite this **POLICY**.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  36 of 49

2. **The INSURER'**s liability may not be increased in the event that any other insurer or other party to this contract who for any reason does not satisfy all or part of its obligations.

N. **MORTGAGEES (OR TRUSTEES), LENDER'S LOSS PAYEES, AND LOSS PAYEES:**

1. Loss, or damage, if any, under this **POLICY** shall be payable to:

   a. Any **LENDER'S LOSS PAYEE** or **LOSS PAYEE** as its interest may appear; and

   b. Any **MORTGAGEE (OR TRUSTEE)** as its interest may appear under all present or future mortgages upon the insured property in which the aforesaid may have an interest as **MORTGAGEE (OR TRUSTEE)**, in order of precedence of said mortgages.

2. As to the interest of the **MORTGAGEE (OR TRUSTEE) OR LENDER'S LOSS PAYEE** only, this insurance shall not be invalidated by any act or neglect of the **NAMED INSURED** nor by any foreclosure or other proceedings or notice of sale relating to said property nor by any change in the title or ownership of said property, nor by the occupation of the insured **LOCATIONS** for purposes more hazardous than are permitted by this **POLICY**; provided, that in case the **NAMED INSURED** shall neglect to pay any premium due under this **POLICY**, the **MORTGAGEE (OR TRUSTEE) OR LENDER'S LOSS PAYEE** shall, on demand, pay the same.

   The **MORTGAGEE (OR TRUSTEE) OR LENDER'S LOSS PAYEE** must notify VRU of any change of ownership or occupancy or increase of hazard which shall come to the knowledge of the **MORTGAGEE (OR TRUSTEE) OR LENDER'S LOSS PAYEE** and, unless such use is permitted by this **POLICY** and the **MORTGAGEE (OR TRUSTEE) OR LENDER'S LOSS PAYEE** shall, on demand, pay the premium for such increased hazard; otherwise, this entire Clause 2. shall be null and void.

3. **COVERAGE** hereunder may be suspended [which shall include any **COVERAGE** applying to the interest of the **MORTGAGEE (OR TRUSTEE), LENDER'S LOSS PAYEE OR LOSS PAYEE**] on any machine, vessel or part thereof in accordance with the Suspension Clause of **EQUIPMENT BREAKDOWN** (if such coverage is provided by endorsement to this **POLICY**). VRU agrees to furnish the **MORTGAGEE (OR TRUSTEE), LENDER'S LOSS PAYEE, OR LOSS PAYEE** with a copy of the suspension notice to the **MORTGAGEE'S (OR TRUSTEE'S), LENDER'S LOSS PAYEE'S OR LOSS PAYEE'S** address.

4. Whenever the **MORTGAGEE (OR TRUSTEE), LENDER'S LOSS PAYEE OR LOSS PAYEE** is paid any sum for loss under this **POLICY** and the **INSURER(S)** shall claim that, as to the **NAMED INSURED**, no liability therefor existed, such **INSURER(S)** shall, to the extent of such payment, be subrogated to all the rights of the party to whom such payment shall be made, under all securities held as collateral to the debt, or may, at their option pay to the **MORTGAGEE (OR TRUSTEE), LENDER'S LOSS PAYEE OR LOSS PAYEE**, the whole principal due or to grow due on the debt with interest, and shall thereupon receive a full assignment and transfer of all rights and securities; but no subrogation shall impair the right of the **MORTGAGEE (OR TRUSTEE), LENDER'S LOSS PAYEE, OR LOSS PAYEE,** to recover the full amount of the **MORTGAGEE'S (OR TRUSTEE'S), LENDER'S LOSS PAYEE'S, OR LOSS PAYEE'S** claim.

Q. **MISREPRESENTATION AND FRAUD**: This entire **POLICY** shall be void if, whether before or after a loss, the **NAMED INSURED** has willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the **NAMED INSURED** therein, or in case of any fraud, or false swearing by the **NAMED INSURED** relating thereto.

R. **OTHER INSURANCE/EXCESS INSURANCE/UNDERLYING INSURANCE**: In the event there is **OTHER INSURANCE** covering loss or damage insured under this **POLICY**, then this **POLICY** shall apply only as excess and in no event as contributory insurance (unless this **POLICY** is specifically written to be contributory insurance), and then only after all other insurance has been exhausted, whether or not such insurance is collectible.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **37 of 49**

Permission is granted for the **NAMED INSURED** to purchase **EXCESS INSURANCE** over the limits provided by this **POLICY**, and underlying insurance on all or any part of the **DEDUCTIBLES** of this **POLICY**.

S.     **PROTECTION AND PRESERVATION OF PROPERTY**: In case of actual or imminent direct physical loss or damage by a **COVERED CAUSE OF LOSS**, the expenses incurred by the **NAMED INSURED** in taking reasonable and necessary actions for the temporary protection and preservation of **COVERED PROPERTY** hereunder shall be added to the total physical loss or damage otherwise recoverable under this **POLICY** and be subject to the applicable **DEDUCTIBLE**, sublimit of liability and the **POLICY LIMIT**.

T.     **REINSTATEMENT OF LIMITS**: Except for any **COVERED CAUSE OF LOSS** which is subject to an annual aggregate limit or sublimit of liability, payment of a claim will not reduce the amount payable under this **POLICY** for any subsequent covered loss.

U.     **REQUIREMENTS IN CASE OF LOSS**: The **NAMED INSURED** shall:

1.     Give immediate written notice of any loss or damage;

2.     Promptly contact the applicable authority having jurisdiction in the event a law has been broken, and promptly file a written report with such authority;

3.     Protect the property from further loss or damage;

4.     Separate the damaged and undamaged personal property;

5.     Maintain such property in the best possible order;

6.     Furnish a complete inventory of the lost, destroyed, damaged and undamaged property, showing in detail quantities, costs, actual cash value and amount of loss claimed;

7.     Furnish all other documents or insurance policies that may be reasonably required;

8.     Allow access and inspection of any of the damaged or undamaged **COVERED PROPERTY**; and

9.     Submit to examination under oath at such times as may be reasonably required about any matter relating to this insurance or any claim;

10.    All claims of loss due to **WINDSTORM OR HAIL**, including **NAMED STORM**, must be made within 2 years of the expiration date of this policy regardless of when loss or damage was discovered or the date of the **OCCURRENCE**.

Within ninety (90) days after the loss, unless such time is extended in writing, the **NAMED INSURED** shall provide proof of loss, signed and sworn to by the **NAMED INSURED**, stating the knowledge and belief of the **NAMED INSURED** as to the following:

1.     The time and origin of the loss;

2.     The interest of the **NAMED INSURED** and of all others in the property;

3.     The value of each item thereof determined in accordance with the **VALUATION PROVISIONS** of this **POLICY** and the amount of loss thereto and all encumbrances thereon;

4.     All other contracts of insurance, whether collectible or not, covering any of said property; and

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  38 of 49

5.      Any changes in the title, use, occupation, **LOCATION**, possession or exposures of said property subsequent to the issuance of this **POLICY**, by whom and for what purpose any **BUILDING** herein described and the several parts thereof were occupied at the time of loss whether or not it then stood on leased ground.

V.      **STATEMENT OF VALUES**: The **NAMED INSURED** shall provide VRU, at **POLICY** inception and each subsequent anniversary date of this **POLICY**, a **STATEMENT OF VALUES** which consists of the current 100% **PROPERTY** and **TIME ELEMENT VALUES** for all insured **LOCATIONS**.

Such values shall be reported separately for each **LOCATION**, with separate figures shown for each type of coverage at each **LOCATION**. The property values shall be shown on a **REPLACEMENT COST BASIS** for property which is covered on a **REPLACEMENT COST BASIS** and on an **ACTUAL CASH VALUE** basis for other property. The value of stock and supplies to be included in the property values shall be in accordance with the **VALUATION** (Section IV) clause contained in this **POLICY** and shall be based on the approximate average of the stock and supplies on hand during the twelve months immediately preceding the annual review of values. **TIME ELEMENT VALUES** (if covered) shall be provided in accordance with the terms of the applicable **TIME ELEMENT COVERAGES** provisions.

Upon inception and at each anniversary date of this **POLICY**, the Annual Premium shall be due and payable to VRU. Receipt of said **STATEMENT OF VALUES** by VRU shall be considered as authorization by the **NAMED INSURED** for premiums under this **POLICY** to be calculated.

The premium for this **POLICY** is based upon the **STATEMENT OF VALUES** on file with VRU, or attached to this **POLICY**.

W.     **SALVAGE AND RECOVERIES**: All **TIME ELEMENT VALUES**, **SALVAGES**, **RECOVERIES** and payments, excluding proceeds from subrogation and underlying insurance recovered or received prior to a loss settlement under this POLICY, shall reduce the loss accordingly.

X.     **SETTLEMENT OF CLAIMS**: The amount of loss under this **POLICY** shall be payable within thirty (30) days after proof of loss, as herein required, is received and accepted and ascertainment of the amount of loss is made either by agreement with the **NAMED INSURED** or an amount is determined by binding Arbitration in accordance with the provisions of this **POLICY**.

The **INSURER** shall have the option to take all or any part of the property at the agreed or arbitrated value, or to repair, rebuild or replace the property physically lost or damaged with other of like kind and quality, within a reasonable time, on giving notice of its intention to do so within sixty (60) days after receipt of the proof of loss herein required.

Y.     **SUBROGATION**: An assignment of all rights of recovery against any party for loss may be required from the **NAMED INSURED** to the extent that payment has been made, but the assignee shall not acquire any rights of recovery which the **NAMED INSURED** has expressly waived in writing prior to loss nor shall such waiver in writing affect the **NAMED INSURED'S** rights under this **POLICY**.

**INSURER** does waive rights of recovery against any unit-owner of a Condominium Association.

However, notwithstanding the foregoing, **INSURER** shall be subrogated to all the **NAMED INSURED'S** rights of recover against:

1.      any Architect or Engineer, whether named as a NAMED INSURED or not, for any loss or damage arising out of the performance of professional services in their capacity as such and caused by an error, omission, deficiency or act of the Architect or Engineer, by any person employed by them or by any others for whose acts they are legally liable, and

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **39 of 49**

2.      any manufacturer or supplier of machinery, equipment or other property, whether named as an NAMED INSURED or not, for the cost of making good any loss or damage which said party has agreed to make good under a guarantee or warranty, whether expressed or implied.

Any recovery as a result of subrogation proceedings arising out of an **OCCURRENCE**, after expenses incurred in such subrogation proceedings are deducted, shall accrue to the **NAMED INSURED** in the proportion that the **DEDUCTIBLE** amount and/or any provable uninsured loss amount bears to the entire provable loss amount.

The **NAMED INSURED** will cooperate with the **INSURER** and, upon their request, will:

1.      Attend hearings and trials; and
2.      Assist in effecting settlements, securing and giving evidence, obtaining the attendance of witnesses, and conducting suits.

X.      **TITLES OF PARAGRAPHS:** The titles of the various paragraphs of this **POLICY** (and of endorsements included in this **POLICY**) are solely for reference and shall not in any way affect the provisions to which they relate.

Y.      **VACANCY:** The **NAMED INSURED** has permission to cease business operations or to have any insured **BUILDING** vacant or unoccupied, provided that the fire protection, security and alarm services are maintained. The insured **BUILDING** is considered vacant or unoccupied when 70% or more of its square footage is not rented or does not contain adequate **COVERED PROPERTY** to conduct customary business operations, but this provision shall not apply to any time period when customary business operations are suspended due to circumstances that are usual to such business operations. The **NAMED INSURED** must notify **INSURER** no later than ninety (90) days after the cessation of business operations or vacancy. If not so notified within ninety (90) days, the **DEDUCTIBLE** shall be the greater of: (a) double the applicable peril **DEDUCTIBLE**; (b) or $100,000.This restriction shall not apply to any **BUILDING** in the course of construction or renovation.


**SECTION VIII - POLICY DEFINITIONS**

A.      **ACTUAL CASH VALUE:** means the amount it would cost to repair or replace **COVERED PROPERTY**, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. **ACTUAL CASH VALUE** applies to valuation of **COVERED PROPERTY** regardless of whether that property has sustained partial or total loss or damage.

The **ACTUAL CASH VALUE** of the lost or damaged property may be significantly less than its replacement cost.

B.      **AIRCRAFT OR VEHICLE IMPACT** means only physical contact by or from an aircraft, spacecraft, self-propelled missile or vehicle, including objects falling from same.
C.      **AVERAGE DAILY VALUE (ADV): AVERAGE DAILY VALUE** means the total 100% **TIME ELEMENT VALUE** that would have been projected for the **PERIOD OF INTERRUPTION** for the **LOCATION(S)** where the physical loss or damage occurs, had no physical loss or damage occurred, divided by the number of working days in such **PERIOD OF INTERRUPTION**. The sum shall include all **TIME ELEMENT VALUES** to which the operations of the **LOCATION(S)** directly or indirectly contribute.
D.      **BUILDING** means a fully enclosed permanent structure with walls and a continuous roof.
E.      **BACKUP OF SEWERS AND DRAINS** means Water which backups or discharges from sewers, drains or sumps on the Insured's **LOCATION**.  Cause of loss is not considered **FLOOD**, unless such backup or discharge was due to **FLOOD** as defined in this **POLICY**.
F.      **CLOSING DOCUMENTS** means proof of sale and transfer of ownership documentation.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **40 of 49**

7.   Coverage for **EARTH MOVEMENT** does not extend to provide coverage for sinkhole loss in Florida, absent an endorsement specifying that coverage for sinkhole loss is provided.

N.  **EARTHQUAKE COUNTIES**: As referenced in this **POLICY**, designated **EARTHQUAKE ZONES** shall be defined as all **LOCATIONS** situated within the States or Counties as specified below:

1.  **ALASKA**: All Counties except Northslope

2.  **CALIFORNIA**: Entire State

3.  **HAWAII: All Counties** other than Honolulu and Kauai

4.  **PACIFIC NORTHWEST STATES**: Oregon and Washington

5.  **New Madrid Earthquake Zone Counties**:

   a.  Arkansas: Arkansas, Clay, Cleburne, Conway, Craighead, Crittenden, Cross, Desha, Faulkner, Fulton, Independence, Izard, Greene, Jackson, Jefferson, Lawrence, Lee, Lincoln, Lonoke, Mississippi, Monroe, Phillips, Prairie, Poinsett, Pulaski, Randolph, Sharp, St. Francis, Stone, Van Buren, White, and Woodruff.

   b.  Illinois: Alexander, Bond, Calhoun, Christian, Clark, Clay, Clinton, Coles, Crawford, Cumberland, Edwards, Effingham, Fayette, Franklin, Gallatin, Greene, Hamilton, Hardin, Jackson, Jasper, Jefferson, Jersey, Johnson, Lawrence, Macoupin, Madison, Marion, Massac, Monroe, Montgomery, Moultrie, Perry, Pope, Pulaski, Randolph, Richland, Saline, Shelby, St. Clair, Union, Wabash, Washington, Wayne, White, and Williamson.

   c.  Indiana: Davies, Dubois, Gibson, Knox, Perry, Pike, Posey, Spencer, Sullivan, Vanderburgh, and Warrick.

   d.  Kentucky: Ballard, Caldwell, Calloway, Carlisle, Christian, Crittenden, Daviess, Fulton, Graves, Hancock, Henderson, Hickman, Hopkins, Livingston, Lyon, Marshall, McCracken, McLean, Muhlenberg, Ohio, Todd, Trigg, Union, and Webster.

   e.  Mississippi: Alcorn, Benton, Bolivar, Coahoma, De Soto, Lafayette, Marshall, Panola, Quitman, Sunflower, Tallahatchie, Tate, Tippah, Tunica, and Union.

   f.  Missouri: Bollinger, Butler, Cape Girardeau, Carter, Crawford, Dent, Dunklin, Franklin, Howell, Iron, Jefferson, Lincoln, Madison, Mississippi, New Madrid, Oregon, Pemiscot, Perry, Reynolds, Ripley, Scott, Shannon, St. Charles, St. Francois, St. Louis City, St. Louis, Ste. Genevieve, Stoddard, Warren, Washington, and Wayne.

   g.  Tennessee: Benton, Carroll, Chester, Crockett, Decatur, Dickson, Dyer, Fayette, Gibson, Hardeman, Hardin, Haywood, Henderson, Henry, Hickman, Houston, Humphreys, Lake, Lauderdale, Madison, McNairy, Montgomery, Obion, Perry, Shelby, Stewart, Tipton, and Weakley.

O.  **ELECTRONIC DATA AND MEDIA** means data, messages, information, coding, programs, instructions or any other software stored on electronic, electromechanical, electromagnetic data processing or electronically controlled production equipment and distributed by means of a computer network or produced in a format for use with a computer.

P.  **EQUIPMENT BREAKDOWN** means:

1.  Mechanical breakdown, including rupture or bursting caused by centrifugal force;

2.  Electrical device, appliance or wire(s) disturbance by means of artificially generated electrical current, including electric arcing,

3.  **EXPLOSION** of steam boilers, steam pipes, steam engines or steam turbines owned or leased by the Named Insured, or operated under the control of the **NAMED INSURED**;

4.  Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

5.  Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

Q.  **EXPLOSION** means a sudden, accidental and destructive shattering or eruption. **EXPLOSION** does not include loss or damage occasioned by or incident to **EXPLOSION** in or relating to the following equipment owned, operated or controlled by the Insured:

1.  Steam boiler, steam turbines, steam engines, and steam pipes interconnecting any of the foregoing;

2.  Moving or rotating machinery or parts thereof when such direct loss or damage is caused by centrifugal force or mechanical breakdown;

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **42 of 49**

3.        Combustion gas turbines;

To the extent of the loss to such products, any products manufactured by the **NAMED INSURED** or other property attached to these products or forming a part thereof, including those products and property undergoing pressure tests. **EXPLOSION** will include loss or damage arising or resulting from:

1.        The **EXPLOSION** of accumulated combustible gases or unconsumed fuel within the furnace of a boiler or pressure vessel, other than combustion gas turbines, or within the flues or passages which conduct the gases of combustion therefrom;
2.        A combustion **EXPLOSION** occurring outside of any equipment excluded above, even though such combustion **EXPLOSION** may have been the direct result of the **EXPLOSION** or such excluded equipment.

The following are not **EXPLOSIONS** within the intent or meaning of this definition:

1.        Electric arcing or any coincident rupture of electrical equipment due to such arcing;
2.        Bursting or rupture caused by freezing;
3.        Sonic shock waves, generally known as Sonic Boom;
4.        Bursting, rupture or collapse of any safety disc, rupture diaphragm or fusible link.

R.    **FINE ARTS** means: paintings, etchings, pictures, tapestries, rare or art glass, art glass windows, valuable rugs, statuary, sculptures, antique furniture, antique jewelry, bric-a-brac, porcelains, and similar property of rarity, historical value, or artistic merit; excluding automobiles, coins, stamps, furs, jewelry, precious stones, precious metal, watercraft, aircraft, money and securities.
S.    **FLOOD** means, whether natural or manmade, **FLOOD** waters, surface water, waves, tide or tidal water, overflow or rupture of a dam, levee, dike, floodgates, or other surface containment structure, storm surge, the rising, overflowing or breaking of boundaries of natural or manmade bodies of water, or the spray from any of the foregoing, all whether driven by wind or not. Tsunami induced flooding is considered a **FLOOD**.

Water which backups or discharges from sewers, drains or sumps on the Insured's **LOCATION** is not considered **FLOOD**, unless such backup or discharge was due to **FLOOD** as defined above.

T.    **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST** means:
1.        **FUNGUS** includes, but is not limited to, any of the plants or organisms belonging to the major group fungi, lacking chlorophyll, and including **MOLD(S)**, rusts, **MILDEWS**, smuts and mushrooms.
2.        **MOLD** includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and fungi that produce **MOLD(S)**.
3.        **SPORE** means any dormant or reproductive body produced by or arising or emanating out of any **FUNGUS, MOLD(S), MILDEW**, plants, organisms or microorganisms.
U.    **HARD COSTS** means:
1.        Building(s) or structure(s) as described in the schedule of values including foundations, machinery and fixtures and attachments and similar property that has become or intended to become a permanent part of the building(s) or structure(s); and

2.        Materials, supplies and similar property owned by others for which you are responsible for. This property must be used in the construction operations insured under this policy and be located at the premise(s) described in the schedule of values.

V.    **HURRICANE** means a storm system that has been declared to be a **HURRICANE** by the National Hurricane Center of the National Weather Service.
W.    **INSURER** means the company or companies shown on the Allocation Endorsement as their interests appear thereon.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **43 of 49**

X.     **LAND** means **LAND** (except **LAND** for which values are reported and premiums are charged hereunder), such as dikes, levees, and other surface containment structures. Surface containment structures are not **LAND** to a depth of six inches below such surface containment structures.

Y.     **LEAKAGE FROM FIRE PROTECTION EQUIPMENT** means direct physical loss or damage from:

1.     Water or other substances discharged from within any part of the **FIRE PROTECTION EQUIPMENT** for the insured **LOCATION** or for any adjoining **LOCATIONS**;

2.     Collapse or fall of tanks forming a part of the **FIRE PROTECTION EQUIPMENT** or the component parts or supports of such tanks.

The term **FIRE PROTECTION EQUIPMENT** includes tanks, water mains, hydrants or valves, and any other equipment whether used solely for fire protection or jointly for fire protection and for other purposes, but does not include:

1.     Branch piping from a joint system where such branches are used entirely for purposes other than fire protection;

2.     Any underground water mains or appurtenances located outside of the insured **LOCATION** and forming a part of the public water distribution system;

3.     Any pond or reservoir in which the water is impounded by a dam.


Z.     **LOCATION** is defined as specified in the **STATEMENT OF VALUES** on file with VRU; but if not so specified, **LOCATION** means any **BUILDING**, yard, dock, wharf, pier or bulkhead or any group of the foregoing bounded on all sides by public streets, clear **LAND** space or open waterways, each not less than two hundred feet wide. Any bridge or tunnel crossing such street, space or waterway shall render such separation inoperative for the purpose of this definition.

AA.     **MISCELLANEOUS UNNAMED LOCATION(S)** means a **LOCATION** that has not been included in the **STATEMENT OF VALUES** on file with **INSURER** and has not been reported to **INSURER** as required by the **POLICY** provisions.

There is no coverage under this Paragraph for loss or damage which is covered under the **ERRORS OR OMISSIONS** or **NEWLY ACQUIRED PROPERTY** provisions of this **POLICY**.

BB.     **NAMED INSURED** means the **NAMED INSURED(S)** as well as any **ADDITIONAL INSURED(S), MORTGAGEE(S), LENDER'S LOSS PAYEE(S), LOSS PAYEE(S)** set forth in the relevant Certificates of Insurance or contract as specified in Section I.

CC.     **N/A** means Not Applicable.

DD.     **NAMED STORM** a storm that has been declared by the National Weather Service to be a **HURRICANE,** Typhoon, Tropical Cyclone, Tropical Storm, or Tropical Depression.

EE.     **OCCURRENCE** means any one loss, disaster, casualty, incident or series of losses, disasters, casualties or incidents, arising out of a single event, and includes all resultant or concomitant insured losses. The **OCCURRENCE** must occur during the **POLICY** period.

If more than one event for **WINDSTORM & HAIL, NAMED STORM, RIOT, STRIKE OR CIVIL COMMOTION, VANDALISM & MALICIOUS MISCHIEF, EARTH MOVEMENT OR FLOOD** covered by this **POLICY** occurs within any period of seventy-two (72) hours during the term of this **POLICY**, such covered events shall be deemed to be a single **OCCURRENCE.** When filing proof of loss, the **NAMED INSURED** may elect the moment at which the seventy- two (72) hour period shall be deemed to have commenced, which shall not be earlier than the time when the first loss occurs to the **COVERED PROPERTY**.

Each loss by **EARTHQUAKE** occasioned by any one disaster, loss or series of disasters or losses, arising out of any one event will constitute a single loss hereunder, provided, if more than one "**EARTHQUAKE**" shock arising out of any one

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **44 of 49**

event occurs within any period of one hundred sixty-eight (168) hours during the **POLICY** period, such "g" shocks will be deemed to be a single "**EARTHQUAKE**" within the meaning hereof.  We will not be liable for any loss caused by any "**EARTHQUAKE**" shock occurring before the effective date and time of this **POLICY**, nor for any loss occurring after the expiration date and time of this **POLICY**.

FF.  **POLLUTANTS OR CONTAMINANTS** means any solid, liquid, gaseous or thermal irritant or **CONTAMINANT**, including smog, **SMOKE**, vapor, soot, fumes, acids, alkalis, chemicals and waste, which after its release can cause or threaten damage to human health or human welfare or causes or threatens damage, deterioration, loss of value, marketability or loss of use to property insured hereunder, including, but not limited to, bacteria, virus, or hazardous substances as listed in the Federal Water Pollution Control Act, Clean Air Act, Resource Conservation and Recovery Act of 1976, and Toxic Substances Control Act or as designated by the U. S. Environmental Protection Agency.  Waste includes materials to be recycled, reconditioned or reclaimed.

GG.  **RIOT**, **STRIKE OR CIVIL COMMOTION** means  violent public disturbances including:

1. Acts of striking employees while occupying the insured **LOCATION**; and
2. Pilferage or looting occurring at the time and place of a **RIOT** or **CIVIL COMMOTION**.

HH.  **REBATE** means remuneration, payment, gift, discount, or transfer of any item of value to the **NAMED INSURED** by or on behalf of a person or business performing the repairs as an incentive or inducement to obtain repairs performed by that person or business.

II.  **SINKHOLE** means a land form created by subsidence of soil, sediment or rock as underlying strata are dissolved by ground water.  A **SINKHOLE** forms by collapse into subterranean voids created by dissolution of limestone or dolostone, or by subsidence as these strata are dissolved.

JJ.  **SMOKE** means loss or damage ensuing from a sudden and accidental release of a visible suspension of carbon and other particles. The peril of **SMOKE** does not include loss or damage caused by **SMOKE** from agricultural smudging or industrial operations.

KK.  **SPECIAL FLOOD HAZARD AREAS** means areas of 100-year flooding as defined by the Federal Emergency Management Agency (FEMA) and shall only include those Flood Zones that are prefixed A or V.

LL.  **TIER 1 and TIER 2**: Shall be defined as all **LOCATIONS** situated within Tier 1 or Tier 2 Counties, Parishes or Independent Cities as specified below:

| State | Tier 1 | Tier 2 |
|:---:|---|---|
| AL | Baldwin<br>Mobile | Covington<br>Escambia<br>Geneva<br>Houston |
| CT | Fairfield<br>Middlesex<br>New Haven<br>New London | |
| DE | Sussex | Kent |
| FL | All FL counties | Not Applicable |
| GA | Bryan<br>Camden<br>Chatham<br>Glynn<br>Liberty<br>McIntosh | Brantley<br>Charlton<br>Effingham<br>Long<br>Wayne |
| HI | All HI counties | |

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  **45 of 49**

| | | |
|---|---|---|
| LA | Cameron<br>Iberia<br>Jefferson<br>Lafourche<br>Orleans<br>Plaquemines<br>St. Bernard<br>St. Martin (South)<br>St. Mary<br>St. Tammany<br>Terrebonne<br>Vermilion | Acadia<br>Ascension<br>Assumption<br>Calcasieu<br>East Baton Rouge<br>Iberville<br>Jefferson Davis<br>Lafayette<br>St. Charles<br>St. James<br>St. John The Baptist<br>St. Martin (North)<br>Tangipahoa<br>Washington<br>West Baton Rouge |
| MA | Barnstable<br>Bristol<br>Dukes<br>Essex<br>Nantucket<br>Norfolk<br>Plymouth<br>Suffolk | Middlesex |
| MD | Worcester | Calvert<br>Dorchester<br>St. Mary's<br>Somerset<br>Wicomico |
| ME | Cumberland<br>Hancock<br>Knox<br>Lincoln<br>Sagadahoc<br>Waldo<br>Washington<br>York | |
| MS | Hancock<br>Harrison<br>Jackson | George<br>Pearl River<br>Stone |

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  46 of 49

| | | |
|---|---|---|
| NC | Beaufort<br>Bertie<br>Brunswick<br>Camden<br>Carteret<br>Chowan<br>Currituck<br>Dare<br>Hyde<br>New Hanover<br>Onslow<br>Pamlico<br>Pasquotank<br>Pender<br>Perquimans<br>Tyrrell<br>Washington | Bladen<br>Columbus<br>Craven<br>Duplin<br>Gates<br>Hertford<br>Jones<br>Lenoir<br>Martin<br>Pitt<br>Sampson |
| NH | Rockingham<br>Strafford | |
| NJ | Atlantic<br>Cape May<br>Monmouth<br>Ocean | Burlington<br>Cumberland<br>Essex<br>Hudson<br>Middlesex<br>Union |
| NY | Kings<br>Nassau<br>Queens<br>Richmond<br>Suffolk | Bronx<br>New York<br>Westchester |
| RI | Newport<br>Washington | Bristol<br>Kent |
| SC | Beaufort<br>Charleston<br>Colleton<br>Georgetown<br>Horry<br>Jasper | Berkeley<br>Dillon<br>Dorchester<br>Florence<br>Hampton<br>Marion<br>Williamsburg |
| TX | Aransas<br>Brazoria<br>Calhoun<br>Cameron<br>Chambers<br>Galveston<br>Harris<br>Jefferson<br>Kennedy<br>Kleberg<br>Matagorda<br>Nueces<br>Refugio<br>San Patricio<br>Willacy | Bee<br>Brooks<br>Fort Bend<br>Goliad<br>Hardin<br>Hidalgo<br>Jackson<br>Jim Wells<br>Liberty<br>Live Oak<br>Orange<br>Victoria<br>Wharton |

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

| VA | Accomack | |
| | Chesapeake | |
| | Gloucester | |
| | Hampton | |
| | Isle of Wight | |
| | James City | |
| | Lancaster | |
| | Mathews | |
| | Middlesex | |
| | Newport News | |
| | Norfolk | |
| | Northampton | |
| | Northumberland | |
| | Poquoson | |
| | Portsmouth | |
| | Suffolk | |
| | Surry | |
| | Virginia Beach City | |
| | Westmoreland | |
| | Williamsburg City | |
| | York | |

MM. **TIME ELEMENT VALUES** means the **GROSS EARNINGS, EXTRA EXPENSE, ROYALTIES, CONTINGENT TIME ELEMENT, RENTAL INCOME, DELAY IN COMPLETION and/or SOFT COSTS (as applicable) VALUES**, as reported on the **STATEMENT OF VALUES** on file with  **INSURER**, for the **PERIOD OF INTERRUPTION** sustained by the **NAMED INSURED** identified in the **STATEMENT OF VALUES** .

NN. **TOTAL INSURABLE VALUES (TIV)** means all **COVERED PROPERTY** (real & personal property) and **TIME ELEMENT VALUES** reported on the **STATEMENT OF VALUES** on file with **INSURER**.

OO. **VALUABLE PAPERS AND RECORDS** means documents that are written, printed or otherwise inscribed. These include:

  1. Books, manuscripts, abstracts, maps and drawings; film and other photographically produced records, such as slides and microfilm;

  2. Legal and financial agreements, such as deeds and mortgages;

  3. Addressograph plates; and

  4. Any electrically produced data, such as printouts, punched cards, tapes or discs.

  **VALUABLE PAPERS AND RECORDS** does not mean money and securities and converted data, programs or instructions used in data processing operations, including the materials on which the data is stored.

PP. **VANDALISM AND MALICIOUS MISCHIEF** means willful and malicious damage to, or destruction of, **COVERED PROPERTY**. **VANDALISM AND MALICIOUS MISCHIEF** does not include loss or damage caused by or resulting from theft, except for real property loss or damage caused by the breaking or exiting of individuals committing burglary.

QQ. **WARRANTY:**

  1. means any provision of an insurance contract which has the effect of requiring, as a condition precedent of the taking effect of such contract or as a condition precedent of **INSURER'S** liability hereunder, the existence of fact which tends to diminish, or the non-existence of a fact which tends to increase, the risk of

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  48 of 49

the occurrence of loss or damage within the coverage of the contract.

2.  A breach of warranty shall not void an insurance contract or defeat recovery hereunder unless such breach materially increases the risk of loss, damage or injury within the coverage of the contract. If the insurance contract specified two or more distinct kinds of loss, damage or injury which are within its coverage, a breach of warranty shall not void such contract or defeat recovery hereunder with respect to any kind of loss, damage or injury other than the kind or kinds to which such warranty relates and the risk of which is materially increased by the breach of such warranty.

RR.  **WINDSTORM OR HAIL** means direct action of wind or the direct action of hail, accompanied by wind or not, which causes loss or damage. **WINDSTORM OR HAIL** does not mean impacts or gradual changes which cause loss or damage and which are brought about by frost, ice (other than hail), snow or sleet, whether driven by wind or not; or cold weather.

VRU-017-1218 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **49 of 49**

# SERVICE OF SUIT
# STATE OF Texas

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

A. In the event of our failure to pay any amount claimed to be due under this Policy, we agree to submit to the jurisdiction of any court of competent jurisdiction within the United States in which a suit for those amounts may be brought. Nothing in this condition constitutes or should be understood to constitute a waiver of our right to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States.

B. Service of process in such suit may be made upon:

**Interstate Fire & Casualty Company**

Allianz Global Risks US Insurance Company
General Counsel's Office
225 West Washington Street
Chicago, Illinois 60606

**Independent Specialty Insurance Company**

Attn: Terry Ledbetter
1900 L. Don Dodson Drive
Bedford, TX 76021

**Certain Underwriters Lloyds of London**

Mendes & Mount
750 Seventh Avenue
New York, New York 10019-6829

or his or her representative, and that in any suit instituted against us with respect to this Policy, we will abide by the final decision of such court or of any appellate court in the event of an appeal.

Page 1 of 2

# NOTICE TO POLICYHOLDERS REGARDING THE
# U.S. TREASURY DEPARTMENT'S
# OFFICE OF FOREIGN ASSETS CONTROL

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. All other terms and conditions of this insurance policy remain unchanged. This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown*

No coverage is provided by this notice. You should read your policy and review your declarations page for complete information on the coverages you are provided.

This notice provides information concerning your rights as a policyholder and payments to, from or with the Insured, additional insured, loss payee, or claimant, for insured loss or damage to covered property under this policy. Such payments may be affected by the administration and enforcement of U.S. economic embargoes, trade sanctions, or other directives issued by the Office of Foreign Assets Control ("OFAC") and/or possibly the U.S. Department of State.

OFAC is an office of the Department of the Treasury that administers and enforces sanctions policy under presidential wartime and national emergency powers, as well as authority granted by specific legislation, in order to impose controls on transactions and freeze foreign assets under U.S. jurisdiction. OFAC has identified and listed numerous foreign countries, foreign organizations, foreign agents, terrorist organizations, terrorists, and international narcotics traffickers and other named individuals, group and entities as "Specially Designated Nationals and Blocked Persons." This list and more in-depth information on OFAC is available at the following website: http://www.treas.gov/ofac.

In accordance with OFAC regulations, or any other applicable regulation promulgated by the U.S. Department of State, if it is determined that the Insured, additional insured, loss payee, or claimant has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, we must block or "freeze" property and payment of any funds transfers or transactions and report all blocks to OFAC with ten (10) days. We will not pay a claim, accept premium, or exchange monies or assets of any kind to, from or with individuals or entities, including but not limited to financial institutions, on the Specially Designated National and Blocked Person list. Additionally, we will not defend or provide any other benefits under your policy to, from or with individuals, groups or entities on the Specially Designated National and Blocked Person list. Other limitations on premiums and payments may also apply.

VRU-003-0316 Office of Foreign Assets Control

# MINIMUM EARNED AND SPECIAL
# CATASTROPHE MINIMUM EARNED PREMIUM

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

1.  In the event of cancellation of this Policy or reduction of coverage by the Insured, a minimum premium of 35% of the original Policy premium shall become earned; any conditions of the Policy to the contrary notwithstanding.

    Failure of the Insured to make timely payment of premium shall be considered a request by the Insured for the Insurer(s) and/or Company(s) to cancel. In the event of such cancellation by the Insurer(s) and/or Company(s) for non-payment of premium, the minimum premium shall be due and payable; provided, however, such non-payment cancellation shall be rescinded if the Insured remits the full premium due within 10 days of receiving it.

2.  In the event of any other cancellation by the Insurer(s) and/or Company(s), the earned premium shall be computed pro rata, subject to the minimum premium.

3.  If this Policy is canceled by the Insured or if the amount of insurance on any Tier 1 location is reduced, and no coverage existed from June 1 to November 30, the return premium is 90% of the pro-rata subject to any minimum earned premium stipulations in the Policy.

4.  If coverage existed on any Tier 1 location at any time during the period from June 1 to November 30, the amount of premium returned will be a percentage of the total premium determined as follows:

| Days Policy in Force | Unearned Factor |
|---|---|
| 1 – 180 | 20% |
| 181 – 210 | 15% |
| 211 – 240 | 10% |
| 241 – 270 | 7.50% |
| 271 – 300 | 5% |
| 301 – 330 | 2.50% |
| 331 – 365 | 0% |

VRU-006-0316 Minimum Earned and Special Catastrophe Minimum Earned Premium

5. If Tier 1 locations are added during the term of the Policy, the rate will be calculated as 100% of the annual rate, less the Unearned Factor in Item 4 above.

6. The provisions of this endorsement are in addition to and do not alter any minimum earned premium provisions in the Policy or its attachments.

7. All reference herein to "Tier I", "Tier I Windstorm" or similar "Tier I" references, shall be defined as within the Property Coverage Form.

All other terms and conditions, insured coverage and exclusions of this insurance Policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this Policy.

VRU-006-0316 Minimum Earned and Special Catastrophe Minimum Earned Premium

# CLAIMS REPORTING INFORMATION NOTICE

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

To All Velocity Risk Underwriters, LLC ("VRU") Insured(s):

All claims shall be reported to VRU Claims (email is preferable for quickest response):

(1)    **E-Mail: business.claims@velocityrisk.com**

     Or

(2)    Phone: 1-844-VRU-CLMS (1-844-878-2567)

and/or its adjusters assigned to the respective claim(s).   The costs of such adjustments shall be borne by the Insurer(s) and/or Company(s) in proportion to its pro-rata participation in this Policy.

Many occurrences result in damages which require immediate attention in order to prevent further loss. Please contact VRU Claims at the e-mail address listed above as soon as possible to report the claim. Please try to have the following information available:

- Insured name and policy number
- Exact location of the occurrence
- Detailed description of the occurrence
- Type of loss
- A contact number for someone at the location of the occurrence

# ALLOCATION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

In consideration of the premium charged for this Policy as outlined by the Insurer(s) and/or Company(s) in the declarations, the applicable participation of each Insurer(s) and/or Company(s) as a percentage (% ) of the limit of liability shown in the Policy is as follows:

| Perils (As Per Policy | Insurer | Contract | Policy Number | Participation (as a %) |
|---|---|---|---|---|
| ACC | Independent Specialty Insurance Company | ISIC2019 | VIS-CN-0001091-02 | 22.00% |
| ACC | Certain Underwriters at Lloyds (Consortium #9226) | B6993VEL2019A | VPC-CN-0001091-02 | 10.00% |
| ACC | Interstate Fire & Casualty Company | IFC2019 | VRX-CN-0001091-02 | 68.00% |

The contracts herein cover mutually exclusive perils. The maximum limit of liability is not to exceed the per occurrence participation stated in the Policy, regardless of whether multiple perils and multiple contracts are involved. Recognition of liability by either of the contracts reduces the limit of liability of any corresponding contract.

The liability otherwise determined to exist under the terms and conditions of this Policy shall be bourne by the contract covering the proximate cause of loss identified in the allocation of security. Covered perils shall be defined by the applicable forms attached to this Policy.

Symbols Used Herein:

| Peril | Symbol | Insurer | Symbol |
|---|---|---|---|
| All Covered Causes of Loss excluding Equipment Breakdown and Cyber Coverage | ACC | Independent Specialty Insurance Company | ISIC |
| Equipment Breakdown | EBD | Interstate Fire & Casualty Company | IFC |
| Cyber Coverage | CC | Certain Underwriters at Lloyd's, London | Lloyds |

The Insurer's and/or Company's liability under this Policy for covered losses is several and not joint with other insurers party to this contract. The Insurer and/or Company is liable only for the proportion of liability it has underwritten. The Insurer and/or Company is not jointly liable for the proportion of liability underwritten by any other insurer. Nor is the Insurer and/or Company otherwise responsible for any liability of any other insurer that may underwrite this Policy.

The Insurer's and/or Company's liability may not be increased in the event that any other insurer or other party to this contract who for any reason does not satisfy all or part of its obligations.

This contract shall be constructed as a separate contract between the Insured and each of the Insurers. This evidence of coverage consists of separate sections of a composite insurance for all Underwriters at Lloyd's combined and separate policies issued by the insurance company(ies), all as identified above. This evidence of coverage does not constitute in any manner or form a joint certificate of coverage by Underwriters at Lloyd's with any other insurance company(ies).

All other terms and conditions, insured coverage and exclusions of this insurance Policy including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this insurance Policy.

VRU-012-0119 Allocation Endorsement (Syndicated)

## NOTICE TO POLICYHOLDERS REGARDING THE
## U.S. Terrorism Risk Insurance Act of 2002 As Amended by the Terrorism Risk Insurance Program Reauthorization Act of 2015

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

This notice applies to the type(s) of insurance provided under this policy that are subject to the Terrorism Risk Insurance Act, as amended ("The Act"). You are hereby notified that under The Act, you have a right to purchase insurance coverage for losses arising out of certified acts of terrorism, as defined in Section 102(1) of The Act: The term certified act of terrorism means any act or acts that are certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, as amended, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHEN COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIM- BURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE U N I T E D S T A T E S GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 AND 80% BEGINNING ON JANUARY 1, 2020 OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED B E L O W AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER T H E ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURER'S LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEEDS $100 BILLION, YOUR COVERAGE M A Y BE REDUCED.

Our records indicate that you previously rejected coverage for losses arising out of certified acts of terrorism, as de- fined by The Act, when we provided you a quote for insurance. Accordingly, your policy does not currently provide this coverage. However, The Act requires that we again make an offer at this time. If you wish to change your decision and purchase terrorism coverage, you must contact your agent or broker representing Interstate Fire & Casualty Company and Independent Specialty Insurance Company; and request coverage so we can provide you with a new quote. If you do not do so, it will be presumed that you have rejected this offer of terrorism coverage.

Please note that any coverage mandated by applicable laws in your state will not be affected by your rejection of terrorism coverage.

This offer of coverage for losses due to terrorist acts, as defined by The Act, if accepted, will be subject to the limit(s), terms and conditions of any policy or endorsement subsequently issued. If

you have any questions about this or any other insurance matter, please contact your agent or broker representing Interstate Fire & Casualty Company, Independent Specialty Insurance Company and Certain Underwriters at Lloyd's.

VRU-016-0118 TRIA Rejection Notice (Syndicated)

# PROTECTIVE SAFEGUARDS ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

Schedule

| Symbol(s) | Location(s) Applicable |
|---|---|
| Automatic Sprinkler Systems Other – Heating, Ventilation and Air Conditioning at all times Other – Aluminum Wiring – pigtailed or retrofitted | As indicated on the Schedule of Values on file with the Insurer/Company |
| OTHER | As indicated on the Schedule of Values on file with the Insurer/Company |
| | |
| Describe any "OTHER" | (a) Heating, Ventilation, and Air Conditioning – maintained and in operation at all times (b) Any aluminum wiring in buildings are properly pigtailed or retrofitted with CO/AL receptacles on all switches, outlets, and circuit break panels in accordance with local electrical codes |

A. In consideration of the premium charged and based on the protection of the premises by the protective safeguard systems described in the Schedule above, it is a condition of this Policy that the Insured shall exercise due diligence in maintaining in complete working order all equipment and services pertaining to the system which are under the control of the Named Insured, including maintenance and service requirements.

The protective safeguards to which this endorsement applies are identified by the following symbols:

1. "AS" Automatic Sprinkler System, including related supervisory services.

III.    In the "on" position during all non-working hours or when the insured premises are unoccupied.

6.  "CC" means Automatic Commercial Cooking Exhaust And Extinguishing System

Automatic Commercial Cooking Exhaust And Extinguishing System means automatic commercial cooking exhaust and extinguishing system installed on cooking appliances having the following components:

I.    Hood;
II.    Grease removal device;
III.    Duct system; and
IV.    Wet or dry chemical fire extinguishing equipment
V.    If part of an Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

7.  Other

I.    Other means the protective system described in the Schedule.


B.The following is added to the EXCLUSIONS section of the Policy referenced above:
The Insurer(s) and/or Company(s) will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

It is also a condition of this Policy that the Insured shall give immediate notice to the Insurer(s) and/or Company(s) of any impairment in or suspension of any equipment or service pertaining to the system within the knowledge of the Named Insured.

All other terms and conditions, insured coverage and exclusions of this insurance Policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this Policy.

# ROOF VALUTION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

Any damage to an existing roof that has been in place on an insured building or structure for 15 years  or longer will be subject to actual cash valuation, as defined by the Policy.

Roof shall be defined to include any material used in conjunction with a roof's construction including, but not limited to, shingles, shakes, flashing, sheeting, and insulation.

All other terms and conditions, insured coverage and exclusions of this insurance Policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this Policy.

# TOTAL OR CONSTRUCTIVE LOSS EARNED PREMIUM CONDITION

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

A.) It is hereby understood and agreed that in the event of a covered Actual Total Loss or Constructive Total Loss of any item of property insured during the Period of Insurance specified in the Statement of Values on File with this Company, the total premium for this Policy shall be considered to be fully earned at the time of the loss and no return premium will be due.

B.) This endorsement shall not apply where State Law or any Premium Finance Agreement would be violated.

Definition: "Constructive Total Loss" shall be defined as a property damage loss that is treated as an Actual Total Loss where the cost of repair would exceed the Limit of Liability shown in the Schedule on File with this Company or the actual cash value (whichever is the lesser amount).

# CERTAIN UNDERWRITERS AT LLOYD'S SYNDICATE LIST

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

If Certain Underwriters at Lloyd's are listed as security on the Allocation Endorsement attached to the policy, the list of syndicates is shown below:

| | |
|---|---|
| Account Number: | 2018-9001091-02 |
| UMR: | B6993VEL2019A |
| Policy Number: | VPC-CN-0001091-02 |

| Consortium Number | Consortium Name |
|---|---|
| 9226 | Velocity Property Consortium* |

*Velocity Property Consortium is an LPSO registered consortium – registered with Lloyd's under the number 9226, rather than a Lloyd's syndicate in its own right. The security for the consortium is 54% Syndicate 2357 and 46% Syndicate 1458.

All other terms and conditions, insured coverage and exclusions of this insurance Policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this Policy.

VRU-055-0419 Certain Underwriters at Lloyds Syndicate List

EXHIBIT "C"

**Hidalgo ISD**
**Summary of Changes**

| Account Information | | | |
|---|---|---|---|
| Account Name | Hidalgo Independent School District | Account No. | HISD |
| Policy Name | Hidalgo Independent School District | Policy No. | HISD.2324 |
| Policy Address | Hidalgo ISD | Eff. Date | 09/01/18 |
| | PO Box 8220 | Exp. Date | 09/01/19 |
| | Hidalgo, TX 78557 | Account Description | |
| Contact Information | | Public Entity | |
| | | | |
| | | | |



| Valuation Summary | | | | | |
|---|---|---|---|---|---|
| | $ v MM/DD/YYYY | $ v MM/DD/YYYY | $ Change | % Change | Notes |
| Buildings | 111,822,807 | 110,364,479 | -1,458,328 | -1.30% | |
| Other Structures | 0 | 1,008,328 | 1,008,328 | New | |
| Infrastructure | 0 | 450,000 | 450,000 | New | |
| Subtotal Real Property | 111,822,807 | 111,822,807 | | | |
| Contents NOC | 19,480,135 | 19,480,135 | | | |
| Total | 131,302,942 | 131,302,942 | | | |

| Remarks | |
|---|---|
| | Deductibles = NS $25K Min&Max per Occ, $25K Wind/Hail per Occ, $25K per Occ AOP |



**Hidalgo ISD**
**RFP Response Form: Montalvo Agency**



| # | Categories | Description | Current Limits | Current Deductible | Current Premiums | Limits Requested | Deductible Requested | Limits Proposed | Deductible Proposed | Premium Proposed | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | All proposals must be submitted in this pricing form, NO EXCEPTIONS. The additional information section can be used to elaborate on the proposed offers | | | | | | | |
| 01 | All Risk Replacement Cost Basis - Property | | | | | | | | | | |
| 02 | Outdoor Equipment | | | | | | | | | | |
| 03 | Musical Instruments | | | | | | | | | | |
| 04 | Audio Visual Equipment | | | | | | | | | | |
| 05 | EDP Equipment | | | | | | | | | | |



**Hidalgo ISD**
**RFP Response Form: Montalvo Agency**



| # | Categories | Description | Current Limits | Current Deductible | Current Premiums | Limits Requested | Deductible Requested | Limits Proposed | Deductible Proposed | Premium Proposed | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | All proposals must be submitted in this pricing form, NO EXCEPTIONS. The additional information section can be used to elaborate on the proposed offers | | | | | | | | |
| 06 | Mobile Equipment | | | | | | | | | | |
| 07 | Crime Insurance | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |



**Hidalgo ISD**
**RFP Response Form: Montalvo Agency**



| # | Categories | Description | Current Limits | Current Deductible | Current Premiums | Limits Requested | Deductible Requested | Limits Proposed | Deductible Proposed | Premium Proposed | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | All proposals must be submitted in this pricing form, NO EXCEPTIONS. The additional information section can be used to elaborate on the proposed offers | | | | | | | | | |
| 08 | Total Limits/Premium Cost | | | | | | | | | | |
| 09 | General & Employee Benefit Liability | | | | | | | | | | |

**Hidalgo ISD**
**RFP Response Form: Montalvo Agency**



| # | Categories | Description | Current Limits | Current Deductible | Current Premiums | Limits Requested | Deductible Requested | Limits Proposed | Deductible Proposed | Premium Proposed | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | All proposals must be submitted in this pricing form, NO EXCEPTIONS. The additional information section can be used to elaborate on the proposed offers | | | | | |
| 10 | Automobile Coverage | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 11 | Boiler & Machinery Equipment Breakdown | | | | | | | | | | |



**Hidalgo ISD**
**RFP Response Form: Montalvo Agency**



| # | Categories | Description | Current Limits | Current Deductible | Current Premiums | Limits Requested | Deductible Requested | Limits Proposed | Deductible Proposed | Premium Proposed | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | All proposals must be submitted in this pricing form, NO EXCEPTIONS. The additional information section can be used to elaborate on the proposed offers | | | | | | | |
| 12 | Cyber Coverage | | | | | | | | | | |
| 13 | School Professional Liability | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 14 | Total Cost | | | | | | | | | | |

**Hidalgo ISD**
**Property Insurance Data 2018-19**



| Line No | Record ID | Record Description | Legacy ID | HISD Notes | Site Name | Bldg / Asset Name | Street Address | City |
|---|---|---|---|---|---|---|---|---|
| 001 | 011-05-09 | Hidalgo Early College HS: High School Main - 2A<br>910 E Pirate Dr, Hidalgo, TX 78557 | 09 | | Hidalgo Early College HS | High School Main | 910 E Pirate Dr | Hidalgo |
| 002 | 011-05-10 | Hidalgo Early College HS: High School Gym - 2B<br>910 E Pirate Dr, Hidalgo, TX 78557 | 10 | | Hidalgo Early College HS | High School Gym | 910 E Pirate Dr | Hidalgo |
| 003 | 011-05-11 | Hidalgo Early College HS: High School Band Hall - 2C<br>910 E Pirate Dr, Hidalgo, TX 78557 | 11 | | Hidalgo Early College HS | High School Band Hall | 910 E Pirate Dr | Hidalgo |
| 004 | 011-05-12 | Hidalgo Early College HS: New Addition Band Hall<br>910 E Pirate Dr, Hidalgo, TX 78557 | 12 | Confirmed No Contents | Hidalgo Early College HS | New Addition Band Hall | 910 E Pirate Dr | Hidalgo |
| 005 | 011-05-13 | Hidalgo Early College HS: High School Band Hall Percussion Bldg. - No Coverage<br>910 E Pirate Dr, Hidalgo, TX 78557 | 13 | Confirmed No Coverage | Hidalgo Early College HS | High School Band Hall Percussion Bldg. - No Coverage | 910 E Pirate Dr | Hidalgo |
| 006 | 011-05-15 | Hidalgo Early College HS: High School Arts - 2D<br>910 E Pirate Dr, Hidalgo, TX 78557 | 15 | Confirmed NC Construction | Hidalgo Early College HS | High School Arts | 910 E Pirate Dr | Hidalgo |
| 007 | 011-05-16 | Hidalgo Early College HS: High School Science Wing 1/Early College Learning Center - 2E<br>910 E Pirate Dr, Hidalgo, TX 78557 | 16 | | Hidalgo Early College HS | High School Science Wing 1/Early College Learning Center | 910 E Pirate Dr | Hidalgo |
| 008 | 011-05-17 | Hidalgo Early College HS: High School Science Wing 2 - 2F<br>910 E Pirate Dr, Hidalgo, TX 78557 | 17 | | Hidalgo Early College HS | High School Science Wing 2 | 910 E Pirate Dr | Hidalgo |
| 009 | 011-05-18 | Hidalgo Early College HS: High School Cafeteria - 2G<br>910 E Pirate Dr, Hidalgo, TX 78557 | 18 | | Hidalgo Early College HS | High School Cafeteria | 910 E Pirate Dr | Hidalgo |
| 010 | 011-05-19 | Hidalgo Early College HS: High School J Wing ROTC - 2H<br>910 E Pirate Dr, Hidalgo, TX 78557 | 19 | | Hidalgo Early College HS | High School J Wing ROTC | 910 E Pirate Dr | Hidalgo |
| 011 | 011-05-24 | Hidalgo Early College HS: Covered Walkways<br>910 E Pirate Dr, Hidalgo, TX 78557 | 24 | Confirmed High $/SF for Walkways | Hidalgo Early College HS | Covered Walkways | 910 E Pirate Dr | Hidalgo |
| 012 | 011-05-25 | Hidalgo Early College HS: Main Building Cover<br>910 E Pirate Dr, Hidalgo, TX 78557 | 25 | Canopy | Hidalgo Early College HS | Main Building Cover | 910 E Pirate Dr | Hidalgo |
| 013 | 011-05-26 | Hidalgo Early College HS: Portable 1: 24x64<br>910 E Pirate Dr, Hidalgo, TX 78557 | 26 | | Hidalgo Early College HS | Portable 1: 24x64 | 910 E Pirate Dr | Hidalgo |
| 014 | 011-05-27 | Hidalgo Early College HS: Portable 2: 24x64<br>910 E Pirate Dr, Hidalgo, TX 78557 | 27 | | Hidalgo Early College HS | Portable 2: 24x64 | 910 E Pirate Dr | Hidalgo |
| 015 | 011-05-29 | Hidalgo Early College HS: Storage 37x25<br>910 E Pirate Dr, Hidalgo, TX 78557 | 29 | | Hidalgo Early College HS | Storage 37x25 | 910 E Pirate Dr | Hidalgo |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| 016 | 011-05-46 | Hidalgo Early College HS: New Baseball Concession Stand<br>910 E Pirate Dr, Hidalgo, TX 78557 | 46 | | Hidalgo Early College HS | New Baseball Concession Stand | 910 E Pirate Dr | Hidalgo |
|-----|-----------|------------------------------------------------------|----|---|--------------------------|-------------------------------|-----------------|---------|
| 017 | 013-02-06 | New Academy - 1F<br>310 E. Esperanza, Hidalgo, TX 78557 | 06 | | New Academy | New Academy | 310 E. Esperanza | Hidalgo |
| 018 | 021-06-54 | Ida Diaz MS: Ida Diaz Junior High School Main<br>1312 Pirate Dr., Hidalgo, TX 78557 | 54 | Roof repaired 2005 | Ida Diaz MS | Ida Diaz Junior High School Main | 1312 Pirate Dr. | Hidalgo |
| 019 | 021-06-55 | Ida Diaz MS: Ida Diaz Junior High School Cafeteria<br>1312 Pirate Dr., Hidalgo, TX 78557 | 55 | | Ida Diaz MS | Ida Diaz Junior High School Cafeteria | 1312 Pirate Dr. | Hidalgo |
| 020 | 021-06-56 | Ida Diaz MS: Ida Diaz Junior High School Science Wing<br>1312 Pirate Dr., Hidalgo, TX 78557 | 56 | | Ida Diaz MS | Ida Diaz Junior High School Science Wing | 1312 Pirate Dr. | Hidalgo |
| 021 | 021-06-60 | Ida Diaz MS: Ida Diaz Junior High School Practice Gym<br>1312 Pirate Dr., Hidalgo, TX 78557 | 60 | | Ida Diaz MS | Ida Diaz Junior High School Practice Gym | 1312 Pirate Dr. | Hidalgo |
| 022 | 021-06-61 | Ida Diaz MS: Ida Diaz Junior High School 6th Grade Wing<br>1312 Pirate Dr., Hidalgo, TX 78557 | 61 | | Ida Diaz MS | Ida Diaz Junior High School 6th Grade Wing | 1312 Pirate Dr. | Hidalgo |
| 023 | 021-06-62 | Ida Diaz MS: Ida Diaz Junior High School Learning Resource Center<br>1312 Pirate Dr., Hidalgo, TX 78557 | 62 | | Ida Diaz MS | Ida Diaz Junior High School Learning Resource Center | 1312 Pirate Dr. | Hidalgo |
| 024 | 021-06-63 | Ida Diaz MS: Ida Diaz Junior High School Canopies<br>1312 Pirate Dr., Hidalgo, TX 78557 | 63 | Wood frame canopies? High $/SF for canopies | Ida Diaz MS | Ida Diaz Junior High School Canopies | 1312 Pirate Dr. | Hidalgo |
| 025 | 031-01-04 | Hidalgo ES: Hidalgo Elementary Gym - 1D<br>324 East Flora, Hidalgo, TX 78557 | 04 | | Hidalgo ES | Hidalgo Elementary Gym | 324 East Flora | Hidalgo |
| 026 | 031-03-07 | Hidalgo ES: Hidalgo Elementary Main - 1G<br>601 S. 2nd St., Hidalgo, TX 78557 | 07 | | Hidalgo ES | Hidalgo Elementary Main | 601 S. 2nd St. | Hidalgo |
| 027 | 031-07-67 | Kelly ES: Kelly Elementary Main<br>201 E Las Milpas Rd, Pharr, TX 78577 | 67 | include canopies | Kelly ES | Kelly Elementary Main | 201 E Las Milpas Rd | Pharr |
| 028 | 031-07-68 | Kelly ES: Kelly Elementary Gym<br>201 E Las Milpas Rd, Pharr, TX 78577 | 68 | Value to be reviewed if bound | Kelly ES | Kelly Elementary Gym | 201 E Las Milpas Rd | Pharr |
| 029 | 031-08-69 | Salinas ES: Salinas Elementary Main<br>411 Ebano St., Hidalgo, TX 78557 | 69 | | Salinas ES | Salinas Elementary Main | 411 Ebano St. | Hidalgo |
| 030 | 031-08-70 | Salinas ES: Salinas Elementary Gym<br>411 Ebano St., Hidalgo, TX 78557 | 70 | | Salinas ES | Salinas Elementary Gym | 411 Ebano St. | Hidalgo |
| 031 | 031-09-71 | Hidalgo Park ES: Hidalgo Park Elemntary Main<br>8700 S I Rd., Pharr, TX 78577 | 71 | | Hidalgo Park ES | Hidalgo Park Elemntary Main | 8700 S I Rd. | Pharr |
| 032 | 031-09-72 | Hidalgo Park ES: Hidalgo Park Elementary Gym<br>8700 S I Rd., Pharr, TX 78577 | 72 | | Hidalgo Park ES | Hidalgo Park Elementary Gym | 8700 S I Rd. | Pharr |
| 033 | 041-05-20 | Hidalgo Early College HS: Stadium Field House - 2I<br>910 E Pirate Dr, Hidalgo, TX 78557 | 20 | | Hidalgo Early College HS | Stadium Field House | 910 E Pirate Dr | Hidalgo |
| 034 | 041-05-21 | Hidalgo Early College HS: New Field House - 2J<br>910 E Pirate Dr, Hidalgo, TX 78557 | 21 | | Hidalgo Early College HS | New Field House | 910 E Pirate Dr | Hidalgo |
| 035 | 041-05-22 | Hidalgo Early College HS: Weight Room - 2K<br>910 E Pirate Dr, Hidalgo, TX 78557 | 22 | | Hidalgo Early College HS | Weight Room | 910 E Pirate Dr | Hidalgo |
| 036 | 041-05-23 | Hidalgo Early College HS: High School New Sports Complex - 2L<br>910 E Pirate Dr, Hidalgo, TX 78557 | 23 | | Hidalgo Early College HS | High School New Sports Complex | 910 E Pirate Dr | Hidalgo |
| 037 | 041-05-28 | Hidalgo Early College HS: Bleachers (Portable)<br>910 E Pirate Dr, Hidalgo, TX 78557 | 28 | | Hidalgo Early College HS | Bleachers (Portable) | 910 E Pirate Dr | Hidalgo |
| 038 | 041-05-30 | Hidalgo Early College HS: 8 Lane Synthetic Track<br>910 E Pirate Dr, Hidalgo, TX 78557 | 30 | Value to be reviewed if bound | Hidalgo Early College HS | 8 Lane Synthetic Track | 910 E Pirate Dr | Hidalgo |
| 040 | 041-05-32 | Hidalgo Early College HS: Football Scoreboard<br>910 E Pirate Dr, Hidalgo, TX 78557 | 32 | | Hidalgo Early College HS | Football Lights (4 poles, 112 lights) | 910 E Pirate Dr | Hidalgo |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| 040 | 041-05-32 | Hidalgo Early College HS: Football Lights (4 poles, 112 lights)<br>910 E Pirate Dr, Hidalgo, TX 78557 | 32 | | Hidalgo Early College HS | Football Lights (4 poles, 112 lights) | 910 E Pirate Dr | Hidalgo |
| 041 | 041-05-33 | Hidalgo Early College HS: Football Home Bleachers<br>910 E Pirate Dr, Hidalgo, TX 78557 | 33 | | Hidalgo Early College HS | Football Home Bleachers | 910 E Pirate Dr | Hidalgo |
| 042 | 041-05-34 | Hidalgo Early College HS: Football Home Restrooms<br>910 E Pirate Dr, Hidalgo, TX 78557 | 34 | | Hidalgo Early College HS | Football Home Restrooms | 910 E Pirate Dr | Hidalgo |
| 043 | 041-05-35 | Hidalgo Early College HS: Football Visitor Bleachers<br>910 E Pirate Dr, Hidalgo, TX 78557 | 35 | | Hidalgo Early College HS | Football Visitor Bleachers | 910 E Pirate Dr | Hidalgo |
| 044 | 041-05-36 | Hidalgo Early College HS: Football Visitor Restrooms<br>910 E Pirate Dr, Hidalgo, TX 78557 | 36 | | Hidalgo Early College HS | Football Visitor Restrooms | 910 E Pirate Dr | Hidalgo |
| 045 | 041-05-37 | Hidalgo Early College HS: Football Artificial Turf<br>910 E Pirate Dr, Hidalgo, TX 78557 | 37 | Confirmed No Coverage | Hidalgo Early College HS | Football Artificial Turf | 910 E Pirate Dr | Hidalgo |
| 046 | 041-05-38 | Hidalgo Early College HS: Football Ticket Booth<br>910 E Pirate Dr, Hidalgo, TX 78557 | 38 | Confirmed No Coverage | Hidalgo Early College HS | Football Ticket Booth | 910 E Pirate Dr | Hidalgo |
| 047 | 041-05-39 | Hidalgo Early College HS: Football Home Press Box<br>910 E Pirate Dr, Hidalgo, TX 78557 | 39 | Confirmed No Coverage | Hidalgo Early College HS | Football Home Press Box | 910 E Pirate Dr | Hidalgo |
| 048 | 041-05-40 | Hidalgo Early College HS: Football Visitor Press Box<br>910 E Pirate Dr, Hidalgo, TX 78557 | 40 | Confirmed No Coverage | Hidalgo Early College HS | Football Visitor Press Box | 910 E Pirate Dr | Hidalgo |
| 049 | 041-05-41 | Hidalgo Early College HS: Baseball Scoreboard<br>910 E Pirate Dr, Hidalgo, TX 78557 | 41 | | Hidalgo Early College HS | Baseball Scoreboard | 910 E Pirate Dr | Hidalgo |
| 050 | 041-05-42 | Hidalgo Early College HS: Baseball Lights<br>910 E Pirate Dr, Hidalgo, TX 78557 | 42 | | Hidalgo Early College HS | Baseball Lights | 910 E Pirate Dr | Hidalgo |
| 051 | 041-05-43 | Hidalgo Early College HS: Baseball Bleachers<br>910 E Pirate Dr, Hidalgo, TX 78557 | 43 | | Hidalgo Early College HS | Baseball Bleachers | 910 E Pirate Dr | Hidalgo |
| 052 | 041-05-44 | Hidalgo Early College HS: Baseball Dugouts (2)<br>910 E Pirate Dr, Hidalgo, TX 78557 | 44 | Confirmed No Coverage | Hidalgo Early College HS | Baseball Dugouts (2) | 910 E Pirate Dr | Hidalgo |
| 053 | 041-05-45 | Hidalgo Early College HS: Baseball Batting Cage<br>910 E Pirate Dr, Hidalgo, TX 78557 | 45 | Confirmed Value | Hidalgo Early College HS | Baseball Batting Cage | 910 E Pirate Dr | Hidalgo |
| 054 | 041-05-47 | Hidalgo Early College HS: Softball Batting Cage<br>910 E Pirate Dr, Hidalgo, TX 78557 | 47 | Confirmed Value | Hidalgo Early College HS | Softball Batting Cage | 910 E Pirate Dr | Hidalgo |
| 055 | 041-05-48 | Hidalgo Early College HS: Softball Bleachers (s)<br>910 E Pirate Dr, Hidalgo, TX 78557 | 48 | Confirmed No Coverage | Hidalgo Early College HS | Softball Bleachers (s) | 910 E Pirate Dr | Hidalgo |
| 056 | 041-05-49 | Hidalgo Early College HS: Softball Press Box<br>910 E Pirate Dr, Hidalgo, TX 78557 | 49 | Confirmed No Coverage | Hidalgo Early College HS | Softball Press Box | 910 E Pirate Dr | Hidalgo |
| 057 | 041-05-50 | Hidalgo Early College HS: Softball Dugouts (2)<br>910 E Pirate Dr, Hidalgo, TX 78557 | 50 | Confirmed No Coverage | Hidalgo Early College HS | Softball Dugouts (2) | 910 E Pirate Dr | Hidalgo |
| 058 | 041-05-51 | Hidalgo Early College HS: Softball Lights<br>910 E Pirate Dr, Hidalgo, TX 78557 | 51 | Confirmed No Coverage | Hidalgo Early College HS | Softball Lights | 910 E Pirate Dr | Hidalgo |
| 059 | 041-05-52 | Hidalgo Early College HS: Softball Restrooms<br>910 E Pirate Dr, Hidalgo, TX 78557 | 52 | Confirmed No Coverage | Hidalgo Early College HS | Softball Restrooms | 910 E Pirate Dr | Hidalgo |
| 060 | 041-05-53 | Hidalgo Early College HS: Softball Concessions<br>910 E Pirate Dr, Hidalgo, TX 78557 | 53 | Confirmed No Coverage | Hidalgo Early College HS | Softball Concessions | 910 E Pirate Dr | Hidalgo |
| 061 | 041-06-65 | Ida Diaz MS: New Tennis Courts (6)<br>1312 Pirate Dr., Hidalgo, TX 78557 | 65 | | Ida Diaz MS | New Tennis Courts (6) | 1312 Pirate Dr. | Hidalgo |
| 062 | 041-06-66 | Ida Diaz MS: Tennis Lights<br>1312 Pirate Dr., Hidalgo, TX 78557 | 66 | Confirmed No Coverage | Ida Diaz MS | Tennis Lights | 1312 Pirate Dr. | Hidalgo |
| 063 | 051-01-01 | Administration: Historic Office Building - 1A<br>324 East Flora, Hidalgo, TX 78557 | 01 | | Administration | Historic Office Building | 324 East Flora | Hidalgo |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 064 | 051-01-02 | Administration: Special Education/Human Resources - 1B<br>324 East Flora, Hidalgo, TX 78557 | 02 | | Administration | Special Education/Human Resources | 324 East Flora | Hidalgo |
| 065 | 051-01-03 | Administration: Auditorium/Finance Dept/Tax Office - 1C<br>324 East Flora, Hidalgo, TX 78557 | 03 | | Administration | Auditorium/Finance Dept/Tax Office | 324 East Flora | Hidalgo |
| 066 | 051-01-05 | Administration: Board Room - 1E<br>324 East Flora, Hidalgo, TX 78557 | 05 | | Administration | Board Room | 324 East Flora | Hidalgo |
| 067 | 051-01-08 | Administration: Storage<br>324 East Flora, Hidalgo, TX 78557 | 08 | | Administration | Storage | 324 East Flora | Hidalgo |
| 068 | 053-06-57 | Maintenance: Food Service Warehouse<br>1312 Pirate Dr., Hidalgo, TX 78557 | 57 | | Maintenance | Food Service Warehouse | 1312 Pirate Dr. | Hidalgo |
| 069 | 053-06-58 | Maintenance: Service Center/Bus Barn<br>1312 Pirate Dr., Hidalgo, TX 78557 | 58 | | Maintenance | Service Center/Bus Barn | 1312 Pirate Dr. | Hidalgo |
| 070 | 053-06-59 | Maintenance: Maintenance/Warehouse<br>1312 Pirate Dr., Hidalgo, TX 78557 | 59 | | Maintenance | Maintenance/Warehouse | 1312 Pirate Dr. | Hidalgo |
| 071 | 053-06-64 | Maintenance: Covered Fueling Area + Above Ground Tank<br>1312 Pirate Dr., Hidalgo, TX 78557 | 64 | | Maintenance | Covered Fueling Area + Above Ground Tank | 1312 Pirate Dr. | Hidalgo |
| 072 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 073 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 074 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 075 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 076 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 077 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 078 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 079 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 080 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 081 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 082 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 083 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 084 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 085 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 086 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 087 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 088 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 089 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 090 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 091 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 092 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 093 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 094 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 095 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 096 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 097 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 098 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 099 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 100 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| 101 | ZF1-99-00 | Future Use<br>Street Address?, Hidalgo, TX 78557 | | | Future Use | Future Use | Street Address? | Hidalgo |
| | | Musical Instruments | | | | | | |
| | | Audio/Visual Equipment | | | | | | |
| | | EDP | | | | | | |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



|  |  |  |  |  |  |  |  |  |  | 110,364,479 | 1,008,328 | 450,000 | 111,822,807 |  | 19,480,135 | 133,890,559 | ISO Codes | | |
| Standardized Construction Description | Building Count | Gross Area (SqFt) | Stories (Above Grade) | Stories (Below Grade) | Year Built (YYYY) | Year Roof Replaced (YYYY) | Standardized Occupancy Description | Sprinklered (%) | RP Metric ($Bldg / SqFt) | Buildings Values | Other Structures Values | Infrastructure Values | Real Property Subtotal | RP Valuation Type | Contents NOC Values | Total Insured Values | ISO Protection Class | ISO Construction Description | ISO Construction Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Masonry Non-Combustible | 1 | 35,328 | 1 | 0 | 1986 |  | Education - NOC | 100% | 159.13 | 5,621,620 |  |  | 5,621,620 | RC | 1,124,324 | 6,745,944 | 0 | Masonry Non-Combustible | 4 |
| Masonry Non-Combustible | 1 | 30,732 | 1 | 0 | 1995 |  | Education - NOC | 100% | 174.26 | 5,355,400 |  |  | 5,355,400 | RC | 642,648 | 5,998,048 | 0 | Masonry Non-Combustible | 4 |
| Masonry Non-Combustible | 1 | 12,820 | 1 | 0 | 1986 |  | Education - NOC | 100% | 146.86 | 1,882,746 |  |  | 1,882,746 | RC | 338,894 | 2,221,640 | 0 | Masonry Non-Combustible | 4 |
| Masonry Non-Combustible | 1 |  | 1 | 0 | 2016 |  | Education - NOC | 100% | Need SqFt | 500,000 |  |  | 500,000 | RC | 0 | 500,000 | 0 | Masonry Non-Combustible | 4 |
| Non-Combustible | 1 | 1,693 | 1 | 0 | 2014 |  | Education - NOC |  |  | 0 |  |  | 0 | RC | 0 | 0 | 0 | Non-Combustible | 3 |
| Non-Combustible | 1 | 22,882 | 1 | 0 | 1982 |  | Education - NOC | 100% | 148.11 | 3,389,146 |  |  | 3,389,146 | RC | 847,287 | 4,236,433 | 0 | Non-Combustible | 3 |
| Modified Fire Resistive | 1 | 32,430 | 1 | 0 | 1999 |  | Education - NOC | 100% | 160.82 | 5,215,321 |  |  | 5,215,321 | RC | 1,043,064 | 6,258,385 | 0 | Modified Fire Resistive | 5 |
| Modified Fire Resistive | 1 | 22,801 | 1 | 0 | 1999 |  | Education - NOC | 100% | 155.78 | 3,551,826 |  |  | 3,551,826 | RC | 710,365 | 4,262,191 | 0 | Modified Fire Resistive | 5 |
| Masonry Non-Combustible | 1 | 13,655 | 1 | 0 | 2008 |  | Education - NOC | 100% | 160.33 | 2,189,303 |  |  | 2,189,303 | RC | 437,861 | 2,627,164 | 0 | Masonry Non-Combustible | 4 |
| Modified Fire Resistive | 1 | 20,280 | 1 | 0 | 2008 |  | Education - NOC | 100% | 166.81 | 3,382,864 |  |  | 3,382,864 | RC | 676,573 | 4,059,437 | 0 | Modified Fire Resistive | 5 |
| Non-Combustible | 1 | 6,642 | 1 | 0 |  |  | Education - NOC |  | 105.33 | 699,627 |  |  | 699,627 | RC | 0 | 699,627 | 0 | Non-Combustible | 3 |
| Non-Combustible | 1 |  | 1 | 0 |  |  | Education - NOC |  |  |  |  | 11,880 | 11,880 | RC | 0 | 11,880 | 0 | Non-Combustible | 3 |
| Portable | 1 | 1,536 | 1 | 0 |  |  | Education - NOC |  | 50.00 | 76,800 |  |  | 76,800 | RC | 15,360 | 92,160 | 0 | Frame | 1 |
| Portable | 1 | 1,536 | 1 | 0 |  |  | Education - NOC |  | 50.00 | 76,800 |  |  | 76,800 | RC | 15,360 | 92,160 | 0 | Frame | 1 |
| Frame | 1 | 925 | 1 | 0 |  |  | Education - NOC |  | 21.00 | 19,425 |  |  | 19,425 | RC | 5,828 | 25,253 | 0 | Frame | 1 |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| Type | | Area | | | Yr1 | Yr2 | Occupancy | % | Rate | Value | C12 | C13 | Value | | RC | Total | | Type | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joisted Masonry | 1 | 400 | 1 | 0 | | | Education - NOC | | 37.50 | 15,000 | | | 15,000 | RC | 0 | 15,000 | 0 | Joisted Masonry | 2 |
| Modified Fire Resistive | 1 | 13,332 | 1 | 0 | 2008 | | Education - NOC | 100% | 142.03 | 1,893,540 | | | 1,893,540 | RC | 284,031 | 2,177,571 | 0 | Modified Fire Resistive | 5 |
| Masonry Non-Combustible | 1 | 77,067 | 1 | 0 | 1984 | | Education - NOC | 100% | 147.59 | 11,374,208 | | | 11,374,208 | RC | 2,047,357 | 13,421,565 | 0 | Masonry Non-Combustible | 4 |
| Modified Fire Resistive | 1 | 18,290 | 1 | 0 | 1999 | | Education - NOC | 100% | 154.98 | 2,834,577 | | | 2,834,577 | RC | 566,915 | 3,401,492 | 0 | Modified Fire Resistive | 5 |
| Modified Fire Resistive | 1 | 12,634 | 1 | 0 | 2000 | | Education - NOC | 100% | 162.28 | 2,050,288 | | | 2,050,288 | RC | 369,052 | 2,419,340 | 0 | Modified Fire Resistive | 5 |
| Masonry Non-Combustible | 1 | 12,350 | 1 | 0 | 2007 | | Education - NOC | 100% | 167.70 | 2,071,060 | | | 2,071,060 | RC | 248,527 | 2,319,587 | 0 | Masonry Non-Combustible | 4 |
| Masonry Non-Combustible | 1 | 13,884 | 1 | 0 | 2007 | | Education - NOC | 100% | 168.50 | 2,339,451 | | | 2,339,451 | RC | 421,101 | 2,760,552 | 0 | Masonry Non-Combustible | 4 |
| Masonry Non-Combustible | 1 | 11,130 | 1 | 0 | 2010 | | Education - NOC | 100% | 170.55 | 1,898,208 | | | 1,898,208 | RC | 284,731 | 2,182,939 | 0 | Masonry Non-Combustible | 4 |
| Frame | 1 | 2,255 | 1 | 0 | 2007 | | Education - NOC | | 105.33 | 237,528 | | | 237,528 | RC | 0 | 237,528 | 0 | Frame | 1 |
| Masonry Non-Combustible | 1 | 4,018 | 1 | 0 | 1994 | | Education - NOC | | 127.13 | 510,801 | | | 510,801 | RC | 61,296 | 572,097 | 0 | Masonry Non-Combustible | 4 |
| Modified Fire Resistive | 1 | 84,104 | 2 | 0 | 2007 | 2007 | Education - NOC | 100% | 177.30 | 14,911,677 | | | 14,911,677 | RC | 2,385,868 | 17,297,545 | 0 | Modified Fire Resistive | 5 |
| Modified Fire Resistive | 1 | 62,051 | 1 | 0 | 1984 | | Education - NOC | 100% | 131.76 | 8,175,794 | | | 8,175,794 | RC | 1,308,127 | 9,483,921 | 0 | Modified Fire Resistive | 5 |
| Non-Combustible | 1 | 4,050 | 1 | 0 | 1984 | | Education - NOC | 100% | 69.40 | 281,055 | | | 281,055 | RC | 33,727 | 314,782 | 0 | Non-Combustible | 3 |
| Modified Fire Resistive | 1 | 54,174 | 1 | 0 | 1999 | 1999 | Education - NOC | 100% | 145.54 | 7,884,552 | | | 7,884,552 | RC | 1,261,528 | 9,146,080 | 0 | Modified Fire Resistive | 5 |
| Masonry Non-Combustible | 1 | 9,728 | 1 | 0 | 2000 | 2000 | Education - NOC | 100% | 129.49 | 1,259,688 | | | 1,259,688 | RC | 151,163 | 1,410,851 | 0 | Masonry Non-Combustible | 4 |
| Masonry Non-Combustible | 1 | 54,478 | 1 | 0 | 2003 | 2003 | Education - NOC | 100% | 151.18 | 8,236,122 | | | 8,236,122 | RC | 1,317,780 | 9,553,902 | 0 | Masonry Non-Combustible | 4 |
| Masonry Non-Combustible | 1 | 9,728 | 1 | 0 | 2003 | | Education - NOC | 100% | 150.41 | 1,463,190 | | | 1,463,190 | RC | 175,583 | 1,638,773 | 0 | Masonry Non-Combustible | 4 |
| Joisted Masonry | 1 | 7,954 | 1 | 0 | 1982 | | Athletics | | 117.46 | 934,270 | | | 934,270 | RC | 112,112 | 1,046,382 | 0 | Joisted Masonry | 2 |
| Masonry Non-Combustible | 1 | 9,799 | 1 | 0 | 2008 | | Athletics | | 164.36 | 1,610,539 | | | 1,610,539 | RC | 193,265 | 1,803,804 | 0 | Masonry Non-Combustible | 4 |
| Joisted Masonry | 1 | 8,784 | 1 | 0 | 1980 | | Athletics | | 115.02 | 1,010,363 | | | 1,010,363 | RC | 252,591 | 1,262,954 | 0 | Joisted Masonry | 2 |
| Modified Fire Resistive | 1 | 6,493 | 1 | 0 | 2010 | | Athletics | | 179.00 | 1,162,251 | | | 1,162,251 | RC | 232,450 | 1,394,701 | 0 | Modified Fire Resistive | 5 |
| Portable | 1 | | 1 | 0 | | | Athletics | | | | 1,650 | | 1,650 | RC | 0 | 1,650 | 0 | Frame | 1 |
| Track - All Weather | 1 | | 1 | 0 | | | Athletics | | | | | 150,000 | 150,000 | RC | 0 | 150,000 | 0 | Runways | 28 |
| Light - Stadium | 1 | | 1 | 0 | | | Athletics | | | | 70,000 | | 70,000 | RC | 0 | 70,000 | 0 | Non-Combustible | 3 |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| Description | # | SqFt | Sty | Bsmt | YrBlt | YrUpd | Occupancy | Rate | Val1 | Val2 | Val3 | Val4 | Building | Type | Contents | Total | Extra | Construction | Zone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Light - Stadium | 1 | | 1 | 0 | | | Athletics | | | | 134,400 | | 134,400 | RC | 0 | 134,400 | 0 | Non-Combustible | 3 |
| Grandstand - Steel | 1 | | 1 | 0 | | | Athletics | | | | 371,200 | | 371,200 | RC | 0 | 371,200 | 0 | Masonry Non-Combustible | 4 |
| Joisted Masonry | 1 | 600 | 1 | 0 | | | Athletics | 40.60 | 24,360 | | | | 24,360 | RC | 1,218 | 25,578 | | Joisted Masonry | 2 |
| Grandstand - Steel | 1 | | 1 | 0 | | | Athletics | | | | 233,800 | | 233,800 | RC | 0 | 233,800 | | Masonry Non-Combustible | 4 |
| Joisted Masonry | 1 | 500 | 1 | 0 | | | Athletics | 43.20 | 21,600 | | | | 21,600 | RC | 1,080 | 22,680 | | Joisted Masonry | 2 |
| Turf - Artificial | 1 | | 1 | 0 | | | Athletics | | 0 | 0 | | | 0 | RC | 0 | 0 | 0 | Runways | 28 |
| Frame | 1 | | 1 | 0 | | | Athletics | | 0 | | | | 0 | RC | 0 | 0 | 0 | Frame | 1 |
| Frame | 1 | | 1 | 0 | | | Athletics | | 0 | | | | 0 | RC | 0 | 0 | 0 | Frame | 1 |
| Frame | 1 | | 1 | 0 | | | Athletics | | 0 | | | | 0 | RC | 0 | 0 | 0 | Frame | 1 |
| Scoreboard - Wood | 1 | | 1 | 0 | | | Athletics | | | | 5,450 | | 5,450 | RC | 0 | 5,450 | | Mechanical Equipment | 45 |
| Light - Stadium | 1 | | 1 | 0 | | | Athletics | | | | 64,000 | | 64,000 | RC | 0 | 64,000 | | Non-Combustible | 3 |
| Bleachers - Steel | 1 | | 1 | 0 | | | Athletics | | | | 35,948 | | 35,948 | RC | 0 | 35,948 | | Masonry Non-Combustible | 4 |
| Non-Combustible | 1 | | 1 | 0 | | | Athletics | | 0 | 0 | | | 0 | RC | 0 | 0 | | Non-Combustible | 3 |
| Fence - Metal | 1 | | 1 | 0 | | | Athletics | | | | 50,000 | | 50,000 | RC | 0 | 50,000 | | Non-Combustible | 3 |
| Fence - Metal | 1 | | 1 | 0 | | | Athletics | | | | 30,000 | | 30,000 | RC | 0 | 30,000 | | Non-Combustible | 3 |
| Bleachers - Steel | 1 | | 1 | 0 | | | Athletics | | 0 | | | | 0 | RC | 0 | 0 | | Masonry Non-Combustible | 4 |
| Frame | 1 | | 1 | 0 | | | Athletics | | 0 | | | | 0 | RC | 0 | 0 | | Frame | 1 |
| Non-Combustible | 1 | | 1 | 0 | | | Athletics | | 0 | 0 | | | 0 | RC | 0 | 0 | | Non-Combustible | 3 |
| Light - Stadium | 1 | | 1 | 0 | | | Athletics | | 0 | 0 | | | 0 | RC | 0 | 0 | | Non-Combustible | 3 |
| Joisted Masonry | 1 | | 1 | 0 | | | Athletics | | 0 | | | | 0 | RC | 0 | 0 | | Joisted Masonry | 2 |
| Frame | 1 | | 1 | 0 | | | Athletics | | 0 | | | | 0 | RC | 0 | 0 | | Frame | 1 |
| Court - Asphalt | 1 | | 1 | 0 | | | Athletics | | | | | 300,000 | 300,000 | RC | 0 | 300,000 | | Runways | 28 |
| Light - Street | 1 | | 1 | 0 | | | Athletics | | 0 | 0 | | | 0 | RC | 0 | 0 | | Non-Combustible | 3 |
| Joisted Masonry | 1 | 12,738 | 2 | 0 | 1898 | 2000 | Administration | 150.99 | 1,923,256 | | | | 1,923,256 | RC | 576,977 | 2,500,233 | | Joisted Masonry | 2 |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Masonry Non-Combustible | 1 | 2,916 | 1 | 0 | 1970 | 2000 | Administration | | 139.60 | 407,063 | | | 407,063 | RC | 101,766 | 508,829 | 0 | Masonry Non-Combustible | 4 |
| Masonry Non-Combustible | 1 | 10,308 | 1 | 0 | 1960 | 1985 | Administration | | 165.25 | 1,703,433 | | | 1,703,433 | RC | 511,030 | 2,214,463 | 0 | Masonry Non-Combustible | 4 |
| Joisted Masonry | 1 | 1,536 | 1 | 0 | 1898 | | Administration | | 180.05 | 276,559 | | | 276,559 | RC | 69,140 | 345,699 | 0 | Joisted Masonry | 2 |
| Frame | 1 | 648 | 1 | 0 | | | Administration | | 15.42 | 9,990 | | | 9,990 | RC | 1,998 | 11,988 | 0 | Frame | 1 |
| Non-Combustible | 1 | 8,019 | 1 | 0 | 2000 | | Government - NOC | | 71.14 | 570,505 | | | 570,505 | RC | 228,202 | 798,707 | 0 | Non-Combustible | 3 |
| Non-Combustible | 1 | 10,120 | 1 | 0 | 1997 | | Transportation | | 84.31 | 853,204 | | | 853,204 | RC | 213,301 | 1,066,505 | 0 | Non-Combustible | 3 |
| Non-Combustible | 1 | 7,257 | 1 | 0 | 1997 | | Government - NOC | | 58.06 | 421,309 | | | 421,309 | RC | 210,655 | 631,964 | 0 | Non-Combustible | 3 |
| Non-Combustible | 1 | 1,908 | 1 | 0 | | | Vehicle Fueling | | 20.00 | 38,160 | | | 38,160 | RC | 0 | 38,160 | 0 | Non-Combustible | 3 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| Unknown | 1 | | 1 | 0 | | | Education - NOC | | | | | | 0 | RC | | 0 | 0 | Unknown | 0 |
| | | | | | | | | | | | | | | | | 487,617 | | | |
| | | | | | | | | | | | | | | | | 100,000 | | | |
| | | | | | | | | | | | | | | | | 2,000,000 | | | |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



Columns 2–25 fall under the group heading **RMS Hurricane Secondary Modifiers**; columns 26–41 fall under **AIR Hurricane + Earth Movement Secondary Mo…**

| RMS HU Construction Description | RMS HU Construction Code | RMS Building Elevation | RMS Building Elevation Match | RMS Construction Quality | RMS Roof Covering | RMS Roof Age / Condition | RMS Roof Geometry | Roof Frame Attachment | RMS Roof Anchors | RMS Roof Equipment Bracing | RMS Appurtenant Structures - Commercial | RMS Appurtenant Structures - Residential | RMS Opening Protection | RMS Cladding | Roof Deck Attachment | RMS Roof Sheathing Attachment | RMS Frame-Foundation Connection | RMS Basement | RMS Ground Level Equipment Protection | RMS Percent Complete | RMS Flashing & Coping Quality | RMS Contents Grade | RMS BI Preparedness | RMS BI Redundancy | AIR Construction Description | AIR Construction Code | AIR Days Covered | AIR Building Condition | AIR HU Floor of Interest | AIR HU Seal of Approval | AIR HU Roof Geometry | AIR HU Roof Pitch | AIR HU Roof Covering | AIR HU Roof Covering Attachment | AIR HU Roof Deck Attachment | AIR HU Roof Anchorage | AIR HU Year Roof Replaced (YYYY) | AIR Wall Type (Exterior) | AIR Wall Siding | AIR HU Glass Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | 1: Steel with Fire Insulation Buildings | 176 | 365 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | 1: Steel with Fire Insulation Buildings | 176 | 365 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | 1: Steel with Fire Insulation Buildings | 176 | 365 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| MANUFACTURED/MOBILE HOME | 5 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Mobile Homes | 191 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MANUFACTURED/MOBILE HOME | 5 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Mobile Homes | 191 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wood | 1 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 0 | 0 | 8 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Wood Frame (Modern) | 101 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| Construction | Code | | | | | | | | | | | | | | | | | | | | | | | | | Building | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Masonry | 2 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 1 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Joisted Masonry | 119 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | 1: Steel with Fire Insulation Buildings | 176 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | 1: Steel with Fire Insulation Buildings | 176 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | 1: Steel with Fire Insulation Buildings | 176 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| Wood | 1 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 8 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Wood Frame (Modern) | 101 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 3 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | 1: Steel with Fire Insulation Buildings | 176 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 2007 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | 1: Steel with Fire Insulation Buildings | 176 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 3 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | 1: Steel with Fire Insulation Buildings | 176 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 1999 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 3 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 2000 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 3 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 2003 | 0 | 0 | 0 |
| Masonry | 2 | | | 9 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 1 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Joisted Masonry | 119 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| Masonry | 2 | | | 9 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 1 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Joisted Masonry | 119 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | 1: Steel with Fire Insulation Buildings | 176 | 365 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| MANUFACTURED/MOBILE HOME | 5 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Mobile Homes | 191 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reinforced Concrete | 3 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Runways | 206 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel | 4 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steel | 4 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel | 4 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Masonry | 2 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 1 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Joisted Masonry | 119 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel | 4 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Masonry | 2 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 1 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Joisted Masonry | 119 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reinforced Concrete | 3 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Runways | 206 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wood | 1 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 8 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Wood Frame (Modern) | 101 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wood | 1 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 8 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Wood Frame (Modern) | 101 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wood | 1 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 8 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Wood Frame (Modern) | 101 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wood | 1 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Mechanical Equipment | 244 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel | 4 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel | 4 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Light Metal Frame | 4B | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 2 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Light Metal | 152 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Light Metal Frame | 4B | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 2 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Light Metal | 152 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel | 4 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wood | 1 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 8 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Wood Frame (Modern) | 101 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel | 4 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Masonry | 2 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 1 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Joisted Masonry | 119 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wood | 1 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 8 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Wood Frame (Modern) | 101 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reinforced Concrete | 3 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Runways | 206 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel | 4 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Masonry | 2 | | | 0 | 0 | 3 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 1 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Joisted Masonry | 119 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2000 | 0 | 0 | 0 |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 0 | 0 | 3 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 2000 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Structural | 5 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 6 | 1985 | 0 | 0 | 0 |
| Masonry | 2 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 1 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Joisted Masonry | 119 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wood | 1 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 8 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Wood Frame (Modern) | 101 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 9 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steel Frame with Wood/Metal Roof Deck | 4C | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Steel | 151 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown | 0 | | | 0 | 0 | 0 | 0 | Unknown | 0 | 0 | 0 | 1 | 0 | 0 | Unknown | 0 | 1 | 1 | 3 | 100% | 0 | 3 | 0 | 0 | Unknown | 100 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



difiers

| AIR HU Glass Percent | AIR HU Window Protection | AIR HU Exterior Doors | AIR Building-Foundation Connection | AIR Internal Partition Walls | AIR HU Wall Attached Structures | AIR HU Appurtenant Structures | AIR HU Roof Attached Structures | AIR HU Tree Exposure | AIR HU Small Debris Source | AIR HU Large Missile Source | AIR HU Terrain Roughness | AIR HU Avg Adjacent Bldg Height | AIR HU Contents Grade |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 | |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |



**Hidalgo ISD**
**Property Insurance Data 2018-19**



| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | | 0 | 3 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |



**Hidalgo ISD**
**Statement of Values 2018-19**



| | | | | | | | | | | | | | | | 110,364,479 | 1,008,328 | 450,000 | 19,480,135 | 131,302,942 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Record ID | Record Description | Standardized Construction Description | ISO Construction Code | RMS HU Construction Code | AIR Construction Code | Building Count | Gross Area (SqFt) | Stories (Above Grade) | Year Built (YYYY) | Year Roof Replaced (YYYY) | Standardized Occupancy Description | ATC Occupancy Code | Sprinklered (%) | RP Metric ($Bldg / SqFt) | Buildings Values | Other Structures Values | Infrastructure Values | Contents NOC Values | Total Insured Values |
| 011-05-09 | Hidalgo Early College HS: High School Main - 2A<br>910 E Pirate Dr, Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 35,328 | 1 | 1986 | | Education - NOC | 25 | 100% | 159.13 | 5,621,620 | | | 1,124,324 | 6,745,944 |
| 011-05-10 | Hidalgo Early College HS: High School Gym - 2B<br>910 E Pirate Dr, Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 30,732 | 1 | 1995 | | Education - NOC | 25 | 100% | 174.26 | 5,355,400 | | | 642,648 | 5,998,048 |
| 011-05-11 | Hidalgo Early College HS: High School Band Hall - 2C<br>910 E Pirate Dr, Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 12,820 | 1 | 1986 | | Education - NOC | 25 | 100% | 146.86 | 1,882,746 | | | 338,894 | 2,221,640 |
| 011-05-12 | Hidalgo Early College HS: New Addition Band Hall<br>910 E Pirate Dr, Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | | 1 | 2016 | | Education - NOC | 25 | 100% | | 500,000 | | | 0 | 500,000 |
| 011-05-13 | Hidalgo Early College HS: High School Band Hall Percussion Bldg. - No Coverage<br>910 E Pirate Dr, Hidalgo, TX 78557 | Non-Combustible | 3 | 4C | | 1 | 1,693 | 1 | 2014 | | Education - NOC | 25 | | | 0 | | | 0 | 0 |
| 011-05-15 | Hidalgo Early College HS: High School Arts - 2D<br>910 E Pirate Dr, Hidalgo, TX 78557 | Non-Combustible | 3 | 4C | | 1 | 22,882 | 1 | 1982 | | Education - NOC | 25 | 100% | 148.11 | 3,389,146 | | | 847,287 | 4,236,433 |
| 011-05-16 | Hidalgo Early College HS: High School Science Wing 1/Early College Learning Center - 2E<br>910 E Pirate Dr, Hidalgo, TX 78557 | Modified Fire Resistive | 5 | 4C | | 1 | 32,430 | 1 | 1999 | | Education - NOC | 25 | 100% | 160.82 | 5,215,321 | | | 1,043,064 | 6,258,385 |
| 011-05-17 | Hidalgo Early College HS: High School Science Wing 2 - 2F<br>910 E Pirate Dr, Hidalgo, TX 78557 | Modified Fire Resistive | 5 | 4C | | 1 | 22,801 | 1 | 1999 | | Education - NOC | 25 | 100% | 155.78 | 3,551,826 | | | 710,365 | 4,262,191 |
| 011-05-18 | Hidalgo Early College HS: High School Cafeteria - 2G<br>910 E Pirate Dr, Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 13,655 | 1 | 2008 | | Education - NOC | 25 | 100% | 160.33 | 2,189,303 | | | 437,861 | 2,627,164 |
| 011-05-19 | Hidalgo Early College HS: High School J Wing ROTC - 2H<br>910 E Pirate Dr, Hidalgo, TX 78557 | Modified Fire Resistive | 5 | 4C | | 1 | 20,280 | 1 | 2008 | | Education - NOC | 25 | 100% | 166.81 | 3,382,864 | | | 676,573 | 4,059,437 |
| 011-05-24 | Hidalgo Early College HS: Covered Walkways<br>910 E Pirate Dr, Hidalgo, TX 78557 | Non-Combustible | 3 | 4C | | 1 | 6,642 | 1 | | | Education - NOC | 25 | | 105.33 | 699,627 | | | 0 | 699,627 |
| 011-05-25 | Hidalgo Early College HS: Main Building Cover<br>910 E Pirate Dr, Hidalgo, TX 78557 | Non-Combustible | 3 | 4C | | 1 | | 1 | | | Education - NOC | 25 | | | | | 11,880 | 0 | 11,880 |
| 011-05-26 | Hidalgo Early College HS: Portable 1: 24x64<br>910 E Pirate Dr, Hidalgo, TX 78557 | Portable | 1 | 5 | | 1 | 1,536 | 1 | | | Education - NOC | 25 | | 50.00 | 76,800 | | | 15,360 | 92,160 |
| 011-05-27 | Hidalgo Early College HS: Portable 2: 24x64<br>910 E Pirate Dr, Hidalgo, TX 78557 | Portable | 1 | 5 | | 1 | 1,536 | 1 | | | Education - NOC | 25 | | 50.00 | 76,800 | | | 15,360 | 92,160 |
| 011-05-29 | Hidalgo Early College HS: Storage 37x25<br>910 E Pirate Dr, Hidalgo, TX 78557 | Frame | 1 | 1 | | 1 | 925 | 1 | | | Education - NOC | 25 | | 21.00 | 19,425 | | | 5,828 | 25,253 |
| 011-05-46 | Hidalgo Early College HS: New Baseball Concession Stand<br>910 E Pirate Dr, Hidalgo, TX 78557 | Joisted Masonry | 2 | 2 | | 1 | 400 | 1 | | | Education - NOC | 25 | | 37.50 | 15,000 | | | 0 | 15,000 |
| 013-02-06 | New Academy - 1F<br>310 E. Esperanza, Hidalgo, TX 78557 | Modified Fire Resistive | 5 | 4C | | 1 | 13,332 | 1 | 2008 | | Education - NOC | 25 | 100% | 142.03 | 1,893,540 | | | 284,031 | 2,177,571 |



**Hidalgo ISD**
**Statement of Values 2018-19**



| Record ID | Record Description | Standardized Construction Description | ISO Construction Code | RMS HU Construction Code | AIR Construction Code | Building Count | Gross Area (SqFt) | Stories (Above Grade) | Year Built (YYYY) | Year Roof Replaced (YYYY) | Standardized Occupancy Description | ATC Occupancy Code | Sprinklered (%) | RP Metric ($Bldg / SqFt) | Buildings Values | Other Structures Values | Infrastructure Values | Contents NOC Values | Total Insured Values |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 021-06-54 | Ida Diaz MS: Ida Diaz Junior High School Main 1312 Pirate Dr., Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 77,067 | 1 | 1984 | | Education - NOC | 25 | 100% | 147.59 | 11,374,208 | | | 2,047,357 | 13,421,565 |
| 021-06-55 | Ida Diaz MS: Ida Diaz Junior High School Cafeteria 1312 Pirate Dr., Hidalgo, TX 78557 | Modified Fire Resistive | 5 | 4C | | 1 | 18,290 | 1 | 1999 | | Education - NOC | 25 | 100% | 154.98 | 2,834,577 | | | 566,915 | 3,401,492 |
| 021-06-56 | Ida Diaz MS: Ida Diaz Junior High School Science Wing 1312 Pirate Dr., Hidalgo, TX 78557 | Modified Fire Resistive | 5 | 4C | | 1 | 12,634 | 1 | 2000 | | Education - NOC | 25 | 100% | 162.28 | 2,050,288 | | | 369,052 | 2,419,340 |
| 021-06-60 | Ida Diaz MS: Ida Diaz Junior High School Practice Gym 1312 Pirate Dr., Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 12,350 | 1 | 2007 | | Education - NOC | 25 | 100% | 167.70 | 2,071,060 | | | 248,527 | 2,319,587 |
| 021-06-61 | Ida Diaz MS: Ida Diaz Junior High School 6th Grade Wing 1312 Pirate Dr., Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 13,884 | 1 | 2007 | | Education - NOC | 25 | 100% | 168.50 | 2,339,451 | | | 421,101 | 2,760,552 |
| 021-06-62 | Ida Diaz MS: Ida Diaz Junior High School Learning Resource Center 1312 Pirate Dr., Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 11,130 | 1 | 2010 | | Education - NOC | 25 | 100% | 170.55 | 1,898,208 | | | 284,731 | 2,182,939 |
| 021-06-63 | Ida Diaz MS: Ida Diaz Junior High School Canopies 1312 Pirate Dr., Hidalgo, TX 78557 | Frame | 1 | 1 | | 1 | 2,255 | 1 | 2007 | | Education - NOC | 25 | | 105.33 | 237,528 | | | 0 | 237,528 |
| 031-01-04 | Hidalgo ES: Hidalgo Elementary Gym - 1D 324 East Flora, Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 4,018 | 1 | 1994 | | Education - NOC | 25 | 100% | 127.13 | 510,801 | | | 61,296 | 572,097 |
| 031-03-07 | Hidalgo ES: Hidalgo Elementary Main - 1G 601 S. 2nd St., Hidalgo, TX 78557 | Modified Fire Resistive | 5 | 4C | | 1 | 84,104 | 2 | 2007 | 2007 | Education - NOC | 25 | 100% | 177.30 | 14,911,677 | | | 2,385,868 | 17,297,545 |
| 031-07-67 | Kelly ES: Kelly Elementary Main 201 E Las Milpas Rd, Pharr, TX 78577 | Modified Fire Resistive | 5 | 4C | | 1 | 62,051 | 1 | 1984 | | Education - NOC | 25 | 100% | 131.76 | 8,175,794 | | | 1,308,127 | 9,483,921 |
| 031-07-68 | Kelly ES: Kelly Elementary Gym 201 E Las Milpas Rd, Pharr, TX 78577 | Non-Combustible | 3 | 4C | | 1 | 4,050 | 1 | 1984 | | Education - NOC | 25 | 100% | 69.40 | 281,055 | | | 33,727 | 314,782 |
| 031-08-69 | Salinas ES: Salinas Elementary Main 411 Ebano St., Hidalgo, TX 78557 | Modified Fire Resistive | 5 | 4C | | 1 | 54,174 | 1 | 1999 | 1999 | Education - NOC | 25 | 100% | 145.54 | 7,884,552 | | | 1,261,528 | 9,146,080 |
| 031-08-70 | Salinas ES: Salinas Elementary Gym 411 Ebano St., Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 9,728 | 1 | 2000 | 2000 | Education - NOC | 25 | 100% | 129.49 | 1,259,688 | | | 151,163 | 1,410,851 |
| 031-09-71 | Hidalgo Park ES: Hidalgo Park Elemntary Main 8700 S I Rd., Pharr, TX 78577 | Masonry Non-Combustible | 4 | 4C | | 1 | 54,478 | 1 | 2003 | 2003 | Education - NOC | 25 | 100% | 151.18 | 8,236,122 | | | 1,317,780 | 9,553,902 |
| 031-09-72 | Hidalgo Park ES: Hidalgo Park Elementary Gym 8700 S I Rd., Pharr, TX 78577 | Masonry Non-Combustible | 4 | 4C | | 1 | 9,728 | 1 | 2003 | | Education - NOC | 25 | 100% | 150.41 | 1,463,190 | | | 175,583 | 1,638,773 |
| 041-05-20 | Hidalgo Early College HS: Stadium Field House - 2I 910 E Pirate Dr, Hidalgo, TX 78557 | Joisted Masonry | 2 | 2 | | 1 | 7,954 | 1 | 1982 | | Athletics | 10 | | 117.46 | 934,270 | | | 112,112 | 1,046,382 |
| 041-05-21 | Hidalgo Early College HS: New Field House - 2J 910 E Pirate Dr, Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 9,799 | 1 | 2008 | | Athletics | 10 | | 164.36 | 1,610,539 | | | 193,265 | 1,803,804 |
| 041-05-22 | Hidalgo Early College HS: Weight Room - 2K 910 E Pirate Dr, Hidalgo, TX 78557 | Joisted Masonry | 2 | 2 | | 1 | 8,784 | 1 | 1980 | | Athletics | 10 | | 115.02 | 1,010,363 | | | 252,591 | 1,262,954 |



**Hidalgo ISD**
**Statement of Values 2018-19**



| Record ID | Record Description | Standardized Construction Description | ISO Construction Code | RMS HU Construction Code | AIR Construction Code | Building Count | Gross Area (SqFt) | Stories (Above Grade) | Year Built (YYYY) | Year Roof Replaced (YYYY) | Standardized Occupancy Description | ATC Occupancy Code | Sprinklered (%) | RP Metric ($Bldg / SqFt) | Buildings Values | Other Structures Values | Infrastructure Values | Contents NOC Values | Total Insured Values |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 041-05-23 | Hidalgo Early College HS: High School New Sports Complex - 2L 910 E Pirate Dr, Hidalgo, TX 78557 | Modified Fire Resistive | 5 | 4C | | 1 | 6,493 | 1 | 2010 | | Athletics | 10 | | 179.00 | 1,162,251 | | | 232,450 | 1,394,701 |
| 041-05-28 | Hidalgo Early College HS: Bleachers (Portable) 910 E Pirate Dr, Hidalgo, TX 78557 | Portable | 1 | 5 | | 1 | | 1 | | | Athletics | 10 | | | | 1,650 | | 0 | 1,650 |
| 041-05-30 | Hidalgo Early College HS: 8 Lane Synthetic Track 910 E Pirate Dr, Hidalgo, TX 78557 | Track - All Weather | 28 | 3 | | 1 | | 1 | | | Athletics | 10 | | | | | 150,000 | 0 | 150,000 |
| 041-05-32 | Hidalgo Early College HS: Football Scoreboard 910 E Pirate Dr, Hidalgo, TX 78557 | Light - Stadium | 3 | 4 | | 1 | | 1 | | | Athletics | 10 | | | | 70,000 | | 0 | 70,000 |
| 041-05-32 | Hidalgo Early College HS: Football Lights (4 poles, 112 lights) 910 E Pirate Dr, Hidalgo, TX 78557 | Light - Stadium | 3 | 4 | | 1 | | 1 | | | Athletics | 10 | | | | 134,400 | | 0 | 134,400 |
| 041-05-33 | Hidalgo Early College HS: Football Home Bleachers 910 E Pirate Dr, Hidalgo, TX 78557 | Grandstand - Steel | 4 | 4 | | 1 | | 1 | | | Athletics | 10 | | | | 371,200 | | 0 | 371,200 |
| 041-05-34 | Hidalgo Early College HS: Football Home Restrooms 910 E Pirate Dr, Hidalgo, TX 78557 | Joisted Masonry | 2 | 2 | | 1 | 600 | 1 | | | Athletics | 10 | | 40.60 | 24,360 | | | 1,218 | 25,578 |
| 041-05-35 | Hidalgo Early College HS: Football Visitor Bleachers 910 E Pirate Dr, Hidalgo, TX 78557 | Grandstand - Steel | 4 | 4 | | 1 | | 1 | | | Athletics | 10 | | | | 233,800 | | 0 | 233,800 |
| 041-05-36 | Hidalgo Early College HS: Football Visitor Restrooms 910 E Pirate Dr, Hidalgo, TX 78557 | Joisted Masonry | 2 | 2 | | 1 | 500 | 1 | | | Athletics | 10 | | 43.20 | 21,600 | | | 1,080 | 22,680 |
| 041-05-37 | Hidalgo Early College HS: Football Artificial Turf 910 E Pirate Dr, Hidalgo, TX 78557 | Turf - Artificial | 28 | 3 | | 1 | | 1 | | | Athletics | 10 | | | 0 | | 0 | 0 | 0 |
| 041-05-38 | Hidalgo Early College HS: Football Ticket Booth 910 E Pirate Dr, Hidalgo, TX 78557 | Frame | 1 | 1 | | 1 | | 1 | | | Athletics | 10 | | | | 0 | | 0 | 0 |
| 041-05-39 | Hidalgo Early College HS: Football Home Press Box 910 E Pirate Dr, Hidalgo, TX 78557 | Frame | 1 | 1 | | 1 | | 1 | | | Athletics | 10 | | | | 0 | | 0 | 0 |
| 041-05-40 | Hidalgo Early College HS: Football Visitor Press Box 910 E Pirate Dr, Hidalgo, TX 78557 | Frame | 1 | 1 | | 1 | | 1 | | | Athletics | 10 | | | | 0 | | 0 | 0 |
| 041-05-41 | Hidalgo Early College HS: Baseball Scoreboard 910 E Pirate Dr, Hidalgo, TX 78557 | Scoreboard - Wood | 45 | 1 | | 1 | | 1 | | | Athletics | 10 | | | | 5,450 | | 0 | 5,450 |
| 041-05-42 | Hidalgo Early College HS: Baseball Lights 910 E Pirate Dr, Hidalgo, TX 78557 | Light - Stadium | 3 | 4 | | 1 | | 1 | | | Athletics | 10 | | | | 64,000 | | 0 | 64,000 |
| 041-05-43 | Hidalgo Early College HS: Baseball Bleachers 910 E Pirate Dr, Hidalgo, TX 78557 | Bleachers - Steel | 4 | 4 | | 1 | | 1 | | | Athletics | 10 | | | | 35,948 | | 0 | 35,948 |
| 041-05-44 | Hidalgo Early College HS: Baseball Dugouts (2) 910 E Pirate Dr, Hidalgo, TX 78557 | Non-Combustible | 3 | 4C | | 1 | | 1 | | | Athletics | 10 | | | 0 | 0 | | 0 | 0 |
| 041-05-45 | Hidalgo Early College HS: Baseball Batting Cage 910 E Pirate Dr, Hidalgo, TX 78557 | Fence - Metal | 3 | 4B | | 1 | | 1 | | | Athletics | 10 | | | | 50,000 | | 0 | 50,000 |



**Hidalgo ISD**
**Statement of Values 2018-19**



| Record ID | Record Description | Standardized Construction Description | ISO Construction Code | RMS HU Construction Code | AIR Construction Code | Building Count | Gross Area (SqFt) | Stories (Above Grade) | Year Built (YYYY) | Year Roof Replaced (YYYY) | Standardized Occupancy Description | ATC Occupancy Code | Sprinklered (%) | RP Metric ($/Bldg / SqFt) | Buildings Values | Other Structures Values | Infrastructure Values | Contents NOC Values | Total Insured Values |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 041-05-47 | Hidalgo Early College HS: Softball Batting Cage 910 E Pirate Dr, Hidalgo, TX 78557 | Fence - Metal | 3 | 4B | | 1 | | 1 | | | Athletics | 10 | | | | 30,000 | | 0 | 30,000 |
| 041-05-48 | Hidalgo Early College HS: Softball Bleachers (s) 910 E Pirate Dr, Hidalgo, TX 78557 | Bleachers - Steel | 4 | 4 | | 1 | | 1 | | | Athletics | 10 | | | 0 | 0 | | 0 | 0 |
| 041-05-49 | Hidalgo Early College HS: Softball Press Box 910 E Pirate Dr, Hidalgo, TX 78557 | Frame | 1 | 1 | | 1 | | 1 | | | Athletics | 10 | | | 0 | | | 0 | 0 |
| 041-05-50 | Hidalgo Early College HS: Softball Dugouts (2) 910 E Pirate Dr, Hidalgo, TX 78557 | Non-Combustible | 3 | 4C | | 1 | | 1 | | | Athletics | 10 | | | 0 | 0 | | 0 | 0 |
| 041-05-51 | Hidalgo Early College HS: Softball Lights 910 E Pirate Dr, Hidalgo, TX 78557 | Light - Stadium | 3 | 4 | | 1 | | 1 | | | Athletics | 10 | | | 0 | 0 | | 0 | 0 |
| 041-05-52 | Hidalgo Early College HS: Softball Restrooms 910 E Pirate Dr, Hidalgo, TX 78557 | Joisted Masonry | 2 | 2 | | 1 | | 1 | | | Athletics | 10 | | | 0 | | | 0 | 0 |
| 041-05-53 | Hidalgo Early College HS: Softball Concessions 910 E Pirate Dr, Hidalgo, TX 78557 | Frame | 1 | 1 | | 1 | | 1 | | | Athletics | 10 | | | 0 | | | 0 | 0 |
| 041-06-65 | Ida Diaz MS: New Tennis Courts (6) 1312 Pirate Dr, Hidalgo, TX 78557 | Court - Asphalt | 28 | 3 | | 1 | | 1 | | | Athletics | 10 | | | | | 300,000 | | 300,000 |
| 041-06-66 | Ida Diaz MS: Tennis Lights 1312 Pirate Dr, Hidalgo, TX 78557 | Light - Street | 3 | 4 | | 1 | | 1 | | | Athletics | 10 | | | 0 | 0 | | 0 | 0 |
| 051-01-01 | Administration: Historic Office Building - 1A 324 East Flora, Hidalgo, TX 78557 | Joisted Masonry | 2 | 2 | | 1 | 12,738 | 2 | 1898 | 2000 | Administration | 8 | | 150.99 | 1,923,256 | | | 576,977 | 2,500,233 |
| 051-01-02 | Administration: Special Education/Human Resources - 1B 324 East Flora, Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 2,916 | 1 | 1970 | 2000 | Administration | 8 | | 139.60 | 407,063 | | | 101,766 | 508,829 |
| 051-01-03 | Administration: Auditorium/Finance Dept/Tax Office - 1C 324 East Flora, Hidalgo, TX 78557 | Masonry Non-Combustible | 4 | 4C | | 1 | 10,308 | 1 | 1960 | 1985 | Administration | 8 | | 165.25 | 1,703,433 | | | 511,030 | 2,214,463 |
| 051-01-05 | Administration: Board Room - 1E 324 East Flora, Hidalgo, TX 78557 | Joisted Masonry | 2 | 2 | | 1 | 1,536 | 1 | 1898 | | Administration | 8 | | 180.05 | 276,559 | | | 69,140 | 345,699 |
| 051-01-08 | Administration: Storage 324 East Flora, Hidalgo, TX 78557 | Frame | 1 | 1 | | 1 | 648 | 1 | | | Administration | 8 | | 15.42 | 9,990 | | | 1,998 | 11,988 |
| 053-06-57 | Maintenance: Food Service Warehouse 1312 Pirate Dr., Hidalgo, TX 78557 | Non-Combustible | 3 | 4C | | 1 | 8,019 | 1 | 2000 | | Government - NOC | 23 | | 71.14 | 570,505 | | | 228,202 | 798,707 |
| 053-06-58 | Maintenance: Service Center/Bus Barn 1312 Pirate Dr., Hidalgo, TX 78557 | Non-Combustible | 3 | 4C | | 1 | 10,120 | 1 | 1997 | | Transportation | 7 | | 84.31 | 853,204 | | | 213,301 | 1,066,505 |
| 053-06-59 | Maintenance: Maintenance/Warehouse 1312 Pirate Dr., Hidalgo, TX 78557 | Non-Combustible | 3 | 4C | | 1 | 7,257 | 1 | 1997 | | Government - NOC | 23 | | 58.06 | 421,309 | | | 210,655 | 631,964 |
| 053-06-64 | Maintenance: Covered Fueling Area + Above Ground Tank 1312 Pirate Dr., Hidalgo, TX 78557 | Non-Combustible | 3 | 4C | | 1 | 1,908 | 1 | | | Vehicle Fueling | 44 | | 20.00 | 38,160 | | | 0 | 38,160 |



**Hidalgo ISD**
**Statement of Values 2018-19**



| Record ID | Record Description | Standardized Construction Description | ISO Construction Code | RMS HU Construction Code | AIR Construction Code | Building Count | Gross Area (SqFt) | Stories (Above Grade) | Year Built (YYYY) | Year Roof Replaced (YYYY) | Standardized Occupancy Description | ATC Occupancy Code | Sprinklered (%) | RP Metric ($Bldg / SqFt) | Buildings Values | Other Structures Values | Infrastructure Values | Contents NOC Values | Total Insured Values |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | |

| | |
|---|---|
| All values and location information are correct to the best of my knowledge and belief. | |
| Insured's Signature: | |
| Name: | |
| Title: | |
| Date: | Thursday, 24 August, 2023 |



**Hidalgo ISD**
**AIR Touchstone Extract 2017-18**



Custom File No: HISD.1819          Set for: **Hurricane**          110,364,479 | 1,458,328 | 19,480,135 | 0

| PolicyID | LocationID | Location Name | Street | City | Sub Area | Area | Postal | Country | Constr Code Type | Constr Bldg | Constr Other | Occ Code Type | Occ Code | Year Built | Stories | Gross Area | RiskCount | Custom Flood Std | Custom Flood Elev | Finished Floor Ht | Base Flood Elev | RV Building | RV Other | RV Contents | RV Time | RV Days | Loc Perils |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HISD.1819 | 01-05-09 | Hidalgo Early College HS: High School Main - 2A | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 1986 | 1 | 35328 | 1 | -999 | -999 | -999 | -999 | 5621620 | 0 | 1124324 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-10 | Hidalgo Early College HS: High School Gym - 2B | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 1995 | 1 | 30732 | 1 | -999 | -999 | -999 | -999 | 5355400 | 0 | 642648 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-11 | Hidalgo Early College HS: High School Band Hall - 2C | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 1986 | 1 | 12820 | 1 | -999 | -999 | -999 | -999 | 1882746 | 0 | 338894 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-12 | Hidalgo Early College HS: New Addition Band Hall | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 2016 | 1 | 0 | 1 | -999 | -999 | -999 | -999 | 500000 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-13 | Hidalgo Early College HS: High School Band Hall Percussion Bldg | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 2014 | 1 | 1693 | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-15 | Hidalgo Early College HS: High School Arts - 2D | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 1982 | 1 | 22882 | 1 | -999 | -999 | -999 | -999 | 3389146 | 0 | 847287 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-16 | Hidalgo Early College HS: High School Science Wing 1/Early College Learning Center - 2E | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 176 | 176 | ATC | 25 | 1999 | 1 | 32430 | 1 | -999 | -999 | -999 | -999 | 5215321 | 0 | 1043064 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-17 | Hidalgo Early College HS: High School Science Wing 2 - 2F | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 176 | 176 | ATC | 25 | 1999 | 1 | 22801 | 1 | -999 | -999 | -999 | -999 | 3551826 | 0 | 710365 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-18 | Hidalgo Early College HS: High School Cafeteria - 2G | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 2008 | 1 | 13655 | 1 | -999 | -999 | -999 | -999 | 2189303 | 0 | 437861 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-19 | Hidalgo Early College HS: High School J Wing ROTC - 2H | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 176 | 176 | ATC | 25 | 2008 | 1 | 20280 | 1 | -999 | -999 | -999 | -999 | 3382864 | 0 | 676573 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-24 | Hidalgo Early College HS: Covered Walkways | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | | | 6642 | 1 | -999 | -999 | -999 | -999 | 699627 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-25 | Hidalgo Early College HS: Main Building Cover | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 11880 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-26 | Hidalgo Early College HS: Portable 1: 24x64 | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 191 | 191 | ATC | 25 | | | 1536 | 1 | -999 | -999 | -999 | -999 | 76800 | 0 | 15360 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-27 | Hidalgo Early College HS: Portable 2: 24x64 | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 191 | 191 | ATC | 25 | | | 1536 | 1 | -999 | -999 | -999 | -999 | 76800 | 0 | 15360 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-29 | Hidalgo Early College HS: Storage 37x25 | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 101 | 101 | ATC | 25 | | | 925 | 1 | -999 | -999 | -999 | -999 | 19425 | 0 | 5828 | 0 | 365 | PFL+PSH |
| HISD.1819 | 01-05-46 | Hidalgo Early College HS: New Baseball Concession Stand | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 119 | 119 | ATC | 25 | | | 400 | 1 | -999 | -999 | -999 | -999 | 15000 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 013-02-06 | New Academy - 1F | 310 E. Esperanza | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 176 | 176 | ATC | 25 | 2008 | 1 | 13332 | 1 | -999 | -999 | -999 | -999 | 1893540 | 0 | 284031 | 0 | 365 | PFL+PSH |
| HISD.1819 | 021-06-54 | Ida Diaz MS: Ida Diaz Junior High School Main | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 1984 | 1 | 77067 | 1 | -999 | -999 | -999 | -999 | 11374208 | 0 | 2047357 | 0 | 365 | PFL+PSH |
| HISD.1819 | 021-06-55 | Ida Diaz Junior High School Cafeteria | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 176 | 176 | ATC | 25 | 1999 | 1 | 18290 | 1 | -999 | -999 | -999 | -999 | 2834577 | 0 | 566915 | 0 | 365 | PFL+PSH |
| HISD.1819 | 021-06-56 | Ida Diaz MS: Ida Diaz Junior High School Science Wing | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 176 | 176 | ATC | 25 | 2000 | 1 | 12634 | 1 | -999 | -999 | -999 | -999 | 2050288 | 0 | 369052 | 0 | 365 | PFL+PSH |
| HISD.1819 | 021-06-60 | Ida Diaz MS: Ida Diaz Junior High School Practice Gym | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 2007 | 1 | 12350 | 1 | -999 | -999 | -999 | -999 | 2071060 | 0 | 248527 | 0 | 365 | PFL+PSH |
| HISD.1819 | 021-06-61 | Ida Diaz MS: Ida Diaz Junior High 6th Grade Wing | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 2007 | 1 | 13884 | 1 | -999 | -999 | -999 | -999 | 2109451 | 0 | 421101 | 0 | 365 | PFL+PSH |
| HISD.1819 | 021-06-62 | Ida Diaz MS: Ida Diaz Junior High School Learning Resource Center | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 2010 | 1 | 11130 | 1 | -999 | -999 | -999 | -999 | 1898208 | 0 | 284731 | 0 | 365 | PFL+PSH |
| HISD.1819 | 021-06-63 | Ida Diaz MS: Ida Diaz Junior High School Canopies | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 101 | 101 | ATC | 25 | 2007 | 1 | 2255 | 1 | -999 | -999 | -999 | -999 | 237528 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 031-01-04 | Hidalgo ES: Hidalgo Elementary Gym - 1D | 324 East Flora | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 1994 | 1 | 4018 | 1 | -999 | -999 | -999 | -999 | 510801 | 0 | 61196 | 0 | 365 | PFL+PSH |
| HISD.1819 | 031-03-07 | Hidalgo ES: Hidalgo Elementary Main - 1G | 601 S. 2nd St. | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 176 | 176 | ATC | 25 | 2007 | 2 | 84104 | 1 | -999 | -999 | -999 | -999 | 14911677 | 0 | 2385868 | 0 | 365 | PFL+PSH |
| HISD.1819 | 031-07-67 | Kelly ES: Kelly Elementary Main | 201 E Las Milpas Rd | Pharr | Hidalgo | TX | 78577 | US | AIR | 176 | 176 | ATC | 25 | 1984 | 1 | 62051 | 1 | -999 | -999 | -999 | -999 | 8175794 | 0 | 1308127 | 0 | 365 | PFL+PSH |
| HISD.1819 | 031-07-68 | Kelly ES: Kelly Elementary Gym | 201 E Las Milpas Rd | Pharr | Hidalgo | TX | 78577 | US | AIR | 151 | 151 | ATC | 25 | 1984 | 1 | 4050 | 1 | -999 | -999 | -999 | -999 | 281055 | 0 | 33727 | 0 | 365 | PFL+PSH |
| HISD.1819 | 031-08-69 | Salinas ES: Salinas Elementary Main | 411 Ebano St. | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 176 | 176 | ATC | 25 | 1999 | 1 | 54174 | 1 | -999 | -999 | -999 | -999 | 7884552 | 0 | 1261528 | 0 | 365 | PFL+PSH |
| HISD.1819 | 031-08-70 | Salinas ES: Salinas Elementary Gym | 411 Ebano St. | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 25 | 2000 | 1 | 9728 | 1 | -999 | -999 | -999 | -999 | 1259688 | 0 | 151163 | 0 | 365 | PFL+PSH |
| HISD.1819 | 031-09-71 | Hidalgo Park ES: Hidalgo Park Elementary Main | 8700 S I Rd. | Pharr | Hidalgo | TX | 78577 | US | AIR | 151 | 151 | ATC | 25 | 2003 | 1 | 54478 | 1 | -999 | -999 | -999 | -999 | 8236322 | 0 | 1317780 | 0 | 365 | PFL+PSH |
| HISD.1819 | 031-09-72 | Hidalgo Park ES: Hidalgo Park Elementary Gym | 8700 S I Rd. | Pharr | Hidalgo | TX | 78577 | US | AIR | 151 | 151 | ATC | 25 | 2003 | 1 | 9728 | 1 | -999 | -999 | -999 | -999 | 1463190 | 0 | 175583 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-20 | Hidalgo Early College HS: Stadium Field House - 2I | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 119 | 119 | ATC | 10 | 1982 | 1 | 7954 | 1 | -999 | -999 | -999 | -999 | 934270 | 0 | 112112 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-21 | Hidalgo Early College HS: New Field House - 2J | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 10 | 2008 | 1 | 9799 | 1 | -999 | -999 | -999 | -999 | 1610539 | 0 | 193265 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-22 | Hidalgo Early College HS: Weight Room - 2K | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 119 | 119 | ATC | 10 | 1980 | 1 | 8784 | 1 | -999 | -999 | -999 | -999 | 1010363 | 0 | 252591 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-23 | Hidalgo Early College HS: High School New Sports Complex - 2L | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 176 | 176 | ATC | 10 | 2010 | 1 | 6493 | 1 | -999 | -999 | -999 | -999 | 1162251 | 0 | 232450 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-26 | Hidalgo Early College HS: Bleachers (Portable) | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 191 | 191 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 1650 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-30 | Hidalgo Early College HS: 8 Lane Synthetic Track | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 206 | 206 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 150000 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-31 | Hidalgo Early College HS: Football Scoreboard | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 244 | 244 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 70000 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-32 | Hidalgo Early College HS: Football Lights (4 poles, 112 lights) | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 134400 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-33 | Hidalgo Early College HS: Football Home Bleachers | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 371200 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-34 | Hidalgo Early College HS: Football Home Restrooms | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 119 | 119 | ATC | 10 | | | 600 | 1 | -999 | -999 | -999 | -999 | 24360 | 0 | 1218 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-35 | Hidalgo Early College HS: Football Visitor Bleachers | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 233800 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-36 | Hidalgo Early College HS: Football Visitor Restrooms | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 119 | 119 | ATC | 10 | | | 500 | 1 | -999 | -999 | -999 | -999 | 21600 | 0 | 1080 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-37 | Hidalgo Early College HS: Football Artificial Turf | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 206 | 206 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-38 | Hidalgo Early College HS: Football Ticket Booth | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 101 | 101 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-39 | Hidalgo Early College HS: Football Home Press Box | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 101 | 101 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-40 | Hidalgo Early College HS: Football Visitor Press Box | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 101 | 101 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-41 | Hidalgo Early College HS: Baseball Scoreboard | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 244 | 244 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 5450 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-42 | Hidalgo Early College HS: Baseball Lights | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 64000 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-43 | Hidalgo Early College HS: Baseball Bleachers | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 35948 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-44 | Hidalgo Early College HS: Baseball Dugouts (2) | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 151 | 151 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 50000 | 0 | 0 | 365 | PFL+PSH |
| HISD.1819 | 041-05-45 | Hidalgo Early College HS: Baseball Batting Cage | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | AIR | 152 | 152 | ATC | 10 | | | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 50000 | 0 | 0 | 365 | PFL+PSH |



**Hidalgo ISD**
**AIR Touchstone Extract 2017-18**



| PolicyID | LocationID | Location Name | Street | City | Sub Area (County) | Area (State) | Postal | Country (ISO Code) | Latitude | Longitude | Construction Code Type | Construction Building | Construction Other Structures | Occupancy Code Type | Occupancy Code | Year Built | Stories | Gross Area | RiskCount | Custom Flood Standard of Protection | Custom Elevation | Finished Floor Height | Base Flood Elevation | Replacement Value Building | Replacement Value Other | Replacement Value Contents | Replacement Value Time | Replacement Value Days Covered | Loc Perils |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HISD 1819 | 041-05-47 | Hidalgo Early College HS: Softball Batting Cage | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 152 | 152 | ATC | 10 | | 1 | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 30000 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 041-05-48 | Hidalgo Early College HS: Softball Bleachers (s) | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 151 | 151 | ATC | 10 | | 1 | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 041-05-49 | Hidalgo Early College HS: Softball Press Box | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 101 | 101 | ATC | 10 | | 1 | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 041-05-50 | Hidalgo Early College HS: Softball Dugouts (2) | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 151 | 151 | ATC | 10 | | 1 | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 041-05-51 | Hidalgo Early College HS: Softball Lights | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 151 | 151 | ATC | 10 | | 1 | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 041-05-52 | Hidalgo Early College HS: Softball Restrooms | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 119 | 119 | ATC | 10 | | 1 | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 041-05-53 | Hidalgo Early College HS: Softball Concessions | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 101 | 101 | ATC | 10 | | 1 | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 041-06-65 | Ida Diaz MS: New Tennis Courts (6) | 1312 Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 206 | 206 | ATC | 10 | | 1 | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 300000 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 041-06-66 | Ida Diaz MS: Tennis Lights | 1312 Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 151 | 151 | ATC | 10 | | 1 | 0 | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 051-01-01 | Administration: Historic Office Building - 1A | 324 East Flora | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 119 | 119 | ATC | 8 | 1898 | 2 | 12738 | 1 | -999 | -999 | -999 | -999 | 1923256 | 0 | 576977 | 0 | 365 | PFL+PSH |
| HISD 1819 | 051-01-02 | Administration: Special Education/Human Resources - 1B | 324 East Flora | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 151 | 151 | ATC | 8 | 1970 | 1 | 2916 | 1 | -999 | -999 | -999 | -999 | 407063 | 0 | 101766 | 0 | 365 | PFL+PSH |
| HISD 1819 | 051-01-03 | Administration: Auditorium/Finance Dept/Tax Office - 1C | 324 East Flora | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 151 | 151 | ATC | 8 | 1960 | 1 | 10308 | 1 | -999 | -999 | -999 | -999 | 1703433 | 0 | 511000 | 0 | 365 | PFL+PSH |
| HISD 1819 | 051-01-05 | Administration: Board Room - 1E | 324 East Flora | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 119 | 119 | ATC | 8 | 1898 | 1 | 1536 | 1 | -999 | -999 | -999 | -999 | 276559 | 0 | 69140 | 0 | 365 | PFL+PSH |
| HISD 1819 | 051-01-08 | Administration: Storage | 324 East Flora | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 101 | 101 | ATC | 8 | | 1 | 648 | 1 | -999 | -999 | -999 | -999 | 9990 | 0 | 1998 | 0 | 365 | PFL+PSH |
| HISD 1819 | 053-06-57 | Maintenance: Food Service Warehouse | 1312 Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 151 | 151 | ATC | 21 | 2000 | 1 | 8019 | 1 | -999 | -999 | -999 | -999 | 570505 | 0 | 228202 | 0 | 365 | PFL+PSH |
| HISD 1819 | 053-06-58 | Maintenance: Service Center/Bus Barn | 1312 Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 151 | 151 | ATC | 7 | 1997 | 1 | 10120 | 1 | -999 | -999 | -999 | -999 | 853204 | 0 | 213301 | 0 | 365 | PFL+PSH |
| HISD 1819 | 053-06-59 | Maintenance: Maintenance/Warehouse | 1312 Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 151 | 151 | ATC | 23 | 1997 | 1 | 7257 | 1 | -999 | -999 | -999 | -999 | 421309 | 0 | 210655 | 0 | 365 | PFL+PSH |
| HISD 1819 | 053-06-64 | Maintenance: Covered Fueling Area + Above Ground Tank | 1312 Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 151 | 151 | ATC | 44 | 1908 | 1 | | 1 | -999 | -999 | -999 | -999 | 38160 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |
| HISD 1819 | 2F1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | US | | | AIR | 100 | 100 | ATC | 25 | | | | 1 | -999 | -999 | -999 | -999 | 0 | 0 | 0 | 0 | 365 | PFL+PSH |





**Hidalgo ISD**
**AIR Touchstone Extract 2017-18**

| | Custom File No: | HISD.1819 | | Flood | | | | | | Wind | | | | | | Earthquake | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PolicyID | LocationID | Location Name | Deductible Type | Deductible Building | Deductible Other | Deductible Contents | Deductible Time | Subimit Area | Loc Perils 2 | Deductible Type 2 | Deductible Building 2 | Deductible Other 2 | Deductible Contents 2 | Deductible Time 2 | Subimit Area 2 | Loc Perils 3 | Deductible Type 3 | Deductible Building 3 | Deductible Other 3 | Deductible Contents 3 | Deductible Time 3 |
| HISD.1819 | 011-05-09 | Hidalgo Early College HS: High School Main - 2A | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-10 | Hidalgo Early College HS: High School Gym - 2B | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-11 | Hidalgo Early College HS: High School Band Hall - 2C | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-12 | Hidalgo Early College HS: New Addition Band Hall | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-13 | Hidalgo Early College HS: High School Band Hall Percussion Bldg | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-15 | Hidalgo Early College HS: High School Arts - 2D | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-16 | Hidalgo Early College HS: High School Science Wing 1/Early College Learning Center - 2E | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-17 | Hidalgo Early College HS: High School Science Wing 2 - 2F | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-18 | Hidalgo Early College HS: High School Cafeteria - 2G | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-19 | Hidalgo Early College HS: High School J Wing ROTC - 2H | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-24 | Hidalgo Early College HS: Covered Walkways | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-25 | Hidalgo Early College HS: Main Building Cover | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-26 | Hidalgo Early College HS: Portable 1: 24x64 | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-27 | Hidalgo Early College HS: Portable 2: 24x64 | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-29 | Hidalgo Early College HS: Storage 37x25 | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 011-05-46 | Hidalgo Early College HS: New Baseball Concession Stand | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 013-02-06 | New Academy - 3F | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 021-06-54 | Ida Diaz MS: Ida Diaz Junior High School Main | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 021-06-55 | Ida Diaz MS: Ida Diaz Junior High School Cafeteria | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 021-06-56 | Ida Diaz MS: Ida Diaz Junior High School Science Wing | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 021-06-60 | Ida Diaz MS: Ida Diaz Junior High School Practice Gym | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 021-06-61 | Ida Diaz MS: Ida Diaz Junior High 6th Grade Wing | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 021-06-62 | Ida Diaz MS: Ida Diaz Junior High School Learning Resource Center | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 021-06-63 | Ida Diaz MS: Ida Diaz Junior High School Canopies | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 031-01-04 | Hidalgo ES: Hidalgo Elementary Gym - 1D | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 031-03-07 | Hidalgo ES: Hidalgo Elementary Main - 1G | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 031-07-67 | Kelly ES: Kelly Elementary Main | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 031-07-68 | Kelly ES: Kelly Elementary Gym | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 031-08-69 | Salinas ES: Salinas Elementary Main | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 031-08-70 | Salinas ES: Salinas Elementary Gym | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 031-09-71 | Hidalgo Park ES: Hidalgo Park Elementary Main | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 031-09-72 | Hidalgo Park ES: Hidalgo Park Elementary Gym | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-20 | Hidalgo Early College HS: Stadium Field House - 2I | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-21 | Hidalgo Early College HS: New Field House - 2J | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-22 | Hidalgo Early College HS: Weight Room - 2K | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-23 | Hidalgo Early College HS: High School New Sports Complex - 2L | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-28 | Hidalgo Early College HS: Bleachers (Portable) | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-30 | Hidalgo Early College HS: 8 Lane Synthetic Track | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-31 | Hidalgo Early College HS: Football Scoreboard | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-32 | Hidalgo Early College HS: Football Lights (4 poles, 112 lights) | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-33 | Hidalgo Early College HS: Football Home Bleachers | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-34 | Hidalgo Early College HS: Football Home Restrooms | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-35 | Hidalgo Early College HS: Football Visitor Bleachers | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-36 | Hidalgo Early College HS: Football Visitor Restrooms | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-37 | Hidalgo Early College HS: Football Artificial Turf | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-38 | Hidalgo Early College HS: Football Ticket Booth | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-39 | Hidalgo Early College HS: Football Home Press Box | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-40 | Hidalgo Early College HS: Football Visitor Press Box | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-41 | Hidalgo Early College HS: Baseball Scoreboard | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-42 | Hidalgo Early College HS: Baseball Lights | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-43 | Hidalgo Early College HS: Baseball Bleachers | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-44 | Hidalgo Early College HS: Baseball Dugouts (2) | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |
| HISD.1819 | 041-05-45 | Hidalgo Early College HS: Baseball Batting Cage | C | 0.01 | 0.01 | 0.01 | 0.01 | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 |



**Hidalgo ISD**
**AIR Touchstone Extract 2017-18**



| PolicyID | LocationID | Location Name | Deductible Type | Deductible Building | Deductible Other | Deductible Contents | Deductible Time | Subdivision Area | Loc Perils 2 | Deductible Type 2 | Deductible Building 2 | Deductible Other 2 | Deductible Contents 2 | Deductible Time 2 | Subdivision Area 2 | Loc Perils 3 | Deductible Type 3 | Deductible Building 3 | Deductible Other 3 | Deductible Contents 3 | Deductible Time 3 | Subdivision Area 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HISD.1819 | 041-05-47 | Hidalgo Early College HS: Softball Batting Cage | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 041-05-48 | Hidalgo Early College HS: Softball Bleachers (s) | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 041-05-49 | Hidalgo Early College HS: Softball Press Box | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 041-05-50 | Hidalgo Early College HS: Softball Dugouts (2) | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 041-05-51 | Hidalgo Early College HS: Softball Lights | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 041-05-52 | Hidalgo Early College HS: Softball Restrooms | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 041-05-53 | Hidalgo Early College HS: Softball Concessions | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 041-06-65 | Ida Diaz MS: New Tennis Courts (6) | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 041-06-66 | Ida Diaz MS: Tennis Lights | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 051-01-01 | Administration: Historic Office Building - 1A | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 051-01-02 | Administration: Special Education/Human Resources - 1B | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 051-01-03 | Administration: Auditorium/Finance Dept/Tax Office - 1C | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 051-01-05 | Administration: Board Room - 1E | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 051-01-08 | Administration: Storage | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 053-06-57 | Maintenance: Food Service Warehouse | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 053-06-58 | Maintenance: Service Center/Bus Barn | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 053-06-59 | Maintenance: Maintenance/Warehouse | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | 053-06-64 | Maintenance: Covered Fueling Area + Above Ground Tank | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |
| HISD.1819 | ZF1-99-00 | Future Use | C | 0.01 | 0.01 | 0.01 | 0.01 | | PWA | C | 0.01 | 0.01 | 0.01 | 0.01 | | PEA | C | 0.00 | 0.00 | 0.00 | 0.00 | |



**Hidalgo ISD**
**RMS RiskLink Extract 2017-18**



| | CustomFile No. | HISD.1819 | | | | | | | | | | | | | | | | | | | 111,822,807 | | 19,480,135 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCTNUM | LOCNUM | LOCNAME | STREETNAME | CITY | COUNTY | STATECODE | POSTALCODE | LATITUDE | LONGITUDE | BuildingElevation | BuildingElevationMatch | OCCSCHEME | OCCTYPE | BLDGSCHEME | BLDGCLASS | YEARBUILT | YEARUPGRAD | NUMSTORIES | NUMBLDGS | FLOORAREA | WOCVVAL | WOCV1AMT | WOCVVAL | WOCV2AMT |
| HISD.1819 | 011-05-09 | Hidalgo Early College HS: High School Main - 2A | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/1986 | 12/31/9999 | 1 | 1 | 35328 | 5621620 | | 1124324 | |
| HISD.1819 | 011-05-10 | Hidalgo Early College HS: High School Gym - 2B | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/1995 | 12/31/9999 | 1 | 1 | 30732 | 5355400 | | 642648 | |
| HISD.1819 | 011-05-11 | Hidalgo Early College HS: Band Hall - 2C | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/1986 | 12/31/9999 | 1 | 1 | 12820 | 1882746 | | 338894 | |
| HISD.1819 | 011-05-12 | Hidalgo Early College HS: New Addition Band Hall | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/2016 | 12/31/9999 | 1 | 1 | | 500000 | | 0 | |
| HISD.1819 | 011-05-13 | Hidalgo Early College HS: High School Band Hall Percussion Bldg - No Coverage | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/2014 | 12/31/9999 | 1 | 1 | 1693 | 0 | | 0 | |
| HISD.1819 | 011-05-15 | Hidalgo Early College HS: High School Arts - 2D | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/1982 | 12/31/9999 | 1 | 1 | 22882 | 3389146 | | 847287 | |
| HISD.1819 | 011-05-16 | Hidalgo Early College HS: High School Science Wing 1/Early College Learning Center - 2E | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/1999 | 12/31/9999 | 1 | 1 | 32430 | 5215321 | | 1043064 | |
| HISD.1819 | 011-05-17 | Hidalgo Early College HS: High School Science Wing 2 - 2F | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/1999 | 12/31/9999 | 1 | 1 | 22801 | 3551826 | | 710365 | |
| HISD.1819 | 011-05-18 | Hidalgo Early College HS: High School Cafeteria - 2G | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/2008 | 12/31/9999 | 1 | 1 | 13655 | 2189303 | | 437861 | |
| HISD.1819 | 011-05-19 | Hidalgo Early College HS: High School I Wing ROTC - 2H | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/2008 | 12/31/9999 | 1 | 1 | 20280 | 3382864 | | 676573 | |
| HISD.1819 | 011-05-24 | Hidalgo Early College HS: Covered Walkways | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/9999 | 12/31/9999 | 1 | 1 | 6642 | 699627 | | 0 | |
| HISD.1819 | 011-05-25 | Hidalgo Early College HS: Main Building Cover | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/9999 | 12/31/9999 | 1 | 1 | | 11880 | | 0 | |
| HISD.1819 | 011-05-26 | Hidalgo Early College HS: Portable 1: 24x64 | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 5 | 12/31/9999 | 12/31/9999 | 1 | 1 | 1536 | 76800 | | 15360 | |
| HISD.1819 | 011-05-27 | Hidalgo Early College HS: Portable 2: 24x64 | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 5 | 12/31/9999 | 12/31/9999 | 1 | 1 | 1536 | 76800 | | 15360 | |
| HISD.1819 | 011-05-29 | Hidalgo Early College HS: Storage 37x25 | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 1 | 12/31/9999 | 12/31/9999 | 1 | 1 | 925 | 19425 | | 5828 | |
| HISD.1819 | 011-05-46 | Hidalgo Early College HS: New Baseball Concession Stand | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 2 | 12/31/9999 | 12/31/9999 | 1 | 1 | 400 | 15000 | | 0 | |
| HISD.1819 | 013-02-06 | New Academy - 1F | 310 E. Esperanza | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/2008 | 12/31/9999 | 1 | 1 | 13332 | 1893540 | | 284031 | |
| HISD.1819 | 021-06-54 | Ida Diaz MS: Ida Diaz Junior High School Main | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/1984 | 12/31/9999 | 1 | 1 | 77067 | 11374208 | | 2047357 | |
| HISD.1819 | 021-06-55 | Ida Diaz MS: Ida Diaz Junior High School Cafeteria | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/1999 | 12/31/9999 | 1 | 1 | 18290 | 2834577 | | 566915 | |
| HISD.1819 | 021-06-56 | Ida Diaz MS: Ida Diaz Junior High School Science Wing | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/2000 | 12/31/9999 | 1 | 1 | 12634 | 2050288 | | 369052 | |
| HISD.1819 | 021-06-60 | Ida Diaz MS: Ida Diaz Junior High School Practice Gym | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/2007 | 12/31/9999 | 1 | 1 | 12350 | 2071060 | | 248527 | |
| HISD.1819 | 021-06-61 | Ida Diaz MS: Ida Diaz Junior High School 6th Grade Wing | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/2007 | 12/31/9999 | 1 | 1 | 13884 | 2339451 | | 421101 | |
| HISD.1819 | 021-06-62 | Ida Diaz MS: Ida Diaz Junior High School Learning Resource Center | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/2010 | 12/31/9999 | 1 | 1 | 11130 | 1898208 | | 284731 | |
| HISD.1819 | 021-06-63 | Ida Diaz MS: Ida Diaz Junior High School Canopies | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 1 | 12/31/2007 | 12/31/9999 | 1 | 1 | 2255 | 237528 | | 0 | |
| HISD.1819 | 031-01-04 | Hidalgo ES: Hidalgo Elementary Gym - 1D | 324 East Flora | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/1994 | 12/31/9999 | 1 | 1 | 4018 | 510801 | | 61296 | |
| HISD.1819 | 031-03-07 | Hidalgo ES: Hidalgo Elementary Main - 1G | 601 S. 2nd St. | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/2007 | 12/31/9999 | 2 | 1 | 84104 | 14911677 | | 2385868 | |
| HISD.1819 | 031-07-67 | Kelly ES: Kelly Elementary Main | 201 E Las Milpas Rd | Pharr | Hidalgo | TX | 78577 | | | | | ATC | 25 | RMS | 4C | 12/31/1984 | 12/31/9999 | 1 | 1 | 62051 | 8175794 | | 1308127 | |
| HISD.1819 | 031-07-68 | Kelly ES: Kelly Elementary Gym | 201 E Las Milpas Rd | Pharr | Hidalgo | TX | 78577 | | | | | ATC | 25 | RMS | 4C | 12/31/1986 | 12/31/9999 | 1 | 1 | 4050 | 281055 | | 33727 | |
| HISD.1819 | 038-03-69 | Salinas ES: Salinas Elementary Main | 411 Ebano St. | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/1999 | 12/31/9999 | 1 | 1 | 54174 | 7884552 | | 1261528 | |
| HISD.1819 | 038-08-70 | Salinas ES: Salinas Elementary Gym | 411 Ebano St. | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 4C | 12/31/2000 | 12/31/9999 | 1 | 1 | 9728 | 1259688 | | 151163 | |
| HISD.1819 | 031-09-71 | Hidalgo Park ES: Hidalgo Park Elemntary Main | 8700 S I Rd. | Pharr | Hidalgo | TX | 78577 | | | | | ATC | 25 | RMS | 4C | 12/31/2003 | 12/31/9999 | 1 | 1 | 54478 | 8236122 | | 1317780 | |
| HISD.1819 | 031-09-72 | Hidalgo Park ES: Hidalgo Park Elementary Gym | 8700 S I Rd. | Pharr | Hidalgo | TX | 78577 | | | | | ATC | 25 | RMS | 4C | 12/31/2003 | 12/31/9999 | 1 | 1 | 9728 | 1463190 | | 175583 | |
| HISD.1819 | 041-05-20 | Hidalgo Early College HS: Stadium Field House - 2I | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 10 | RMS | 2 | 12/31/1982 | 12/31/9999 | 1 | 1 | 7954 | 934270 | | 112112 | |
| HISD.1819 | 041-05-21 | Hidalgo Early College HS: New Field House - 2J | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 10 | RMS | 4C | 12/31/2008 | 12/31/9999 | 1 | 1 | 9799 | 1610539 | | 193265 | |
| HISD.1819 | 041-05-22 | Hidalgo Early College HS: Weight Room - 2K | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 10 | RMS | 2 | 12/31/1980 | 12/31/9999 | 1 | 1 | 8784 | 1010363 | | 252591 | |
| HISD.1819 | 041-05-23 | Hidalgo Early College HS: High School New Sports Complex - 2L | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 10 | RMS | 4C | 12/31/2010 | 12/31/9999 | 1 | 1 | 6493 | 1162251 | | 232450 | |
| HISD.1819 | 041-05-28 | Hidalgo Early College HS: Bleachers (Portable) | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 10 | RMS | 5 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 1650 | | 0 | |
| HISD.1819 | 041-05-30 | Hidalgo Early College HS: 8 Lane Synthetic Track | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 10 | RMS | 3 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 150000 | | 0 | |
| HISD.1819 | 041-05-31 | Hidalgo Early College HS: Football Scoreboard | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 10 | RMS | 4 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 70000 | | 0 | |
| HISD.1819 | 041-05-32 | Hidalgo Early College HS: Football Lights (4 poles, 112 lights) | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 10 | RMS | 4 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 134400 | | 0 | |
| HISD.1819 | 041-05-33 | Hidalgo Early College HS: Football Home Bleachers | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 10 | RMS | 4 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 371200 | | 0 | |



**Hidalgo ISD**
**RMS RiskLink Extract 2017-18**



| ACCNTNAM | LOCNUM | LOCNAME | STREETNAME | CITY | COUNTY | STATECODE | POSTALCODE | OCCSCHEME | OCCTYPE | BLDGSCHEME | BLDGCLASS | YEARBUILT | YEARUPGRAD | NUMSTORIES | NUMBLDGS | FLOORAREA | WSCV1VAL | WSCV2VAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HISD.1819 | 041-05-34 | Hidalgo Early College HS: Football Home Restrooms | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 2 | 12/31/9999 | 12/31/9999 | 1 | 1 | 600 | 24360 | 1218 |
| HISD.1819 | 041-05-35 | Hidalgo Early College HS: Football Visitor Bleachers | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 4 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 233800 | 0 |
| HISD.1819 | 041-05-36 | Hidalgo Early College HS: Football Visitor Restrooms | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 2 | 12/31/9999 | 12/31/9999 | 1 | 1 | 500 | 21600 | 1080 |
| HISD.1819 | 041-05-37 | Hidalgo Early College HS: Football Artificial Turf | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 3 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | 041-05-38 | Hidalgo Early College HS: Football Ticket Booth | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 1 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | 041-05-39 | Hidalgo Early College HS: Football Home Press Box | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 1 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | 041-05-40 | Hidalgo Early College HS: Football Visitor Press Box | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 1 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | 041-05-41 | Hidalgo Early College HS: Baseball Scoreboard | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 1 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 5450 | 0 |
| HISD.1819 | 041-05-42 | Hidalgo Early College HS: Baseball Lights | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 4 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 64000 | 0 |
| HISD.1819 | 041-05-43 | Hidalgo Early College HS: Baseball Bleachers | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 4 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 35948 | 0 |
| HISD.1819 | 041-05-44 | Hidalgo Early College HS: Baseball Dugouts (2) | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 4C | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | 041-05-45 | Hidalgo Early College HS: Baseball Batting Cage | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 4B | 12/31/9999 | 12/31/9999 | 1 | 1 | | 50000 | 0 |
| HISD.1819 | 041-05-47 | Hidalgo Early College HS: Softball Batting Cage | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 4B | 12/31/9999 | 12/31/9999 | 1 | 1 | | 30000 | 0 |
| HISD.1819 | 041-05-48 | Hidalgo Early College HS: Softball Bleachers (s) | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 4 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | 041-05-49 | Hidalgo Early College HS: Softball Press Box | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 1 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | 041-05-50 | Hidalgo Early College HS: Softball Dugouts (2) | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 4C | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | 041-05-51 | Hidalgo Early College HS: Softball Lights | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 4 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | 041-05-52 | Hidalgo Early College HS: Softball Restrooms | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 2 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | 041-05-53 | Hidalgo Early College HS: Softball Concessions | 910 E Pirate Dr | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 1 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | 041-06-65 | Ida Diaz MS: New Tennis Courts (6) | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 3 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 300000 | 0 |
| HISD.1819 | 041-06-66 | Ida Diaz MS: Tennis Lights | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | ATC | 10 | RMS | 4 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | 051-01-01 | Administration: Historic Office Building - 1A | 324 East Flora | Hidalgo | Hidalgo | TX | 78557 | ATC | 8 | RMS | 2 | 12/31/1898 | 12/31/9999 | 2 | 1 | 12738 | 1923256 | 576977 |
| HISD.1819 | 051-01-02 | Administration: Special Education/Human Resources - 1B | 324 East Flora | Hidalgo | Hidalgo | TX | 78557 | ATC | 8 | RMS | 4C | 12/31/1970 | 12/31/9999 | 1 | 1 | 2916 | 407063 | 101766 |
| HISD.1819 | 051-01-03 | Administration: Auditorium/Finance Dept/Tax Office - 1C | 324 East Flora | Hidalgo | Hidalgo | TX | 78557 | ATC | 8 | RMS | 4C | 12/31/1960 | 12/31/9999 | 1 | 1 | 10308 | 1703433 | 511030 |
| HISD.1819 | 051-01-05 | Administration: Board Room - 1E | 324 East Flora | Hidalgo | Hidalgo | TX | 78557 | ATC | 8 | RMS | 2 | 12/31/1898 | 12/31/9999 | 1 | 1 | 1536 | 276559 | 69140 |
| HISD.1819 | 051-01-08 | Administration: Storage | 324 East Flora | Hidalgo | Hidalgo | TX | 78557 | ATC | 8 | RMS | 1 | 12/31/9999 | 12/31/9999 | 1 | 1 | 648 | 9990 | 1998 |
| HISD.1819 | 053-06-57 | Maintenance: Food Service Warehouse | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | ATC | 23 | RMS | 4C | 12/31/2000 | 12/31/9999 | 1 | 1 | 8019 | 570505 | 228202 |
| HISD.1819 | 053-06-58 | Maintenance: Service Center/Bus Barn | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | ATC | 7 | RMS | 4C | 12/31/1997 | 12/31/9999 | 1 | 1 | 10120 | 853204 | 213301 |
| HISD.1819 | 053-06-59 | Maintenance: Maintenance/Warehouse | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | ATC | 23 | RMS | 4C | 12/31/1997 | 12/31/9999 | 1 | 1 | 7257 | 421309 | 210655 |
| HISD.1819 | 053-06-64 | Maintenance: Covered Fueling Area + Above Ground Tank | 1312 Pirate Dr. | Hidalgo | Hidalgo | TX | 78557 | ATC | 44 | RMS | 4C | 12/31/9999 | 12/31/9999 | 1 | 1 | 1908 | 38160 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | | Hidalgo | Hidalgo | TX | 78557 | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | 0 |


MONTALVO INSURANCE AGENCY · ASPERTA

**Hidalgo ISD**
**RMS RiskLink Extract 2017-18**



| ACCNTNAM | LOCNUM | LOCNAME | STREETNAME | CITY | COUNTY | STATECODE | POSTALCODE | LATITUDE | LONGITUDE | BuildingElevation | BuildingElevationMatch | OCCSCHEME | OCCTYPE | BLDGSCHEME | BLDGCLASS | YEARBUILT | YEARUPGRAD | NUMSTORIES | NUMBLDGS | FLOORAREA | WSCVLVAL | WSCVLLIMIT | WSCVLVAL | WSCVLLIMIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |
| HISD.1819 | ZF1-99-00 | Future Use | Street Address? | Hidalgo | Hidalgo | TX | 78557 | | | | | ATC | 25 | RMS | 0 | 12/31/9999 | 12/31/9999 | 1 | 1 | | 0 | | 0 | |





**Hidalgo ISD**
**RMS RiskLink Extract 2017-18**

| CustomFile No. | HISD.1819 | | 0 | | 131,302,942 | per Unit of Insurance |
|---|---|---|---|---|---|---|

| ACCNTNUM | LOCNUM | LOCNAME | WSCVOVAL | WSCVOLIMIT | WSITEDAMT | WSCVOIDED | WSCVOZDED | WSCVOXDED | WSITEDED | WSCVOVCUR | WSCVOVCUR | WSCVOVCUR | CONSTQUALI | ROOFSYS | ROOFAGE | ROOFGEOM | ROOFANCH | ROOFEQUIP | EXTORN | ARCHITECT | RESISTOPEN | CLADSYS | CLADRATE | FOUNDSYS | BASEMENT | MECHGROUND | PCNTCONNTT | FLASHING | COVGMOD | PREPAREDNESS | REDUNDANCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HISD.1819 | 011-05-09 | Hidalgo Early College HS: High School Main - 2A | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-10 | Hidalgo Early College HS: High School Gym - 2B | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-11 | Hidalgo Early College HS: High School Band Hall - 2C | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-12 | Hidalgo Early College HS: New Addition Band Hall | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-13 | Hidalgo Early College HS: High School Band Hall Percussion Bldg. - No Coverage | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-15 | Hidalgo Early College HS: High School Arts - 2D | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-16 | Hidalgo Early College HS: High School Science Wing 1/Early College Learning Center - 2E | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-17 | Hidalgo Early College HS: High School Science Wing 2 - 2F | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-18 | Hidalgo Early College HS: High School Cafeteria - 2G | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-19 | Hidalgo Early College HS: High School J Wing ROTC - 2H | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-24 | Hidalgo Early College HS: Covered Walkways | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-25 | Hidalgo Early College HS: Main Building Cover | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-26 | Hidalgo Early College HS: Portable 1: 24x64 | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-27 | Hidalgo Early College HS: Portable 2: 24x64 | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-29 | Hidalgo Early College HS: Storage 37x25 | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 8 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 011-05-46 | Hidalgo Early College HS: New Baseball Concession Stand | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 013-02-06 | New Academy - 1F | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 021-06-54 | Ida Diaz MS: Ida Diaz Junior High School Main | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 021-06-55 | Ida Diaz MS: Ida Diaz Junior High School Cafeteria | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 021-06-56 | Ida Diaz MS: Ida Diaz Junior High School Science Wing | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 021-06-60 | Ida Diaz MS: Ida Diaz Junior High School Practice Gym | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 021-06-61 | Ida Diaz MS: Ida Diaz Junior High School 6th Grade Wing | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 021-06-62 | Ida Diaz MS: Ida Diaz Junior High School Learning Resource Center | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 021-06-63 | Ida Diaz MS: Ida Diaz Junior High School Canopies | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 8 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 031-01-04 | Hidalgo ES: Hidalgo Elementary Gym - 1D | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 031-03-07 | Hidalgo ES: Hidalgo Elementary Main - 1G | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 3 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 031-07-67 | Kelly ES: Kelly Elementary Main | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 031-07-68 | Kelly ES: Kelly Elementary Gym | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 031-08-69 | Salinas ES: Salinas Elementary Main | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 3 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 031-08-70 | Salinas ES: Salinas Elementary Gym | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 3 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 031-09-71 | Hidalgo Park ES: Hidalgo Park Elementary Main | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 3 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 031-09-72 | Hidalgo Park ES: Hidalgo Park Elementary Gym | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-20 | Hidalgo Early College HS: Stadium Field House - 2I | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-21 | Hidalgo Early College HS: New Field House - 2J | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-22 | Hidalgo Early College HS: Weight Room - 2K | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-23 | Hidalgo Early College HS: High School New Sports Complex - 2L | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-28 | Hidalgo Early College HS: Bleachers (Portable) | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-30 | Hidalgo Early College HS: 8 Lane Synthetic Track | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-31 | Hidalgo Early College HS: Football Scoreboard | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-32 | Hidalgo Early College HS: Football Lights (4 poles, 112 lights) | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-33 | Hidalgo Early College HS: Football Home Bleachers | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |



MONTALVO INSURANCE AGENCY    ASPERTA

**Hidalgo ISD**
**RMS RiskLink Extract 2017-18**



| ACCNTNAM | LOCNUM | LOCNAME | WSCVLVAL | WSCVLLIMIT | WSDEDLIMIT | WSCVLDED | WSCV2DED | WSCV3DED | WSDEDDED | WSCVLVCUR | WSCV2VCUR | WSCV3VCUR | CONSTQUALI | ROOFSYS | ROOFAGE | ROOFGEOM | ROOFANCH | ROOFEQUIP | EXTERN | ARCHITECT | RESISTOPEN | CLADSYS | CLADRATE | FOUNDSYS | BASEMENT | MECHGROUND | PCNTCOMPLT | FLASHING | COVGMOD | PREPAREDNESS | REDUNDANCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HISD.1819 | 041-05-34 | Hidalgo Early College HS: Football Home Restrooms | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-35 | Hidalgo Early College HS: Football Visitor Bleachers | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-36 | Hidalgo Early College HS: Football Visitor Restrooms | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-37 | Hidalgo Early College HS: Football Artificial Turf | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-38 | Hidalgo Early College HS: Football Ticket Booth | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-39 | Hidalgo Early College HS: Football Home Press Box | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 8 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-40 | Hidalgo Early College HS: Football Visitor Press Box | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 8 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-41 | Hidalgo Early College HS: Baseball Scoreboard | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-42 | Hidalgo Early College HS: Baseball Lights | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-43 | Hidalgo Early College HS: Baseball Bleachers | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-44 | Hidalgo Early College HS: Baseball Dugouts (2) | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-45 | Hidalgo Early College HS: Baseball Batting Cage | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-47 | Hidalgo Early College HS: Softball Batting Cage | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-48 | Hidalgo Early College HS: Softball Bleachers (s) | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-49 | Hidalgo Early College HS: Softball Press Box | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 8 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-50 | Hidalgo Early College HS: Softball Dugouts (2) | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-51 | Hidalgo Early College HS: Softball Lights | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-52 | Hidalgo Early College HS: Softball Restrooms | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-05-53 | Hidalgo Early College HS: Softball Concessions | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 8 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-06-65 | Ida Diaz MS: New Tennis Courts (6) | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 041-06-66 | Ida Diaz MS: Tennis Lights | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 051-01-01 | Administration: Historic Office Building - 1A | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 051-01-02 | Administration: Special Education/Human Resources - 1B | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 3 | 0 | 0 | 5 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 051-01-03 | Administration: Auditorium/Finance Dept/Tax Office - 1C | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 0 | 5 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 051-01-05 | Administration: Board Room - 1E | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 051-01-08 | Administration: Storage | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 8 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 053-06-57 | Maintenance: Food Service Warehouse | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 053-06-58 | Maintenance: Service Center/Bus Barn | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 053-06-59 | Maintenance: Maintenance/Warehouse | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | 053-06-64 | Maintenance: Covered Fueling Area + Above Ground Tank | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 | 0 |

**Hidalgo ISD**
**RMS RiskLink Extract 2017-18**



| ACCNTNAM | LOCNUM | LOCNAME | WKCVTOTAL | WKCVLIMIT | WKSITELIMIT | WKCVDED | WKCV2DED | WKCV3DED | WKSITEDED | WKCV1VCUR | WKCV2VCUR | WKCV3VCUR | CONSTQUAL | ROOFSYS | ROOFAGE | ROOFGEOM | ROOFANCH | ROOFEQUIP | EXTERN | ARCHITECT | RESISTOPEN | CLADMATE | FOUNDSYS | BASEMENT | MECHGROUND | PLENTCOMPLT | FLASHING | COVGMOD | PREPAREDNESS | REDUNDANCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |
| HISD.1819 | ZF1-99-00 | Future Use | 0 | | 0 | 0.01 | 0.01 | 0.01 | | USD | USD | USD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 100 | 0 | 3 | 0 |

# EXHIBIT "D"

**File Copy**



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

## Company No.  8248346

The Registrar of Companies for England and Wales, hereby certifies that

NEPHILA 2357 LTD.

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on 11th October 2012



*N08248346M*



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES



*Companies House*
—— *for the record* ——

The above information was communicated by electronic means and authenticated by the Registrar of Companies under Section 1115 of the Companies Act 2006


# GOV.UK

# Find and update company information

Companies House does not verify the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

Advanced company search (/advanced-search)

NEPHILA 2357 LTD.

Company number **08248346**

Follow this company

File for this company (https://beta.companieshouse.gov.uk/company/08248346/authorise?
return_to=/company/08248346)

Registered office address
Walsingham House 35 Seething Lane, London, London, United Kingdom, EC3N 4AH

Company status
Active

Company type
Private limited Company

Incorporated on
11 October 2012

## Accounts

Next accounts made up to **31 December 2021**
due by **30 September 2022**

Last accounts made up to **31 December 2020**

## Confirmation statement

Next statement date **11 October 2022**
due by **25 October 2022**

Last statement dated **11 October 2021**

## Nature of business (SIC)

- 66290 - Other activities auxiliary to insurance and pension funding

Tell us what you think of this service (https://www.research.net/r/S78XJMV) Is there anything wrong with this page? (/help/feedback?
sourceurl=https://find-and-update.company-information.service.gov.uk/company/08248346)

Policies Link opens in new tab
Cookies (https://beta.companieshouse.gov.uk/help/cookies)
Contact us Link opens in new tab

Accessibility statement (https://beta.companieshouse.gov.uk/help/accessibility-statement)

Developers Link opens in new tab

Built by Companies House

© Crown copyright

# EXHIBIT "E   "

## File Copy



# CERTIFICATE OF INCORPORATION
# OF A PRIVATE LIMITED COMPANY

# Company No.   06838321

The Registrar of Companies for England and Wales hereby certifies that

RENAISSANCERE CORPORATE CAPITAL (UK) LIMITED

is this day incorporated under the Companies Act 1985 as a private company and that the company is limited.

Given at Companies House on 5th March 2009



*N06838321I*



**THE OFFICIAL SEAL OF THE REGISTRAR OF COMPANIES**



*Companies House*
—— *for the record* ——

The above information was communicated in non-legible form and authenticated by the Registrar of Companies under section 710A of the Companies Act 1985

 **GOV.UK**

# Find and update company information

Companies House does not verify the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

Advanced company search (/advanced-search)

RENAISSANCERE CORPORATE CAPITAL (UK) LIMITED

Company number **06838321**

Follow this company

File for this company (https://beta.companieshouse.gov.uk/company/06838321/authorise?
return_to=/company/06838321)

Registered office address
18th Floor, 125, Old Broad Street, London, EC2N 1AR

Company status
Active

Company type
Private limited Company

Incorporated on
5 March 2009

## Accounts

Next accounts made up to **31 December 2021**
due by **30 September 2022**

Last accounts made up to **31 December 2020**

## Confirmation statement

Next statement date **15 February 2023**
due by **1 March 2023**

Last statement dated **15 February 2022**

## Nature of business (SIC)

- 65120 - Non-life insurance
- 65202 - Non-life reinsurance

Tell us what you think of this service (https://www.research.net/r/S78XJMV) Is there anything wrong with this page? (/help/feedback?
sourceurl=https://find-and-update.company-information.service.gov.uk/company/06838321)

Policies Link opens in new tab

Cookies (https://beta.companieshouse.gov.uk/help/cookies)

Contact us Link opens in new tab

Accessibility statement (https://beta.companieshouse.gov.uk/help/accessibility-statement)

Developers Link opens in new tab

Built by Companies House

© Crown copyright